UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:01CV1515 (EBB) |
| | : | |
| $29,035,500.00 IN ACCOUNT NUMBER 20X6875(06), HELD IN THE NAME OF U.S. CUSTOMS SUSPENSE ACCOUNT AT THE FEDERAL RESERVE BANK OF NEW YORK, WHICH REPRESENTS A WIRE TRANSFER FROM ACCOUNT NUMBER 70026, AT BANQUE SCS ALLIANCE, GENEVA, SWITZERLAND, HELD IN THE NAME OF BLOOMFIELD INVESTMENTS, LTD., | : | |
| | : | |
| $3,241,500.00 IN ACCOUNT NUMBER 00008114, HELD IN THE NAME OF SEIZED ASSET DEPOSIT FUND AT THE FEDERAL RESERVE BANK, WHICH REPRESENTS A WIRE TRANSFER FROM BANQUE SCS ALLIANCE, GENEVA, SWITZERLAND, HELD IN THE NAME OF BLOOMFIELD INVESTMENTS, LTD. | : | |
| | : | |
| Defendants. | : | October 14, 2004 |
| | : | |
| [CLAIMANTS: BLOOMFIELD INVESTMENTS LIMITED (BVI) AND DEVONSHIRE TECHNOLOGIES, LTD.] | : | |

PLAINTIFF UNITED STATES OF AMERICA'S
RESPONSE TO NOTICE OF RULE 41(a)

The Plaintiff, United States of America ("United States"), hereby responds to the Rule

41(a) Notice entered by the Court on September 24, 2004 in the above-captioned civil forfeiture

action. The undersigned Assistant United States Attorney hereby represents to this Court the following:

1.  On August 14, 2001, the Plaintiff, United States of America, filed a Verified Complaint of Forfeiture against $29,035,500.00 in account number, 20X6875(06), held in the name of U.S. Customs Suspense Account, at the Federal Reserve Bank of New York, which represents a wire transfer from account number 70026, at Banque SCS Alliance, Geneva, Switzerland, held in the name of Bloomfield Investments, Ltd., and $3,241,500.00 in account number 00008114, held in the name of Seized Asset Deposit Fund, at the Federal Reserve Bank, which represents a wire transfer from Banque SCS Alliance, Geneva, Switzerland, held in the name of Bloomfield Investments, Ltd. ("Currency Defendants"), to enforce the provisions of 18 U.S.C. § 981(a)(1)(A) for the forfeiture of property involved in a financial transaction in violation of 18 U.S.C. §§ 1956 and 1957, and to enforce the provisions of 18 U.S.C. § 981(a)(1)(C) for the forfeiture of property which constitutes or is derived from proceeds traceable to an offense constituting "specified unlawful activity" (as defined in 18 U.S.C. § 1956(c)(7)), namely mail fraud and wire fraud in violation of 18 U.S.C. §§ 1341 and 1343, or conspiracy to commit such offenses. This action was filed in connection with the related criminal case entitled United States v. Martin Frankel, Criminal No. 3:99CR235 (EBB), in which Martin Frankel and others devised and executed a scheme to defraud several insurance companies across the country of approximately $200 million. The potential claimant to the Currency Defendants were identified as Bloomfield Investments Limited (BVI) and Devonshire Technologies, Ltd. The

various insurance companies[1] which were defrauded by Martin Frankel have also filed claims in this case. In addition, several re-insurance companies, Peoples Benefit Life Insurance Company, Veterans Life Insurance Company, and Huff Cook, Inc., on behalf of Settlers Life Insurance Company, have also filed claims in this case.

2. On August 20, 2001, the United States served by mail Mossack Fonseca & Co. (BVI) Ltd, the registered agent for Bloomfield Investments Ltd. and Devonshire Technologies, Ltd., with the Verified Complaint of Forfeiture and Warrants of Arrest in rem.

3. By letter dated September 3, 2001, Mossack Fonseca & Co. (BVI) Ltd. acknowledged receipt of the Verified Complaint of Forfeiture and Warrants of Arrest in rem and indicated that the documents were forwarded to its client of record.

4. On August 27, 2001, Commissioner Anne B. Pope, Receiver and Liquidator of Franklin American Life Insurance Company filed a Claim, and on September 14, 2001, filed an Answer and Affirmative Defenses to the Verified Complaint of Forfeiture, and a Counterclaim against the United States.

5. On August 27, 2001, Scott B. Lakin, Director of the Missouri Department of Insurance, Liquidator of International Financial Services Life Insurance Company filed a Claim, and on September 14, 2001, filed an Answer to the Verified Complaint of Forfeiture, and a Counterclaim against the United States.

---

[1] The insurance commissioners and receivers who have filed claims in this action on behalf of the victim insurance companies are: (1) Mississippi Commissioner of Insurance George Dale, Liquidator of First National Life Insurance Company of America, Franklin Protective Life Insurance Company, and Family Guaranty Life Insurance Company; (2) Commissioner Anne B. Pope, Receiver and Liquidator of Franklin American Life Insurance Company; (3) Director Keith Wenzel, Receiver of International Financial Services Life Insurance Company; (4) Carroll Fisher, Insurance Commissioner and Receiver for Farmers and Ranchers Life Insurance Company; (5) Mike Pickens, Receiver of Old Southwest Life Insurance Company.

