UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:01CV1515 (EBB) |
| $29,035,500.00 IN ACCOUNT NUMBER 20X6875(06), HELD IN THE NAME OF U.S. CUSTOMS SUSPENSE ACCOUNT AT THE FEDERAL RESERVE BANK OF NEW YORK, WHICH REPRESENTS A WIRE TRANSFER FROM ACCOUNT NUMBER 70026, AT BANQUE SCS ALLIANCE, GENEVA, SWITZERLAND, HELD IN THE NAME OF BLOOMFIELD INVESTMENTS, LTD., | : | |
| $3,241,500.00 IN ACCOUNT NUMBER 00008114, HELD IN THE NAME OF SEIZED ASSET DEPOSIT FUND AT THE FEDERAL RESERVE BANK, WHICH REPRESENTS A WIRE TRANSFER FROM BANQUE SCS ALLIANCE, GENEVA, SWITZERLAND, HELD IN THE NAME OF BLOOMFIELD INVESTMENTS, LTD. | : | |
| Defendants. | : | October 14, 2004 |
| [CLAIMANTS: BLOOMFIELD INVESTMENTS LIMITED (BVI) AND DEVONSHIRE TECHNOLOGIES, LTD.] | : | |

PLAINTIFF UNITED STATES OF AMERICA'S
RESPONSE TO NOTICE OF RULE 41(a)

The Plaintiff, United States of America ("United States"), hereby responds to the Rule

41(a) Notice entered by the Court on September 24, 2004 in the above-captioned civil forfeiture