UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

        Plaintiff,

v.  :  Civil No. 3:01 CV 1515 (EBB)

$29,035,500 IN ACCOUNT NUMBER 20X6875(06), HELD IN THE NAME OF U.S. CUSTOMS SUSPENSE ACCOUNT AT THE FEDERAL RESERVE BANK OF NEW YORK, et al.

        Defendants.

**PEOPLES BENEFIT LIFE INSURANCE COMPANY, VETERANS LIFE INSURANCE COMPANY AND HUFF-COOK, INC.'S MOTION TO ADMIT ATTORNEYS FORREST B. LAMMIMAN, RANDALL A. HACK, AND BRIAN I. HAYS *PRO HAC VICE***

Pursuant to Local Rule 2(d) and on behalf of the respondents Peoples Benefit Life Insurance Company, Veterans Life Insurance Company, and Huff-Cook, Inc., the undersigned move to admit Attorneys Forrest B. Lammiman, Randall A. Hack, and Brian I. Hays *pro hac vice*.

The respondents provide the following information regarding the proposed visiting attorneys:

| | |
|---|---|
| Name: | Forrest B. Lammiman |
| Federal Bar No.: | ct 21508 |
| Bars: | State of Illinois, State of Wisconsin, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fifth Circuit, United States District Court for the Northern District of Illinois, United States District Court for the Central District of Illinois, United States District Court for the Eastern District of Wisconsin, and United States District Court for the Western District of Wisconsin |

1

| | |
|---|---|
| Address: | Lord, Bissell & Brook, 115 South La Salle Street, Chicago, Illinois, 60603; Tel: (312) 443-0700; Fax: (312) 443-0336. |
| E-Mail: | flammiman@lordbissell.com |
| | |
| Name: | Randall A. Hack |
| Federal Bar No.: | ct |
| Bars: | State of Illinois, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Tenth Circuit, and United States District Court for the Northern District of Illinois |
| Address: | Lord, Bissell & Brook, 115 South La Salle Street, Chicago, Illinois, 60603; Tel: (312) 443-0700; Fax: (312) 443-0336. |
| E-Mail: | rhack@lordbissell.com |
| | |
| Name: | Brian I. Hays |
| Federal Bar No.: | ct 21601 |
| Bars: | State of Illinois, United States Court of Appeals for the Seventh Circuit, United States District Court for the Northern District of Illinois, and United States District Court for the Eastern District of Michigan |
| Address: | Lord, Bissell & Brook, 115 South La Salle Street, Chicago, Illinois, 60603; Tel: (312) 443-0700; Fax: (312) 443-0336. |
| E-Mail: | bhays@lordbissell.com |

Attached to this motion are affidavits from the visiting attorneys attesting that they have not been denied admission or disciplined by any Court.

Dated: October ,, 2004

_____

David N. Rosen

400 Orange Street
New Haven, CT 06511
Federal Bar No. 000196
Federal Bar No. 14069
Telephone: (203) 787-3513
Telecopy: (203) 789-1605

## SERVICE LIST

*USA v. $29,035,500.00, et al,*
**United States District Court for the District of Connecticut,**
**Case No, 3:01-CV-1515 (EBB)**

**Plaintiff U.S.A.**
Julie G. Turbert
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
23rd Floor
New Haven, CT 06510
(203) 821-3700

**Claimants**

James A. Lenes, Esq.
Douglas **S. Skalka,** Esq.
Neubert, Pepe, Monteith
195 Church Street
13th Floor
New Haven, CT 06510-2026
(203) 821-2000

Susan Loving, Esq.
Lest, Loving & Davies
1701 South Kelly
Edmund, OK 73013

Andrew B. Campbell, Esq.
Graham Matherne, Esq.
Wyatt Tarrant & Combs
2525 West End Avenue
Suite 1500
Nashville, TN 37203
(615) 244-0020

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
1062 Highland Colony Parkway
Suite 200
P. O. Box 6020
Ridgeland, MS 39157

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main Street
Suite 1000
Kansas City, MO 64108

CHI1 983488v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on _____, 2004, a true and correct copy of the foregoing was delivered via United States Mail, first-class postage prepaid, to all counsel on the attached service list.

David N. Rosen