# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

United States of America

v.

$29,035,500.00 in Account No. 20X6875(06), et al.

CASE NUMBER: 3-01-CV-01515 (EBB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Peoples Benefit Life Insurance Company, Veterans Life Insurance Company, and Huff-Cook, Inc.

Date: 11/8/04

Connecticut Federal Bar Number: ct21508

Telephone Number: (312) 443-0414

Fax Number: (312) 896-6414

E-mail address: flammiman@lordbissell.com

Signature

Print Clearly or Type Name: Forrest B. Lammiman

Address: Lord Bissell & Brook, LLP
115 South LaSalle Street
Chicago, IL 60603

*FILED 2004 NOV -9 A 9:15 U.S. DISTRICT COURT NEW HAVEN, CT*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Attached Service List

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## SERVICE LIST

*USA v. $29,035,500.00, et al,*
**United States District Court for the District of Connecticut,**
**Case No, 3:01-CV-1515 (EBB)**

**Plaintiff U.S.A.**
Julie G. Turbert
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
23rd Floor
New Haven, CT   06510
(203) 821-3700

**Claimants**
James A. Lenes, Esq.
Douglas S. Skalka, Esq.
Neubert, Pepe, Monteith
195 Church Street
13th Floor
New Haven, CT   06510-2026
(203) 821-2000

Andrew B. Campbell, Esq.
Graham Matherne, Esq.
Wyatt Tarrant & Combs
2525 West End Avenue
Suite 1500
Nashville, TN   37203
(615) 244-0020

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main Street
Suite 1000
Kansas City, MO   64108

Susan Loving, Esq.
Lest, Loving & Davies
1701 South Kelly
Edmund, OK   73013

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
1062 Highland Colony Parkway
Suite 200
P. O. Box  6020
Ridgeland, MS   39157

CHI1 983488v1