# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

United States of America

v.

$29,035,500.00 in Account No. 20X6875(06), et al.

CASE NUMBER: 3-01-CV-01515 (EBB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Peoples Benefit Life Insurance Company, Veterans Life Insurance Company, and Huff-Cook, Inc.

---

__11/8/04__
Date

__ct21601__
Connecticut Federal Bar Number

__(312) 443-1707__
Telephone Number

__(312) 896-6707__
Fax Number

__bhays@lordbissell.com__
E-mail address

Signature

__Brian I. Hays__
Print Clearly or Type Name

__Lord Bissell & Brook, LLP__
Address __115 South LaSalle Street__
__Chicago, IL   60603__

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Attached Service List

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## SERVICE LIST

*USA v. $29,035,500.00, et al,*
United States District Court for the District of Connecticut,
Case No, 3:01-CV-1515 (EBB)

**Plaintiff U.S.A.**
Julie G. Turbert
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
23rd Floor
New Haven, CT   06510
(203) 821-3700

**Claimants**

| | |
|---|---|
| James A. Lenes, Esq.<br>Douglas S. Skalka, Esq.<br>Neubert, Pepe, Monteith<br>195 Church Street<br>13th Floor<br>New Haven, CT   06510-2026<br>(203) 821-2000 | Susan Loving, Esq.<br>Lest, Loving & Davies<br>1701 South Kelly<br>Edmund, OK   73013 |
| Andrew B. Campbell, Esq.<br>Graham Matherne, Esq.<br>Wyatt Tarrant & Combs<br>2525 West End Avenue<br>Suite 1500<br>Nashville, TN   37203<br>(615) 244-0020 | Charles G. Copeland, Esq.<br>Copeland, Cook, Taylor & Bush, P.A.<br>1062 Highland Colony Parkway<br>Suite 200<br>P. O. Box  6020<br>Ridgeland, MS   39157 |

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main Street
Suite 1000
Kansas City, MO   64108

CHI1 983488v1