UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 DEC 16  P 4: 46

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:01CV1515 (EBB) |
| $29,035,500.00 IN ACCOUNT NUMBER 20X6875(06), HELD IN THE NAME OF U.S. CUSTOMS SUSPENSE ACCOUNT AT THE FEDERAL RESERVE BANK OF NEW YORK, WHICH REPRESENTS A WIRE TRANSFER FROM ACCOUNT NUMBER 70026, AT BANQUE SCS ALLIANCE, GENEVA, SWITZERLAND, HELD IN THE NAME OF BLOOMFIELD INVESTMENTS, LTD., | : |
| $3,241,500.00 IN ACCOUNT NUMBER 00008114, HELD IN THE NAME OF SEIZED ASSET DEPOSIT FUND AT THE FEDERAL RESERVE BANK, WHICH REPRESENTS A WIRE TRANSFER FROM BANQUE SCS ALLIANCE, GENEVA, SWITZERLAND, HELD IN THE NAME OF BLOOMFIELD INVESTMENTS, LTD. | : |
| Defendants. | : |

## SCHEDULING ORDER

1. Discovery Plan.

    a.  All discovery shall be commenced in time to be completed and/or answered by April 1, 2005.

    b.  The number and form of interrogatories and the number of depositions shall be governed by Fed.R.Civ.P.30 (a)(2)(A) and 33 (a).

    c.  The time permitted fro depositions shall be governed by Fed.R.Civ.P.30

(d)(2).

    d.     Reports from retained experts under Rule 26(a)(2) shall be due:

         (1)     From Plaintiff by April 1, 2005.

         (2)     From Defendant and Claimants by April 15, 2005.

         (3)     Rebuttal reports by May 2, 2005.

    e.     Supplementation from the parties shall be due as required under Rule 26(e).

    f.     All discovery motions shall be file by may 6, 2005, or within 10 days after the event giving rise to the dispute, whichever is later.

2.     Other items

    a.     The parties do not request an additional conference with the Court before entry of the Scheduling Order, but do request a pretrial conference before trial.

    b.     The parties request a pretrial conference in August 2005.

    c.     The parties should be allowed until February 11, 2005, to join additional parties, add new claims and/or to amend the pleadings.

    d.     All potentially dispositive motion shall be filed by May 16, 2005, with any response due 30 days from the filing of the potentially dispositive motion and any reply due 20 days from the responsive motion.

    e.     Final lists of witnesses and exhibits under Rule 26(a)(3) shall be due June 13, 2005.

    f.     The parties have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

        g.     The case should be ready for trial by September 9, 2005; at this time trial is expected to take approximately three to four days.

    SO ORDERED this __16th__ day of __December__, 2004, at New Haven, Connecticut.

_____
ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

3