UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>$29,035.500.00 IN ACCOUNT NUMBER )<br>20X6875(06), HELD IN THE NAME OF )<br>NAME OF U.S. CUSTOMS SUSPENSE )<br>ACCOUNT AT THE FEDERAL )<br>RESERVE BANK OF NEW YORK, )<br>WHICH REPRESENTS A WIRE )<br>TRANSFER FROM ACCOUNT NUMBER )<br>70026, AT BANQUE SCS ALLIANCE, )<br>GENEVA, SWITZERLAND, HELD IN )<br>THE NAME OF BLOOMFIELD )<br>INVESTMENTS, LTD., )<br>)<br>$3,241,500.00 IN ACCOUNT NUMBER )<br>00008114 HELD IN THE NAME OF )<br>SEIZED ASSET DEPOSIT FUND AT THE )<br>FEDERAL RESERVE BANK, WHICH )<br>REPRESENTS A WIRE TRANSFER )<br>FROM BANQUE SCS ALLIANCE, )<br>GENEVA, SWITZERLAND, HELD )<br>IN THE NAME OF BLOOMFIELD )<br>INVESTMENTS, LTD. )<br>)<br>**Defendants.** ) | Civil Action 301CV01515(EBB) |

**MOTION FOR SUBSTITUTION OF PARTY**

Pursuant to Federal Rule of Civil Procedure 25(d)(1), Kim Holland, Oklahoma Insurance Commissioner, as Receiver of Farmers and Ranchers Life Insurance Company in Liquidation ("FRL"), respectfully requests that the Court issue an order substituting her in place of Carroll Fisher, as a party to this case. In support of this Motion, Commissioner Holland, as Receiver, states as follows:

1

1.  In May 1999, Oklahoma Insurance Commissioner Carroll Fisher commenced delinquency proceedings against FRL, an Oklahoma domestic insurer, in the District Court of Oklahoma County, State of Oklahoma, Case No. CJ-99-3401-61. On May 20, 1999, the District Court of Oklahoma County issued an *Agreed Order Appointing Receiver and Permanent Injunction* against FRL, placing FRL into receivership.

2.  Pursuant to 36 Okla.Stat. §1914, whenever delinquency proceedings are had against an Oklahoma insurer, the Court shall appoint the Insurance Commissioner as such receiver. Oklahoma Insurance Commissioner Carroll Fisher was thereby appointed receiver of FRL, pursuant to that section.

3.  Carroll Fisher has resigned as Oklahoma Insurance Commissioner.

4.  Kim Holland has assumed the office of Oklahoma Insurance Commissioner, and by virtue of her official capacity as Insurance Commissioner, pursuant to 36 Okla.Stat. §1914, she has been appointed by the District Court of Oklahoma County as the Receiver for FRL.

WHEREFORE, Kim Holland, as Receiver of FRL, respectfully requests that this Court enter an order substituting her for Carroll Fisher, as a party to this case.

This 10th day of February, 2005.

Respectfully submitted,

/s/ Douglas S. Skalka
Douglas S. Skalka, Fed. Bar 00616
**NEUBERT, PEPE & MONTEITH**
195 Church Street, 13th Floor
New Haven, Connecticut 06510


Susan Loving (21576)
Lester, Loving and Davies

2

1701 South Kelly
Edmond, Oklahoma 73013-3018
(405) 844-9900
(405) 844-9958 (fax)

Counsel for **KIM HOLLAND**, Insurance Commissioner for the State of Oklahoma, in her capacity as Receiver of **FARMERS AND RANCHERS LIFE INSURANCE COMPANY IN LIQUIDATION**

CERTIFICATE OF SERVICE

  I certify that on this, the 10th day of February, 2005, a true and correct copy of the foregoing document was served via U.S. Mail, postage prepaid, on the following counsel of record:

Alan F. Curley
C. Phillip Curley
Robinson, Curley & Clayton, P.C.
300 South Wacker Drive, S- 1700
Chicago, IL  60606

Charles G. "Greg" Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
Ridgeland, MS 39157

Douglas J. Schmidt
Blackwell, Sanders, Peper, Martin, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

David N. Rosen
Rosen & Dolan, P.C.
400 Orange Street
New Haven, CT 06511

Steve A. Uhrynowycz
Liquidation Division
1023 West Capitol Avenue
Suite 2
Little Rock, AR  72201-1904

Graham Matherne
Andrew Campbell
Wyatt, Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, TN  37203

John B. Hughes, AUSA
David X. Sullivan, AUSA
United States Attorney's Office
P.O. Box 1824
New Haven, CT  06508

              /s/ Douglas S. Skalka
              Douglas S. Skalka (ct00616)