UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:01cv01515 (EBB) |
| | ) | |
| $29,035,500.00 IN ACCOUNT NUMBER 20X6875(06), HELD IN THE NAME OF U.S. CUSTOMS SUSPENSE ACCOUNT AT THE FEDERAL RESERVE BANK OF NEW YORK, WHICH REPRESENTS A WIRE TRANSFER FROM ACCOUNT NUMBER 70026, AT BANQUE SCS ALLIANCE, GENEVA, SWITZERLAND HELD IN THE NAME OF BLOOMFIELD INVESTMENTS, LTD., et al. | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2005, a true and correct copy of the RECEIVER-CLAIMANTS' MOTION TO DISMISS CLAIMS OF PEOPLES BENEFIT LIFE INSURANCE COMPANY, VETERANS LIFE INSURANCE COMPANY, HUFF COOK, INC., AND SETTLERS LIFE INSURANCE COMPANY was served by U.S. Mail, first class postage pre-paid, to the following:

John B. Hughes, Esq.
David X. Sullivan, Esq.
United States Attorney's Office
P.O. Box 1824
New Haven, Connecticut  06508

Forrest B. Lammiman, Esq.
Lord, Bissell & Brook
112 South LaSalle Street
Chicago, Illinois  60603

David N. Rosen, Esq.
400 Orange Street
New Haven, Connecticut  06511

Dated:  February 15, 2005
        New Haven, CT

Douglas S. Skalka (ct00616)
Neubert, Pepe & Monteith, P.C.