in Pioneer Annuity involved two receivers, nothing in the opinion suggests that the court's holding should be limited to receivers.

Furthermore, the Receiver's entire argument is based on the faulty factual assumption that the Petitioners are not "primary victims" of a fraud. (Receiver's 12(c) Reply at 4.) As alleged in the Petition and as a matter of law, FNL was not a victim of fraud, FNL was a perpetrator of a fraud on the Petitioners. Indeed, the receivers themselves have asserted in their RICO action in the United States District Court for the Southern District of Mississippi that FNL and the other insurers were operated as criminal enterprises. Dale v. ALA Acquisitions I, Inc., et al., Case No. 3:00 CV 359LN (S.D. Miss.) Third Amended Complaint at ¶ 100, a copy of which is attached as Exhibit A. As admitted by the Receiver, Frankel, through the Thunor Trust and Hackney, was the sole owner of FNL and controlled the workings of the company. The Receiver has admitted to this Court that Frankel, as part of his scheme to defraud, instructed his co-conspirators at FNL to enter into the reinsurance agreements with the Petitioners with the intent to steal those funds for Frankel's personal benefit and for the personal benefit of the co-conspirators. (Response in Opposition to Appellants' Motion for Stay Pending Appeal at ¶ 2.) At no point did Frankel, the sole owner of FNL, or the co-conspirator officers of FNL ever intend the reinsurance agreements with the Petitioners to be legitimate transactions.

## VI.    CONCLUSION

The Reserve Funds held in the Forfeiture Proceedings are not assets of the FNL estate. As victims of FNL's fraud, Petitioners are entitled to assert a constructive trust to recover their traceable property. The Order Granting Motion for Summary Judgment should be vacated and this matter remanded so that discovery can continue and the matter be set for trial.

This 5 day of August, 2004.   PEOPLES BENEFIT LIFE INSURANCE COMPANY,
                                                            VETERANS LIFE INSURANCE COMPANY and HUFF-
                                                            OOOK, INC.

By: _____
                                                            One of Their Attorneys

Alex A. Alston, Jr. (MB #1543)
Richard L. Jones (MB #3229)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
1400 Trustmark Building
248 East Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi 39205-0119
Telephone: (601) 948-3101
Fax: (601) 960-6902

*Of Counsel*
Forrest B. Lammiman
Randall A. Hack
Brian I. Hays
LORD, BISSELL & BROOK LLP
115 S. LaSalle Street
Chicago, Illinois 60603
Telephone: (312) 443-0700
Fax: (312) 443-0336

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



| | |
|---|---|
| **GEORGE DALE,** Commissioner of Insurance for the State of Mississippi, in his official capacity as Receiver of FRANKLIN PROTECTIVE LIFE INSURANCE COMPANY; | |
| **GEORGE DALE,** Commissioner of Insurance for the State of Mississippi, in his official capacity as Receiver of FAMILY GUARANTY LIFE INSURANCE *COMPANY;* | |
| **GEORGE DALE,** Commissioner of Insurance for the State of Mississippi, in his official capacity as Receiver of FIRST NATIONAL LIFE INSURANCE COMPANY OF AMERICA; | |
| **ANNE B. POPE,** Commissioner of Commerce and Insurance for the State of Tennessee, in her official capacity as Receiver of FRANKLIN AMERICAN LIFE INSURANCE COMPANY; | C.A. No. 3:00 CV 359LN<br><br>THIRD AMENDED COMPLAINT |
| **SCOTT B. LAKIN,** Director of the Department of Insurance for the State of Missouri, in his official capacity as Receiver of INTERNATIONAL FINANCIAL SERVICES LIFE INSURANCE COMPANY; | JURY DEMANDED |
| **CARROLL FISHER,** Insurance Commissioner for the State of Oklahoma, in his official capacity as Receiver of FARMERS AND RANCHERS LIFE INSURANCE COMPANY; | |
| **MIKE PICKENS,** Insurance Commissioner for the State of Arkansas, in his official capacity as Receiver of OLD SOUTHWEST LIFE INSURANCE COMPANY; | |
| PLAINTIFFS, | |
| v. | |
| **ALA ACQUISITIONS I, INC.;**<br>**ALA HOLDINGS, INC.;**<br>**AMERICAN ANNUITY AND LIFE ACQUISITIONS, L.L.P.;**<br>**AMERICAN LIFE ACQUISITIONS, L.L.C.;** | |

EXHIBIT "A"

C

AMERICAN LIFE ACQUISITIONS, L.P.;
AMERICAN OPERATIONS CORPORATION;
AMERICAN SECURITY SERVICES a/k/a
  AMERICAN SECURITY SERVICES AGENCY;
AMERICAN SERVICE CORPORATION;
GARY ATNIP;
AWV CORPORATION;
BA-GIO INVESTMENTS, S.A.;
BENG WAN TAN;
BLOOMFIELD INVESTMENTS, LTD., S.A.;
BLOOMFIELD INVESTMENTS LIMITED-BVI;
BRADSHAW ENTERPRISES CO., INC.;
BUNNIES, INC.;
C. MARK BURGESS;
CREATIVE PARTNERS FUND;
DEVONSHIRE TECHNOLOGIES, LTD.;
DREYFUS SERVICE CORPORATION;
ALFREDO FAUSTI;
FAUSTO FAUSTI;
MICHELLE V. FIELD;
MIRIAM FISCHER;
MARTIN FRANKEL;
FRANKLIN AMERICAN CORPORATION;
FRANKLIN AMERICAN INVESTMENT
    MANAGEMENT COMPANY, L.L.C.;
GATES INVESTMENTS, INC.;
GOOD LUCK CORPORATION;
ADRIANA GUSTAVO;
ROBERT GUYER;
JOHN HACKNEY;
HARTWICK MANAGEMENT, LTD.;
KATHRYN HIGGINS;
HIGHLAND INDUSTRIAL PARK, INC.;
SONIA HOWE a/k/a SONIA SCHULTE,
  SONIA ROSSE, SONIA STEVENS,
  SONIA RAE and SONIA RADENCOVICI;
INTERNATIONAL FINANCIAL CORPORATION;
JOHN JORDAN;
JACQUELINE JU;
JUDICIAL INVESTIGATION AGENCY;
THE JUPITER CAPITAL GROWTH FUND;
MONA KIM a/k/a MONICA KIM;
LIBERTY NATIONAL SECURITIES, INC.;
THURSTON LITTLE;

2

C

LUCKY STAR INVESTMENTS;
MALONEY MEHLMAN & KATZ;
LARRY MARTIN;
BARRY MEHLMAN;
MIDDLEBURG INVESTMENTS, LTD.;
PHILIP MILLER;
JEFFREY MOREAU;
NMSC, INC.;
NORTH MISSISSIPPI AVIATION, INC.;
NORTH MISSISSIPPI MANAGEMENT, INC.;
ROCCO NUZZACI;
THOMAS QUINN;
STEFAN RADENCOVICI;
RESOLUTE INVESTMENTS;
RMI, INC.;
DAVID ROSSE;
KAETHE SCHUCHTER a/k/a KAETHE MOREAU;
ST. FRANCIS OF ASSISI FOUNDATION TO
  SERVE AND HELP THE POOR AND
  ALLEVIATE SUFFERING;
ST. MARY'S FOUNDATION FOR THE
  PROTECTION OF HOMELESS CHILDREN;
DEBORAH SPAETH;
WILBUR STEVENSON;
SUNDEW INTERNATIONAL, LTD.;
RICHARD TEEL;
THUNOR TRUST;
KAREN TIMMINS;
ROBERT WIENER;
GREGORY WIKTOR;
OKSANA BOUDANOVA WIKTOR;
WORLDWIDE DIAMONDS, INC.;

                        DEFENDANTS.

99. **After Frankel fled, the Insurance Companies discovered that, in the aggregate, assets and funds substantially in excess of $200,000,000 were fraudulently and wrongfully looted from the Insurance Companies by Frankel and the other defendants. In addition, the Insurance Companies suffered significant underwriting and related business losses while under the control of Frankel, Hackney, Atnip and certain of the other defendants. As a result of the activities described above, the Insurance Companies were financially damaged and placed into receivership in their respective states of domicile – Mississippi, Tennessee, Missouri, Oklahoma, and Arkansas.**

## GENERAL RICO ALLEGATIONS

### The Enterprises

100. At all relevant times, the Insurance Companies each constituted an enterprise, as that term is defined in 18 U.S.C. § 1961(4), that engaged in and the affairs of which affected interstate commerce. In addition, Frankel, Rosse, Timmins, Miller, Kim, Howe, Schuchter, Moreau, Gustavo, Fischer, Higgins, Radencovici, Ju, Oksana Wiktor, Gregory Wiktor, Beng, Burgess, Spaeth, Hackney, Atnip, Jordan, American Security, ASC, AWV, Ba-Gio, **Bloomfield, Bloomfield BVI,** Bradshaw, Bunnies, Creative Partners, Devonshire, FAC, Gates Investments, Good Luck, Hartwick, IFC, Judicial Investigation, Jupiter Capital, LNS, Lucky Star, **Middleburg,** Resolute, RMI, Sundew, **Thunor** Trust, ALA, American Annuity, St. Francis, Martin, Quinn and Guyer constituted an **association-in-fact** enterprise (the "Association"). The Association **functioned** in **a hierarchical decision-making** structure and as a continuing **unit** from at least 1991 until May 1999, and was engaged in and the affairs of which affected interstate commerce.

### Federal Law

### CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that I have served a true copy of the foregoing **Petitioners' Brief in Support of Their Appeal** by forwarding a copy via facsimile or United States mail, postage prepaid, to the following counsel as noted:

Charles G. Copeland, Esq.
Rebecca Blunder, Esq.
COPELAND, COOK, TAYLOR & BUSH, P.A.
1062 Highland Colony Parkway, Suite 200
Post Office Box 6020
Ridgeland, Mississippi 39158

ATTORNEY FOR GEORGE DALE, COMMISSIONER OF INSURANCE OF THE STATE OF MISSISSIPPI

Kristin M. Johnson, Esq.
WATKINS LUDLAM WINTER & STENNIS, P.A.
633 North State Street
Post Office Box 427
Jackson, Mississippi 39205

Charles T. Richardson, Esq.
BAKER & DANIELS
805 15th Street, N.W., Suite 700
Washington D.C. 20005

C. York Craig, Jr., Esq.
Ricky G. Luke, Esq.
CRAIG HESTER LUKE & DODSON, P.A.
Post Office Box 12005
Jackson, Mississippi 39236-2005

This the ___ day of August, 2004.



Alex A. Alston, Jr.