# Exhibit 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

COPY

| | |
|---|---|
| **UNITED STATES** OF **AMERICA**,  )<br>　　　　　Plaintiff,  )<br>　　　　　　　　　　　　　)<br>　　　　vs.　　　　　　　　)<br>　　　　　　　　　　　　　)<br>MONA **RIM**,　　　　　　　)<br>　　　　Defendant.  ) | CRIMINAL NO.:<br>**3:99CR235 (EBB)**<br><br><br><br>JANUARY 17, 2003 |

　　　　　　　　　　　　　　　　　Federal Building
　　　　　　　　　　　　　　　　　141 Church Street
　　　　　　　　　　　　　　　　　New Haven, Connecticut

<u>JURY TRIAL</u>

Volume 5

<u>Held Before:</u>

**THE HONORABLE ELLEN BREE BURNS**
　　*Senior U.S. District Court Judge*

**FALZARANO COURT REPORTERS**
117 North Saddle Ridge
West Simsbury, CT 06092
860.651.0258

```
 1              "I have examined the attached records,
 2         including records" labeled -- "Bates-labeled
 3         Settlers 1 to Settlers 14 (reinsurance agreement,
 4         board of director minutes, and wire authorization
 5         request), which were produced in response to
 6         a government subpoena, and I certify that they
 7         are standard business records of Settlers Life
 8         Insurance Company; and:
 9              "These records were made at or near the time
10         of the occurrences of the matters set forth by,
11         or from information transmitted by, a person with
12         knowledge of those matters; that these records
13         were kept in the course of the company's regularly
14         conducted activity; that it was the regular
15         practice of the company to make and maintain these
16         records as part of its regularly conducted business
17         (sic) activities.   Signed, Melvin Dillon."
18
19                      DIRECT EXAMINATION
20
21  BY MR. CALIFANO:
22      Q    Mr. Harmon, I'd like to ask you some preliminary
23  questions, sir.  How old are you?
24      A    I will be 80 years old in April.
25      Q    Now, sir, do you have a hearing problem?
```

```
         A    Yes.
 2       Q    If I should say anything that you don't hear or
 3  don't understand, would you please tell me so and I will make
 4  sure I repeat the question?
 5       A    Yes.
 6       Q    Where do you live, Mr. Harmon?
 7       A    I live in Bristol, Virginia.
 8       Q    Where is Bristol, Virginia?
 9       A    Bristol, Virginia, is in the southwest part of
10  Virginia.  It's on the state line with Tennessee; half of
11  it's in Tennessee, and half is in Virginia.
12       Q    Sir, did you used to work at Settlers Life
13  Insurance Company?
14       A    Yes, sir.
15       Q    Could you tell us how you came to get a job at
16  Settlers Life Insurance Company?
17       A    Well, Settlers Life insurance started out -- well,
18  the huff cook mutual burial association --
19            THE COURT REPORTER: Excuse me? I'm sorry?
20            THE WITNESS: -- operating in --
21            MR. CALIFANO: I'm sorry, Mr. Harmon.
22            Sometimes the Court Reporter may ask you to
23            repeat a few names.
24
25
```

```
 1   BY MR. CALIFANO:
 2       Q    You said the Huff-Cook Mutual Burial Association?
 3       A    The Huff-Cook Mutual Burial Association.
 4       Q    Could you spell that for the record, sir. Could
 5   you spell out Huff-Cook for the record.
 6       A    H-u-f-f, hyphen, C-o-o-k, mutual.
 7            THE COURT REPORTER:  Thank you.
 8   BY MR. CALIFANO:
 9       Q    Is that who you started work for, the Huff-Cook
10   Mutual Burial Association?
11       A    Yes, sir.
12       Q    All right.  Could you tell us how you started to
13   work at the Huff-Cook Mutual Burial Association?
14       A    Well, I started out there in 19 and 48. I started
15   with the Huff-Cook Mutual Burial Association in 1948, which
16   was a very -- it was two girls in the office and the
17   president of the company and my wife; then they took me in.
18       Q    Were you married to your wife at the time?
19       A    I was married to my wife.
20       Q    How long had she worked at the Huff-Cook Mutual
21   Burial Association?
22       A    Well, she started working at the Huff-Cook Mutual
23   Burial Association in 19 and 38.
24       Q    When you started at the Huff-Cook Mutual Burial
25   Association, what was your job?
```

1   A   Well, when I started there at the burial
2   association, I started out more or less just a gopher, and
3   then they took me in; and I was promoted within the
4   organization.
5   Q   Sir, could you explain how the Huff-Cook
6   association worked?
7   A   Oh, the Huff-Cook Mutual Burial Association is
8   a mutual association comprised of the members. They are
9   an assessment association where they -- when they bought
10  a certain amount of money, like, for the beginning it was
11  25 cents a month for $200 burial benefit, and it worked as
12  an assessment burial association.
13  Q   So the members would pay an assessment, and if they
14  should -- have agreed to join. If they needed to have a
15  funeral, the association would pay for the funeral?
16  A   Cash.  Yes.
17  Q   Did you continue to work for the company through
18  the 1950's and '60's?
19  A   Oh, yes.  Yes, sir.
20  Q   And were you promoted in the company?
21  A   Well, at the time of the president's death, which
22  was in 19 and 76, I was promoted to president and chairman of
23  the board.
24  Q   Did the burial association do well over those
25  years?  How did it do? Did it grow?

```
 1      A    Well, we had a television program, which I was the
 2   master of ceremonies promoting the burial association, and we
 3   had rapid -- we had rapid growth.
        Q    Did there come a time when the Huff-Cook Burial
 5   Association became Settlers Life Insurance Company?
 6      A    The Settlers Life Insurance Company grew out of the
 7   Huff-Cook Mutual Burial Association with the blessings of the
     Bureau of Insurance in the State of Virginia.
 9      4    When did that happen? When did that happen?
10      A    That happened in 19 -- October 19 and 84.
11      Q    And what was Settlers? What type of an entity was
12   Settlers Life Insurance Company?
13      A    Settlers Life Insurance Company was a legal reserve
14   life insurance company, which we were able to write life
15   insurance, regular life insurance, and health insurance, but,
16   in other words, we were admitted as a regular legal reserve
17   life insurance company.
18      Q    When the company -- when Huff-Cook Mutual Burial
19   Association grew into Settlers, the reserve life insurance
20   company, did Settlers issue stock?
21      A    Yes, sir.
22      Q    And who were the major stockholders of Settlers
23   Life Insurance Company?
24      A    The major stockholders of Settlers Life Insurance
25   Company was Jess Walker, myself, and my wife, and the
```

1  Huff-Cook Mutual Burial Association.
2      Q    By 1999, sir, how much was the stock of Settlers
3  Life Insurance Company worth?
4      A    The stock would have a book value of between --
5  around $22 million.  Now, that is the book value of it.
6  Now, what it's worth, it would be worth much more than that.
7      Q    As to book value, sir -- well, how much of that
8  stock did you and your wife own?
9      A    We owned 51 percent of it.
10     Q    Now, in 1999, sir, what was your position at the
11 company?
12     A    In 19 and 99, I was president and chairman of the
13 board.
14     Q    Were you drawing a salary from the company?
15     A    I was drawing a salary from the Settlers Life
16 Insurance Company.
17     Q    How much of a salary were you drawing?
18     A    To tell you the truth, I don't know the exact
19 amount, but it was a little -- slightly over $100,000 a year.
20     Q    And did you and your wife -- sir, what were you
21 going do with all that stock?
22     A    We have no children, and I have no people. And
23 I ha d-- what I -- my part of the stock was to go back into
24 the company to enhance or build the value of the company.
25     Q    And what were you doing with your salary at that

1   time with respect to the company and the employees?
2       A    Well, we were very gracious to help **the** ladies
3   employed in there with education for their children, but
4   as far as my salary there, we were living off of it.
5       Q    How were you **helping the employees** and their
6   children?
7       A    Well, we've put -- we've put several of -- helped
8   several of them with paying the college tuition.
9       Q    Did there come a time, sir, in 1999, when you sold
10  a block of insurance to First National Life Insurance
11  Company?
12      A    That's true.
13      Q    Could you tell the jury and the Court **a** little bit
14  about what type of insurance was in that block of insurance?
15      A    All right.  We were a mutual burial association,
16  **and** the funeral regulators thought quite well of us because
17  when they buried a member of ours, they'd get their money.
18  And they -- they thought quite well of that.
19           But, in other words, the block of business that
20  we're speaking of is a block of business that was designed
21  and was to pay for the burials of the policyholders of
22  Settlers.  Up until the Settlers, which is a legal reserve
23  life insurance, was formed, we were not allowed to take an
24  assignment from a funeral home, but as a legal reserve
25  company, we were; and that brought the business -- was the

1   **block** of business **which** funded **prearranged** funerals.
2        4   I want to bring up to you some documents,
3   Mr. Harmon.  If you could just take a look at that. They're
4   marked **Government's Exhibit** B-5.  Could you take **a** look at
5   the first page. I'm going to put that up on the screen.
6   Sir, is **that the reinsurance** agreement between Settlers Life
7   Insurance Company and the First National Life Insurance
8   Company of America?
9        A   Yes, sir.
10       Q   Do you remember approximately when this reinsurance
11  agreement was executed?
12       A   It was executed the first part of April of 19
13  the 99.
14       Q   Okay.  If you could, if you could go down to the
15  signature page, which would be, I believe, the tenth page.
16  Have you got the signature page?
17       **A**   Yes.
18       Q   Is that the same page I've got up on the screen?
19       **A**   Yes.
20       Q   Now, sir, if you could turn to the next page after
21  the signature page -- by the way, on the signature page, do
22  you recognize the signature of the officer who represents
23  Settlers Life *Insurance* Company?
24       **A**   Yes.
25       4   **Who is** that?

1   A   Well, the first one is myself. The second one is
2   my wife --
3   Q   Excuse me, Mr. Harmon. Are you on page Settlers
4   10 in the lower righthand corner? There's the page. Is that
5   the page that's up on the screen, Mr. Harmon?
6   A   Yes.
7   Q   I'm going to magnify the signature. The first
8   signature -- Charles P. Olinger?
9   A   Yes, sir.
10  Q   Who is Mr. Olinger?
11  A   At this particular hour, Mr. Olinger was the
12  CEO/chief operating officer.  He is a CPA, and he -- that
13  was his signature.
14  Q   How long had he been working for the company?
15  A   Well, he had done -- he come from an accounting
16  firm, Fleener, Meadows & Olinger, and he had been working for
17  the company a number of years as an independent accountant,
18  and then he come to the company full-time.
19  Q   Sir, can you repeat the name of the accounting
20  firm that Mr. Olinger came from?
21  A   F-1, double e, N-e-r, Meadows, M-e-a-d-o-w-s, and
22  Olinger.
23  Q   Mr. Harmon, could you turn to the next page of
24  that document, and do I have that page up on the screen?
25  It's got four signatures, and it looks like an amount of

1  money.  Do you see the page I'm referring to?
2      A    Yes.
3      Q    Sir according to this -- I'm going to -- if you
4  look up at the screen, I'm circling an amount at the bottom
5  of the schedule of funds. Do you see the chart I'm pointing
6  to on that piece of paper? Is there a schedule of funds?
7      A    Yes, yes.
8      Q    And according to this agreement, how much money was
9  going to be turned over to First National Life Insurance
10 Company upon the execution of the agreement?
11     A    $44,795,476.
12     Q    Now, Mr. Harmon, in the course of this, did the
13 board have to approve this particular reinsurance agreement?
14     A    That's true.
15     Q    I want you to turn to the next page, sir. Would
16 you like some water, sir? Is this the Minutes of the Special
17 Called Meeting of the Board of Directors on April 7th?
18     A    Yes.
19     Q    Is that your signature at the bottom, along with
20 your wife's?
21     A    Yes.
22     Q    Now, does this -- is this the first -- excuse me,
23 Your Honor.  Is this the first action of the board of
24 directors to approve the reinsurance agreement with First.
25 National Life Insurance Company?  Did this document help

```
 1    approve First National Life Insurance Company's reinsurance
 2    agreement?
 3         A    It had been discussed before. This is the
 4    first . . . (trailing).
 5         Q    -- resolution? Could you turn to the next
 6    document, Mr. Harmon, Action of the Board of Directors.
 7    Do you have that document in front of you?
 8         A    Yes.
 9         Q    Does that also contain your signature?
10         A    Yes.
11         Q    Your wife's signature?
12         A    Yes, sir.
13         Q    Mr. Walker's signature?
14         A    Yes, sir.
15         Q    And Mr. Olinger's signature?
16         A    Yes.
17         Q    The second to the last paragraph, could you read
18    that?  It's up on the screen. I'll point it out to you.
19    Could you read that second-to-last paragraph aloud, please.
20         A    "Further resolved that the First Union custodial
21    department is hereby authorized to transfer $44,795,476 to
22    First National on April the 9th from funds being held in
23    trust accounts numbered 50564492342 and 50505681311.
24         Q    Now, Mr. Harmon, did there come a time shortly
25    after that that you learned that something had happened to
```

1  those funds?
2      A    Yes, sir.
3      Q    Could you describe what you remember.
4      A    It's very painful, but Charles Olinger come into
5  our office and got Jess Walker and myself and my wife
6  together and said the money that had -- the money that had
7  been transferred is gone.
8      Q    What did you do when you learned that?
9      A    Cried a little bit, but we wanted to get to the
10 bottom of it.
11     Q    Did you call the Department of Insurance in
12 Virginia?
13     A    They called us.
14     Q    And do you remember what happened the next day?
15     A    Yes.
16     Q    Could you please tell the jury.
17     A    The commissioner of *insurance* come into our office,
18 and called us all into the office. As a matter of fact,
19 I was not able to be there. I was -- I was back home.
20     Q    Well, do you recall what happened with the company?
21     A    Oh, well, we were all asked to turn in our keys,
22 and then we all was to leave. And he had brought -- the
23 commissioner of insurance had brought in their complete
24 examining staff into our company, and they took charge right
25 then.

```
 1      Q    Did there come a time when a receiver was appointed
 2   for Settlers Life Insurance Company by the commissioner?
 3      A    I didn't get that.
 4      Q    I'm sorry.  Did the commissioner appoint a receiver
 5   for Settlers Life Insurance Company?
 6      A    The commissioner brought in a Melvin Dillon from
 7   over north Atlanta to run the company as -- as a receiver.
 8      Q    And what did Mr. Dillon do?
 9      A    Well, the first thing he done, he dismissed a few
10   of the people that we had there, and Mr. Dillon said that he
11   would -- that he would like for myself, my wife, and Jess
12   Walker, at no pay, to stay on in the company.
13      Q    Sir, when the money, the 44 million, disappeared,
14   what was your stock worth after the money disappeared?
15      A    Before?
16      Q    After.
17      A    After?
18      Q    What was it worth?
19      A    Nothing.
20      Q    Have you ever gotten any money back for your stock,
21   sir?
22      A    No, sir.
23      Q    Have you ever gotten a salary since May of 1999?
24      A    No, sir.  Not one penny.
25
```