UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 3:01 CV 1515 (EBB) |
| : | |
| $29,035,500 IN ACCOUNT NUMBER : | |
| 20X6875(06), HELD IN THE NAME OF U.S. : | |
| CUSTOMS SUSPENSE ACCOUNT AT THE : | |
| FEDERAL RESERVE BANK OF NEW : | |
| YORK, et al. : | |
| : | |
| Defendants. : | |

**MOTION FOR LEAVE TO TAKE DEPOSITIONS OF FEDERAL PRISONERS**

Huff-Cook, Inc. ("Settlers"), Peoples Benefit Life Insurance Company ("Peoples") and Veterans Life Insurance Company ("Veterans"), pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure respectfully ask this Court to enter the attached order granting them leave to take the depositions of Martin Frankel, Gary Atnip, John Hackney, and Sonia Howe, all of whom are currently incarcerated in Federal prisons and Karen Timmins, who is currently under home confinement. In support of their Motion, Settlers, Peoples and Veterans state as follows:

1. Frankel, Atnip, Hackney, Timmins and Howe all participated in the scheme to defraud Settlers, Peoples and Veterans out of approximately $60 million. Their depositions are needed to help prepare for the trials in these matters scheduled to begin on September 8, 2005.

2. Hackney and Atnip were officers and directors of First National Life Insurance Company and served as the investment committee that transferred Settlers, Peoples and Veterans' funds to Frankel. Both men were also involved in the negotiations of the transactions giving rise to Settlers, Peoples and Veterans' claims in these cases.

3. Frankel was the master-mind behind the scheme to defraud.

1

**Oral Argument Requested**

4. Timmins and Howe worked with Frankel at the Connecticut compound and are believed to have been involved in preparing the fraudulent statements of Liberty National Securities. They also had conversations with Hackney and Atnip regarding the funds absconded by Frankel. Timmins is currently under home confinement at her home in Bronxville, NY.

5. In light of the pending motion to dismiss and motion for a protective order, the Receivers object to this Motion. Settlers, Peoples and Veterans have placed a call to counsel for the United States, but counsel has not yet returned the call, and so Settlers, Peoples and Veterans do not yet know the position of the United States vis-à-vis this Motion.

WHEREFORE, Settlers, Peoples and Veterans respectfully request that this Court enter an order granting them leave to take the depositions of Frankel, Hackney, Atnip and Howe at their respective federal correctional institutions and to take the deposition of Timmins at her home or another location as agreed by her parole officer.

Dated:  March 15, 2005

Respectfully submitted,

PEOPLES BENEFIT LIFE INSURANCE COMPANY, VETERANS LIFE INSURANCE COMPANY, HUFF-COOK, INC.

_____
Forrest B. Lammiman (CT 21508)
Randall A. Hack (CT 14314)
Brian I. Hays (CT 21601)
LORD, BISSELL & BROOK LLP
115 S. LaSalle Street
Chicago, IL 60603
Telephone:  (312) 443-0700
Facsimile:  (312) 443-0336

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 3:01 CV 1515 (EBB) |
| : | |
| $29,035,500 IN ACCOUNT NUMBER : | |
| 20X6875(06), HELD IN THE NAME OF U.S. : | |
| CUSTOMS SUSPENSE ACCOUNT AT THE : | |
| FEDERAL RESERVE BANK OF NEW : | |
| YORK, et al. : | |
| : | |
| Defendants. : | |

**ORDER**

Pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure the parties are hereby granted leave to take depositions as follows:

    **A.**    Martin Frankel at Otisville Federal Correctional Institute

    **B.**    Gary Atnip at Coleman Federal Correctional Institute

    **C.**    John Hackney at [tbd - presently "in transit"] Federal Correctional Institute

    **D.**    Sonia Howe at Alderson Federal Prison Camp

    **E.**    Karen Timmins at her home pursuant to her home confinement or at another location agreed to by her parole officer.

Dated: New Haven, Connecticut
          March ___, 2005

                                                    _____
                                                  Hon. Ellen Bree Burns
                                                  United States District Court Judge

## CERTIFICATE OF SERVICE

Jennifer Gallagher, an attorney, hereby certifies that on March 15, 2005, a true and correct copy of the foregoing **MOTION FOR LEAVE TO TAKE DEPOSITIONS OF FEDERAL PRISONERS** was served by Federal Express to the following:

| | |
|---|---|
| **Plaintiff U.S.A.**<br>John Hughes<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>157 Church Street<br>P.O. Box 1824<br>23rd Floor<br>New Haven, CT 06510<br>(203) 821-3700 | |
| **Claimants**<br>James A. Lenes, Esq.<br>Douglas S. Skalka, Esq.<br>Neubert, Pepe, Monteith<br>195 Church Street<br>13th Floor<br>New Haven, CT 06510-2026<br>(203) 821-2000 | Susan Loving, Esq.<br>Lest, Loving & Davies<br>1701 South Kelly<br>Edmund, OK 73013 |
| Andrew B. Campbell, Esq.<br>Graham Matherne, Esq.<br>Wyatt Tarrant & Combs<br>2525 West End Avenue<br>Suite 1500<br>Nashville, TN 37203<br>(615) 244-0020 | Charles G. Copeland, Esq.<br>Copeland, Cook, Taylor & Bush, P.A.<br>1062 Highland Colony Parkway<br>Suite 200<br>P. O. Box 6020<br>Ridgeland, MS 39157 |
| Douglas J. Schmidt, Esq.<br>Blackwell Sanders Peper Martin, LLP<br>2300 Main Street<br>Suite 1000<br>Kansas City, MO 64108 | |

_Jennifer Gallagher_

#1041442v1