```
             UNITED STATES DISTRICT COURT
               DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,     :
          Plaintiff,          :
                              :
     v.                       :    NO. 3:02CV0889(EBB)
                              :
                              :
277 DIAMONDS VALUED AT        :
$2,461,093.00, et al.         :
          Defendants.         :
                              :
```

Scheduling Order

On or before June 3, 2005, the parties shall file simultaneous supplemental briefs regarding the issues of law raised in the Receiver-Claimants' Motion to Dismiss. The parties then shall have one week to respond.

So ordered.

_____
Ellen Bree Burns,
Senior District Judge

Dated at New Haven, Connecticut, this ___ day of May, 2005.