FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JUN 8  4 47 PM '05

UNITED STATES OF AMERICA

　　　　Plaintiff,

v.

$29,035,500 IN ACCOUNT NUMBER
20X6875(06), HELD IN THE NAME OF U.S.
CUSTOMS SUSPENSE ACCOUNT AT THE
FEDERAL RESERVE BANK OF NEW
YORK, et al.

　　　　Defendants.

Civil No. 3:01 CV 1515 (EBB)

## THIRD PARTY CLAIMANTS' APPENDIX