6. On August 31, 2001, Mike Pickens, Receiver of Old Southwest Life Insurance Company filed a Claim, and an Answer to the Verified Complaint of Forfeiture.

7. On August 31, 2001, Carroll Fisher, Insurance Commissioner and Receiver for Farmers and Ranchers Life Insurance Company filed a Claim, and on September 6, 2001, filed an Answer and Affirmative Defenses to the Verified Complaint of Forfeiture.

8. On September 4, 2001, Mississippi Commissioner of Insurance George Dale, Liquidator of First National Life Insurance Company of America, Franklin Protective Life Insurance Company, and Family Guaranty Life Insurance Company filed a Verified Statement of Interest, and on September 14, 2001, filed an Answer and Affirmative Defenses to the Verified Complaint of Forfeiture, and a Counterclaim against the United States.

9. On September 13, 2001, Peoples Benefit Life Insurance Company and Veterans Life Insurance Company filed a Verified Statement of Interest, and on October 1, 2001, filed an Answer to the Verified Complaint of Forfeiture.

10. On September 17, 2001, Huff Cook, Inc., on behalf of Settlers Life Insurance Company, or Settlers Life Insurance on its own behalf, filed a Verified Statement of Interest, and on October 1, 2001, filed an Answer to the Verified Complaint of Forfeiture.

11. On July 28, 2003, the Plaintiff, United States of America, requested the Court enter default against Bloomfield Investments Limited and Devonshire Technologies Limited for failure to file a claim or answer within the time permitted by Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, and on August 13, 2003, the Court granted the United States' request for Default.

12. On August 20, 2003, the Plaintiff, United States of America, moved for Default Judgment against Bloomfield Investments Limited and Devonshire Technologies Limited, and on August 21, 2003, the Court granted the motion and entered a default judgment against Bloomfield Investments Limited and Devonshire Technologies Limited.

13. As indicated in Paragraph One above, this civil forfeiture action is related to the criminal case entitled <u>United States v. Martin Frankel</u>, Criminal No. 3:99CR235 (EBB). In that case and related cases, Martin Frankel and others are awaiting sentencing. Until Frankel and various co-conspirators are sentenced, the United States is unable to work toward a resolution of this and the related civil forfeiture actions with the various claimants. Several co-conspirators have already been sentenced and restitution orders entered which identify the seven victim insurance companies that should receive restitution from the various defendants. The victim insurance companies have come to an agreement as to how restitution should be apportioned among the seven insurance companies.

14. Also as mentioned above, there are several victim insurance companies that have filed claims in this action. The United States has been engaging in an on-going dialogue with the seven insurance companies identified in the previously entered restitution orders and is working with them in this case and the dozen other related civil forfeiture actions as to how the cases should be collectively resolved to the satisfaction of all parties involved.

15. Moreover, there are several re-insurance companies, Peoples Benefit Life Insurance Company, Veterans Life Insurance Company, and Huff Cook, Inc., on behalf of Settlers Life Insurance Company, that have made competing claims against the seven insurance companies in this and some of the other forfeiture actions. These re-insurance companies filed an action in the

Chancery Court of the First Judicial District of Hinds County, Mississippi (the receivership court for First National Life Insurance Company of American) asking the Receivership Court to allow them to pursue the assets at issue in this forfeiture action. The Receivership Court ruled that the Liquidator was the proper party to recover the assets and that the re-insurance companies had to make their claims through the liquidation proceedings, like all other claimants. The re-insurance companies are currently appealing the decision in favor of the victim insurance companies in a Mississippi liquidation court.

16. Due to several unresolved criminal cases, the complexity of the underlying issues involving the insurance companies and the goal to resolve all of the Frankel-related forfeiture actions globally, the United States respectfully requests that the Court retain this case on the active docket to afford the parties an opportunity to resolve the issues described above.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    JULIE G. TURBERT
    ASSISTANT U.S. ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT  06508
    (203) 821-3700
    FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Plaintiff United States of America's Response to Notice of Rule 41(a) Notice to Counsel has been mailed, postage prepaid, on this 14th day of October, 2004, to:

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main Street, Suite 1000
Kansas City, Missouri 64108

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street
New Haven, CT 06510

Graham Matherne, Esq.
Wyatt Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, Tennessee  37203

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
1062 Highland Colony Parkway, Ste. 200
P.O. Box 6020
Ridgeland, Mississippi 39157

Andrew B. Campbell
Wyatt, Tarrant & Combs
2525 W. End Avenue
Suite 1500
Nashville, TN 37203

Susan Loving, Esq.
Lest, Loving and Davies
1701 South Kellly
Edmund, Oklahoma 73013

Forrest Lammiman, Esq.
Lord Bissell & Brook
Harris Bank Bldg.
115 LaSalle St.,Suite 2600-3600
Chicago, IL 60603

David N.  Rosen, Esq.
Rosen & Dolan, P.C.
400 Orange Avenue
New Haven, CT 06511

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY