| POLICY# | % COMM PREM | PHASE | ISSUE YYMM | LOB | WRITING AGENT | PAYING AGENT | CONTRACT EFF. DATE | CONTRACT TERM. DATE | COMM AGE | 1ST YR RENEW % | RENEW DUR 1 | % | DUR 2 | % | DUR 3 | % | DUR 4 | % | DUR 6 | % | PLAN | Quarterly Bonus? | Reissue Bonus? | Commission on Reissue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 026134PE | 100 | 1 | 5607 | L | 2208 | 2208 | 101 | 740117 | 99 | 100 | 10 | 10 | 99 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1869 | | | |
| 026135PE | 100 | 1 | 5607 | L | 2208 | 2208 | 101 | 740117 | 99 | 100 | 10 | 10 | 99 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1869 | | | |
| 026136PE | 100 | 1 | 5607 | L | 2208 | 2208 | 101 | 740117 | 99 | 100 | 10 | 10 | 99 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1869 | | | |
| 033950PO | 100 | 1 | 5710 | L | 2208 | 2208 | 101 | 740117 | 99 | 100 | 10 | 10 | 99 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1B01 | | | |
| 036465PO | 100 | 1 | 5811 | L | 2208 | 2208 | 101 | 740117 | 99 | 100 | 10 | 10 | 99 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1B01 | | | |
| 039281PO | 100 | 1 | 5903 | L | 2211 | 2208 | 101 | 740117 | 99 | 100 | 10 | 10 | 99 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1B01 | | | |
| 046209PO | 100 | 1 | 6102 | L | 2768 | 2768 | 101 | 740715 | 99 | 90 | 10 | 10 | 99 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1B01 | | | |
| 046518PO | 100 | 1 | 6103 | L | 2210 | 2208 | 101 | 740117 | 99 | 100 | 10 | 10 | 99 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1B01 | | | |
| 067329PO | 100 | 1 | 6309 | L | 2208 | 2208 | 101 | 740117 | 99 | 100 | 10 | 10 | 99 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1F01 | | | |
| 074084PO | 100 | 1 | 6407 | L | 2233 | 2208 | 101 | 740117 | 99 | 100 | 10 | 10 | 99 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1F01 | | | |
| 074726PO | 100 | 1 | 6408 | L | 2234 | 2208 | 101 | 740117 | 99 | 100 | 10 | 10 | 99 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1F01 | | | |
| 092485PO | 100 | 1 | 6604 | L | 3019 | 2823 | 101 | 999999 | 99 | 9 | 2 | 15 | 10 | 10 | 99 | 0 | 0 | 0 | 0 | 0 | 1F02 | | | |
| 092917PO | 100 | 1 | 6604 | L | 2210 | 2208 | 101 | 740117 | 99 | 100 | 10 | 10 | 99 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1F01 | | | |
| 098075PO | 100 | 1 | 6606 | L | 3603 | 3786 | 101 | 760726 | 99 | 9 | 2 | 15 | 10 | 10 | 99 | 0 | 0 | 0 | 0 | 0 | 1F02 | | | |
| 96878PO | 100 | 1 | 6606 | L | 2215 | 2208 | 101 | 740117 | 99 | 100 | 10 | 10 | 99 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1F01 | | | |
| 99263PO | 100 | 1 | 6607 | L | 2209 | 2208 | 101 | 740117 | 99 | 100 | 10 | 10 | 99 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1F01 | | | |
| 28803PO | 100 | 1 | 6604 | L | 2231 | 2208 | 101 | 740117 | 99 | 100 | 10 | 10 | 99 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1F02 | | | |
| 134949PO | 100 | 1 | 6809 | L | 2250 | 2208 | 101 | 740117 | 99 | 100 | 10 | 10 | 99 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1F01 | | | |
| 142587PO | 100 | 1 | 6904 | L | 2993 | 2823 | 101 | 999999 | 99 | 9 | 2 | 15 | 10 | 10 | 99 | 0 | 0 | 0 | 0 | 0 | 1F02 | | | |
| 180630L | 100 | 1 | 7506 | L | 0D351 | 0D350 | 750601 | 761104 | 30 | 84 | 2 | 4 | 3 | 4 | 10 | 1 | 0 | 0 | 0 | 0 | 1785 | | | |
| 226226L | 100 | 1 | 7711 | L | 0K092 | 0W001 | 770210 | 999999 | 99 | 220 | 10 | 0 | 11 | 150 | 20 | 10 | 99 | 3 | 0 | 0 | 1865 | | | A |
| 228502L | 100 | 1 | 7712 | L | 7974 | 7974 | 780901 | 780701 | 30 | 260 | 3 | 10 | 10 | 5 | 11 | 100 | 20 | 10 | 99 | 0 | 5MDT | | | |
| 228782L | 100 | 1 | 7709 | L | 9665 | 8500 | 781001 | 780101 | 40 | 240 | 10 | 5 | 11 | 100 | 20 | 10 | 99 | 3 | 0 | 0 | 5MDT | | | |
| 229117L | 100 | 1 | 7712 | L | 1D726 | 1D726 | 750210 | 999999 | 40 | 60 | 2 | 0 | 99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5MDT | | | |
| 300251L | 100 | 1 | 7804 | L | 0D570 | 7974 | 780601 | 780701 | 99 | 100 | 10 | 0 | 99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1F20 | Y | | |
| 317736L | 50 | 1 | 7810 | L | 0L704 | 0W001 | 780701 | 790201 | 30 | 260 | 10 | 5 | 11 | 100 | 20 | 10 | 99 | 3 | 0 | 0 | 5MDT | | | A |
| 319769L | 50 | 1 | 7811 | L | 0L704 | 0W001 | 780701 | 790201 | 30 | 260 | 10 | 5 | 11 | 100 | 20 | 10 | 99 | 3 | 0 | 0 | 5MDT | | | A |
| 322113L | 50 | 1 | 7811 | L | 0L704 | 0W001 | 780701 | 790201 | 40 | 240 | 10 | 5 | 11 | 100 | 20 | 10 | 99 | 3 | 0 | 0 | 5MDT | | | A |
| 324256L | 100 | 1 | 7812 | L | 0W529 | 0W001 | 780701 | 791023 | 35 | 87 | 10 | 8 | 99 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 5161 | | | A |
| 325226L | 100 | 1 | 7811 | L | 0W539 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMT | | | A |
| 326626L | 50 | 1 | 7901 | L | 0L704 | 0W001 | 780701 | 790201 | 30 | 260 | 10 | 5 | 11 | 100 | 20 | 10 | 99 | 3 | 0 | 0 | 5MDT | | | A |
| 327761L | 100 | 1 | 7812 | L | 0W247 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMT | | | A |
| 330376L | 100 | 1 | 7812 | L | 0J872 | 0W001 | 780701 | 790201 | 30 | 260 | 10 | 5 | 11 | 100 | 20 | 10 | 99 | 3 | 0 | 0 | 5MDT | | | A |
| 332455L | 100 | 1 | 7903 | L | 0W501 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 332798L | 100 | 1 | 7812 | L | 0N085 | BL100 | 780701 | 800512 | 40 | 240 | 5 | 5 | 10 | 0 | 11 | 105 | 20 | 10 | 99 | 2 | 5XRT | | | B |
| 334481L | 100 | 1 | 7903 | L | 0S063 | 0W001 | 790201 | 999999 | 50 | 220 | 10 | 5 | 11 | 100 | 20 | 10 | 99 | 3 | 0 | 0 | 5MDT | | | A |
| 336673L | 100 | 1 | 7901 | L | 0W339 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 336965L | 100 | 1 | 7905 | L | 0W574 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 380331L | 100 | 1 | 7903 | L | 0Z317 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 380670L | 100 | 1 | 8003 | L | 0V304 | 0W001 | 791023 | 999999 | 40 | 240 | 5 | 5 | 10 | 0 | 11 | 100 | 20 | 10 | 99 | 2 | 5KRT | | | A |
| 383072L | 100 | 1 | 7903 | L | 0W891 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 386651L | 100 | 1 | 7908 | L | 0W061 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 387224L | 100 | 1 | 7903 | L | 0N086 | BL100 | 780701 | 800512 | 40 | 240 | 5 | 5 | 10 | 0 | 11 | 105 | 20 | 10 | 99 | 2 | 5XRT | | | B |
| 387609L | 100 | 1 | 7905 | L | 0W889 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 389921L | 100 | 1 | 7905 | L | 0W034 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 389926L | 100 | 1 | 7905 | L | 0W326 | 0W001 | 780701 | 791023 | 65 | 205 | 10 | 5 | 11 | 55 | 20 | 10 | 99 | 2 | 0 | 0 | 5MDT | | | A |
| 390254L | 100 | 1 | 7904 | L | 0X159 | 0W001 | 780701 | 791023 | 50 | 225 | 10 | 5 | 11 | 105 | 20 | 10 | 99 | 2 | 0 | 0 | 5MDT | | | A |
| 390302L | 100 | 1 | 7904 | L | 0X757 | 0W001 | 780701 | 791023 | 40 | 245 | 10 | 5 | 11 | 105 | 20 | 10 | 99 | 2 | 0 | 0 | 5MDT | | | A |
| 390719L | 100 | 1 | 7908 | L | 0X159 | 0W001 | 780701 | 999999 | 60 | 160 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 50 | 20 | 10 | 5AMR | | | A |
| 391419L | 100 | 1 | 7907 | L | AW252 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 391720L | 100 | 1 | 7907 | L | 0V150 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 392177L | 100 | 1 | 7906 | L | 0W074 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 392254L | 100 | 1 | 7905 | L | 0V377 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 392426L | 100 | 1 | 7904 | L | 0V198 | 0W001 | 780701 | 791023 | 40 | 245 | 10 | 5 | 11 | 105 | 20 | 10 | 99 | 2 | 0 | 0 | 5MDT | | | A |
| 392798L | 100 | 1 | 7904 | L | 0Z561 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 392866L | 100 | 1 | 7907 | L | 0W806 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 392869L | 100 | 1 | 7907 | L | 0W806 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |

| POLICY# | % COMM PREM | PHASE | ISSUE YYMM | LOB | WRITING AGENT | PAYING AGENT | CONTRACT EFF. DATE | CONTRACT TERM. DATE | COMM AGE | 1ST YR RENEW % | RENEW DUR 1 | % | DUR 2 | % | DUR 3 | % | DUR 4 | % | DUR 5 | % | PLAN | Quarterly Bonus? | Reissue Bonus? | Commission on Reissue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 392899L | 100 | 1 | 7805 | L | OZ153 | 0W001 | 780701 | 790911 | 30 | 260 | 10 | 5 | 11 | 100 | 20 | 10 | 99 | 2 | 0 | 0 | 5MDT | | | A |
| 392950L | 100 | 1 | 7805 | L | OZ314 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 394131L | 100 | 1 | 7806 | L | OV415 | 0W001 | 780701 | 999999 | 50 | 200 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 394620L | 100 | 1 | 7907 | L | 0W808 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 395049L | 100 | 1 | 7806 | L | OZ153 | 0W001 | 780701 | 790911 | 30 | 260 | 10 | 5 | 11 | 100 | 20 | 10 | 99 | 2 | 0 | 0 | 5MDT | | | A |
| 395065L | 100 | 1 | 7806 | L | 0W808 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 395946L | 50 | 1 | 7907 | L | OS346 | 0W001 | 790201 | 999999 | 30 | 260 | 10 | 5 | 11 | 100 | 20 | 10 | 99 | 3 | 0 | 0 | 5MDT | | | A |
| 395946L | 50 | 1 | 7907 | L | OS347 | 0W001 | 790201 | 999999 | 30 | 260 | 10 | 5 | 11 | 100 | 20 | 10 | 99 | 3 | 0 | 0 | 5MDT | | | A |
| 395970L | 100 | 1 | 7904 | L | OX649 | 0W001 | 780701 | 790911 | 45 | 55 | 10 | 5 | 99 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 5I61 | | | A |
| 396982A | 100 | 1 | 7907 | L | BL100 | BL100 | 101 | 999999 | 45 | 50 | 2 | 0 | 5 | 0 | 10 | 0 | 99 | 2 | 0 | 0 | 5MDT | | | B |
| 397538L | 100 | 1 | 7907 | L | OV886 | 0W001 | 780701 | 791023 | 40 | 245 | 10 | 5 | 11 | 105 | 20 | 10 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 397883L | 100 | 1 | 7906 | L | OV885 | 0W001 | 780701 | 999999 | 50 | 200 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 397908L | 100 | 1 | 7906 | L | OX218 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 397999L | 100 | 1 | 7906 | L | AW139 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| ...95L | 100 | 1 | 7905 | L | OZ314 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| ...15L | 100 | 1 | 7904 | L | OZ235 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMT | | | A |
| ...17L | 100 | 1 | 7906 | L | OX323 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 402641L | 50 | 1 | 7906 | L | OL667 | 0W001 | 790201 | 999999 | 40 | 240 | 10 | 5 | 11 | 100 | 20 | 10 | 99 | 3 | 0 | 0 | 5MDT | | | A |
| 402641L | 50 | 1 | 7906 | L | 0N992 | 0W001 | 790201 | 999999 | 40 | 240 | 10 | 5 | 11 | 100 | 20 | 10 | 99 | 3 | 0 | 0 | 5MDT | | | A |
| 402872L | 100 | 1 | 7906 | L | 0W824 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMT | | | A |
| 403408L | 100 | 1 | 7907 | L | OV040 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5MDT | | | A |
| 403420L | 100 | 1 | 7906 | L | OV060 | 0W001 | 780701 | 791023 | 50 | 225 | 10 | 5 | 11 | 105 | 20 | 10 | 99 | 2 | 0 | 0 | 5MDT | | | A |
| 403861L | 50 | 1 | 7906 | L | OZ035 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 403861L | 50 | 1 | 7906 | L | 0W041 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 403864L | 100 | 1 | 7907 | L | OX763 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 403870L | 50 | 1 | 7907 | L | AW082 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 403870L | 50 | 1 | 7907 | L | 0W269 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMT | | | A |
| 404003L | 100 | 1 | 7906 | L | 0W259 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 404431L | 100 | 1 | 7907 | L | 0W287 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 404756L | 100 | 1 | 7907 | L | AW364 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 404936L | 100 | 1 | 7910 | L | OV787 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 405388L | 100 | 1 | 7906 | L | 0W276 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 405680L | 100 | 1 | 7908 | L | OV263 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 405854L | 100 | 1 | 7907 | L | OV971 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 406303L | 100 | 1 | 7906 | L | AW379 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 407255L | 100 | 1 | 7910 | L | AX218 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| ...2L | 100 | 1 | 7909 | L | AX025 | 0W001 | 780701 | 790911 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| ...62L | 100 | 1 | 7910 | L | AX415 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 408040L | 100 | 1 | 7912 | L | AX068 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 408341L | 100 | 1 | 7910 | L | AX544 | 0W001 | 780701 | 999999 | 50 | 200 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 408951L | 100 | 1 | 7909 | L | AZ061 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 409084L | 100 | 1 | 7909 | L | AW371 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 409205L | 100 | 1 | 7908 | L | AX103 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 409213L | 100 | 1 | 7908 | L | OZ303 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 410163L | 100 | 1 | 7907 | L | AW530 | 0W001 | 780701 | 999999 | 50 | 200 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 410547L | 100 | 1 | 7909 | L | AX532 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 411005L | 100 | 1 | 7910 | L | AX236 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 411030L | 50 | 1 | 7909 | L | AX649 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 411030L | 50 | 1 | 7909 | L | OX763 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 411228L | 100 | 1 | 7908 | L | 1D728 | 1D728 | 750210 | 999999 | 40 | 60 | 2 | 0 | 99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5MDT | | | A |
| 412121L | 100 | 1 | 7908 | L | AX025 | 0W001 | 780701 | 790911 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 412883L | 100 | 1 | 7908 | L | OV110 | 0W001 | 780701 | 790911 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 413066L | 100 | 1 | 7908 | L | OX030 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 413069L | 100 | 1 | 7911 | L | AW220 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 413332L | 100 | 1 | 7909 | L | AX179 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 413491L | 100 | 1 | 7909 | L | OV968 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 413842L | 100 | 1 | 7908 | L | OV030 | 0W001 | 780701 | 780911 | 45 | 100 | 10 | 10 | 99 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 5970 | | | A |

| POLICY# | % COMM PREM | PHASE | ISSUE YYMM | LOB | WRITING AGENT | PAYING AGENT | CONTRACT EFF. DATE | CONTRACT TERM. DATE | COMM AGE | 1ST YR RENEW % | RENEW | DUR 1 | % | DUR 2 | % | DUR 3 | % | DUR 4 | % | DUR 5 | % | PLAN | Quarterly Bonus? | Reissue Bonus? | Commission on Reissue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 413709L | 100 | 1 | 7908 | L | 0V415 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 414074L | 100 | 1 | 7907 | L | AW025 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 414257L | 100 | 1 | 7907 | L | AX315 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 414573L | 100 | 1 | 7908 | L | AW461 | 0W001 | 780701 | 999999 | 60 | 160 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 50 | 20 | 10 | 5AMR | | | A |
| 414574L | 100 | 1 | 7908 | L | 0V054 | 0W001 | 780701 | 791023 | 40 | 245 | 10 | 5 | 11 | 105 | 20 | 10 | 99 | 2 | 0 | 0 | 5MDT | | | A |
| 414694L | 100 | 1 | 7910 | L | AW384 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 414795L | 100 | 1 | 7907 | L | 0X952 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 414808L | 50 | 1 | 7910 | L | AW399 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 414808L | 50 | 1 | 7910 | L | 0W269 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 415050L | 50 | 1 | 7908 | L | 0V528 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 415050L | 50 | 1 | 7908 | L | 0W041 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 415338L | 100 | 1 | 7907 | L | AX250 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 415398L | 100 | 1 | 7907 | L | 0W268 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 415556L | 100 | 1 | 7909 | L | AW705 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| ...39L | 100 | 1 | 7909 | L | 0V915 | 0W001 | 780701 | 999999 | 50 | 200 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| ...8L | 100 | 1 | 7909 | L | AW628 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| ...6L | 100 | 1 | 7907 | L | 0W264 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 416595L | 50 | 1 | 7909 | L | AW396 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 416595L | 50 | 1 | 7909 | L | 0W287 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 416666L | 100 | 1 | 7908 | L | AX251 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 416966L | 100 | 1 | 7908 | L | 0W790 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 417850L | 100 | 1 | 7909 | L | AX152 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 419797L | 100 | 1 | 8002 | L | 0Z830 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 420047L | 100 | 1 | 8001 | L | 0X488 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 420174L | 100 | 1 | 8001 | L | 0Z283 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 420742L | 100 | 1 | 8001 | L | 0V868 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 421602L | 100 | 1 | 7912 | L | AW412 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 422561L | 100 | 1 | 8002 | L | AZ460 | 0W001 | 791023 | 999999 | 55 | 181 | 4 | 6 | 6 | 0 | 10 | 0 | 11 | 50 | 20 | 10 | 5AMR | | | A |
| 450017L | 100 | 1 | 7911 | L | AX903 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 450036L | 100 | 1 | 7911 | L | 0X756 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 450045L | 100 | 1 | 7912 | L | 0X190 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMT | | | A |
| 450270L | 100 | 1 | 7911 | L | 0V897 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 450379L | 100 | 1 | 7911 | L | 0W018 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 450610L | 100 | 1 | 7912 | L | 0Z204 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 451022L | 100 | 1 | 7911 | L | 0V451 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 451269L | 100 | 1 | 7912 | L | AX158 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| ...8L | 100 | 1 | 7910 | L | AX322 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| ...48L | 100 | 1 | 7911 | L | AX236 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 452232L | 100 | 1 | 8001 | L | 0W621 | 0W001 | 791023 | 999999 | 30 | 285 | 10 | 5 | 11 | 100 | 20 | 10 | 99 | 2 | 0 | 0 | 5MDT | | | A |
| ...98L | 100 | 1 | 8001 | L | AW674 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| ...70L | 100 | 1 | 8001 | L | 0W287 | 0W001 | 791023 | 999999 | 50 | 225 | 10 | 5 | 11 | 100 | 20 | 10 | 99 | 2 | 0 | 0 | 5MDT | | | A |
| ...867L | 100 | 1 | 7909 | L | 0Z409 | 0W001 | 780701 | 999999 | 50 | 200 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 454065L | 100 | 1 | 7912 | L | AW369 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 454092L | 100 | 1 | 7910 | L | AX548 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 455260L | 100 | 1 | 7910 | L | 0W287 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 455320L | 100 | 1 | 7910 | L | 0W808 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 455386L | 50 | 1 | 7910 | L | AW987 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMT | | | A |
| 455818L | 100 | 1 | 7911 | L | AZ051 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMT | | | A |
| 456456L | 50 | 1 | 7912 | L | AV461 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 456456L | 50 | 1 | 7912 | L | AW412 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 457296L | 100 | 1 | 8001 | L | CV155 | 0W001 | 791023 | 999999 | 50 | 225 | 10 | 5 | 11 | 100 | 20 | 10 | 99 | 2 | 0 | 0 | 5MDT | | | A |
| 457391L | 100 | 1 | 7911 | L | AZ549 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 457660L | 100 | 1 | 7911 | L | 0X886 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 457824L | 100 | 1 | 7910 | L | AZ406 | 0W001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 457857L | 100 | 1 | 7911 | L | 0X068 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 457872L | 100 | 1 | 7911 | L | 0X341 | 0W001 | 791023 | 999999 | 50 | 201 | 4 | 6 | 6 | 1 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 458209L | 100 | 1 | 7912 | L | 0Z303 | 0W001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |

| POLICY# | % COMM PREM | PHASE | ISSUE YYMM | LOB | WRITING AGENT | PAYING AGENT | CONTRACT EFF. DATE | CONTRACT TERM DATE | COMM AGE | 1ST YR RENEW % | RENEW DUR 1 | % | DUR 2 | % | DUR 3 | % | DUR 4 | % | DUR 5 | % | PLAN | Quarterly Bonus? | Reissue Bonus? | Commission on Reissue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 458413L | 100 | 1 | 8002 | L | OV715 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 459674L | 100 | 1 | 8002 | L | BL100 | BL100 | 101 | 999999 | 99 | 240 | 2 | 5 | 11 | 5 | 99 | 3 | 0 | 0 | 0 | 0 | 5AMR | Y | | B |
| 460000L | 100 | 1 | 7911 | L | OX757 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 460095L | 100 | 1 | 7911 | L | AW890 | OW001 | 791023 | 999999 | 50 | 201 | 4 | 6 | 8 | 1 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMT | | | A |
| 460179L | 100 | 1 | 8002 | L | OX793 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 460216L | 100 | 1 | 7912 | L | AV447 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 460612L | 100 | 1 | 8001 | L | AX128 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 461139L | 100 | 1 | 7912 | L | OV415 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 461827L | 100 | 1 | 7911 | L | OV415 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 462136L | 100 | 1 | 7910 | L | OX673 | OW001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 8 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 462211L | 50 | 1 | 7911 | L | AZ421 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 462211L | 50 | 1 | 7911 | L | OZ472 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 462221L | 100 | 1 | 7910 | L | OV971 | OW001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 8 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 463801L | 100 | 1 | 8003 | L | AX575 | OW001 | 791023 | 999999 | 50 | 225 | 10 | 5 | 11 | 100 | 20 | 10 | 99 | 2 | 0 | 0 | 5MDT | | | A |
| ...14L | 100 | 1 | 7912 | L | OX673 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| ...L | 100 | 1 | 8001 | L | OW287 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| ...7L | 50 | 1 | 7912 | L | OW692 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 464197L | 50 | 1 | 7912 | L | AV663 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 464445L | 100 | 1 | 8001 | L | AX013 | OW001 | 791023 | 999999 | 50 | 201 | 4 | 6 | 8 | 1 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 464953L | 50 | 1 | 7911 | L | OW289 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 464953L | 50 | 1 | 7911 | L | AX041 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 465065L | 100 | 1 | 8001 | L | AX189 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 465225L | 100 | 1 | 8002 | L | AW445 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 465272L | 100 | 1 | 8002 | L | AX544 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 466302L | 100 | 1 | 7910 | L | OX793 | OW001 | 780701 | 999999 | 45 | 240 | 4 | 5 | 8 | 0 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 466552L | 100 | 1 | 7912 | L | AW641 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 466555L | 100 | 1 | 7912 | L | AW641 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 466869L | 100 | 1 | 7910 | L | AW749 | OW001 | 780701 | 791023 | 30 | 265 | 10 | 5 | 11 | 105 | 20 | 10 | 99 | 2 | 0 | 0 | 5MDT | | | A |
| 467135L | 100 | 1 | 7911 | L | OZ055 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 467429L | 100 | 1 | 8001 | L | AW407 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 467452L | 100 | 1 | 8001 | L | AZ406 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 467816L | 100 | 1 | 8001 | L | BL100 | BL100 | 101 | 999999 | 45 | 240 | 2 | 5 | 11 | 5 | 99 | 3 | 0 | 0 | 0 | 0 | 5AMR | Y | | B |
| 467818L | 100 | 1 | 7911 | L | AZ625 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMT | | | A |
| 468693L | 100 | 1 | 7910 | L | AZ146 | OW001 | 780701 | 791023 | 50 | 225 | 10 | 5 | 11 | 105 | 20 | 10 | 99 | 2 | 0 | 0 | 5MDT | | | A |
| 468775L | 100 | 1 | 8001 | L | AX654 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 468966L | 100 | 1 | 8002 | L | BW134 | OW001 | 791023 | 999999 | 50 | 201 | 4 | 6 | 8 | 1 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| ...05L | 100 | 1 | 7912 | L | AW885 | OW001 | 791023 | 999999 | 30 | 265 | 10 | 5 | 11 | 100 | 20 | 10 | 99 | 2 | 0 | 0 | 5MDT | | | A |
| ...08L | 100 | 1 | 7912 | L | AW885 | OW001 | 791023 | 999999 | 50 | 225 | 5 | 5 | 10 | 0 | 11 | 100 | 20 | 10 | 99 | 2 | 5PRT | | | A |
| 470266L | 100 | 1 | 8001 | L | AX110 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| ...2L | 50 | 1 | 8005 | L | OX424 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| ...5L | 100 | 1 | 8002 | L | BX375 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 501360L | 100 | 1 | 8101 | L | ON086 | ON086 | 800822 | 810201 | 65 | 175 | 5 | 3 | 10 | 0 | 11 | 90 | 20 | 9 | 99 | 1 | 5PRT | | | A |
| 502239L | 100 | 1 | 8004 | L | BL100 | BL100 | 101 | 999999 | 45 | 240 | 2 | 5 | 11 | 5 | 99 | 3 | 0 | 0 | 0 | 0 | 5AMR | Y | | B |
| 503216L | 100 | 1 | 8002 | L | BW828 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 503371L | 100 | 1 | 8003 | L | AW407 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 503467L | 50 | 1 | 8006 | L | AX043 | OW001 | 791023 | 999999 | 50 | 225 | 5 | 5 | 10 | 0 | 11 | 100 | 20 | 10 | 99 | 2 | 5PRT | | | A |
| 503467L | 50 | 1 | 8006 | L | AW657 | OW001 | 791023 | 999999 | 50 | 225 | 5 | 5 | 10 | 0 | 11 | 100 | 20 | 10 | 99 | 2 | 5PRT | | | A |
| 503479L | 100 | 1 | 8004 | L | BX613 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 503581L | 100 | 1 | 8002 | L | OV580 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 506103L | 100 | 1 | 8004 | L | AV663 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 506283L | 100 | 1 | 8005 | L | AW388 | OW001 | 791023 | 999999 | 99 | 102 | 10 | 10 | 99 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 8987 | | | A |
| 506847L | 100 | 1 | 8004 | L | BV317 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 507166L | 50 | 1 | 8002 | L | OW112 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 507166L | 50 | 1 | 8002 | L | BX810 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 507620L | 100 | 1 | 8006 | L | OX793 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 507620L | 100 | 2 | 8006 | L | OX793 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 507997L | 100 | 1 | 8003 | L | AW663 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 8 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |

| POLICY# | % COMM PREM | PHASE | ISSUE YYMM | LOB | WRITING AGENT | PAYING AGENT | CONTRACT EFF. DATE | CONTRACT TERM. DATE | COMM AGE | 1ST YR RENEW % | RENEW DUR 1 | % | DUR 2 | % | DUR 3 | % | DUR 4 | % | DUR 5 | % | PLAN | Quarterly Bonus? | Reissue Bonus? | Commission on Reissue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 508543L | 100 | 1 | 8004 | L | BV317 | OW001 | 791023 | 999999 | 65 | 181 | 4 | 6 | 6 | 1 | 10 | 0 | 11 | 50 | 20 | 10 | 5AMR | | | A |
| 508551L | 50 | 1 | 8003 | L | BV129 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 508551L | 50 | 1 | 8003 | L | OV338 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5PRT | | | A |
| 509342L | 50 | 1 | 8005 | L | BX071 | OW001 | 791023 | 999999 | 65 | 205 | 5 | 5 | 10 | 0 | 11 | 100 | 20 | 10 | 99 | 2 | 5PRT | | | A |
| 509342L | 50 | 1 | 8005 | L | BV807 | OW001 | 791023 | 999999 | 65 | 205 | 5 | 5 | 10 | 0 | 11 | 100 | 20 | 10 | 99 | 2 | 5AMR | | | A |
| 509562L | 100 | 1 | 8005 | L | AW407 | OW001 | 791023 | 999999 | 60 | 160 | 4 | 5 | 6 | 0 | 10 | 0 | 11 | 50 | 20 | 10 | 5AMR | | | A |
| 511726L | 100 | 1 | 8003 | L | OX728 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 512127L | 100 | 1 | 8002 | L | BX908 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 512450L | 100 | 1 | 8003 | L | OV415 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 512846L | 100 | 1 | 8003 | L | OW264 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMT | | | A |
| 512847L | 100 | 1 | 8001 | L | OX728 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMT | | | A |
| 512818L | 100 | 1 | 8003 | L | BW191 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 513360L | 100 | 1 | 8006 | L | OZ835 | OW001 | 791023 | 999999 | 50 | 201 | 4 | 6 | 6 | 1 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 514926L | 100 | 1 | 8004 | L | BL100 | BL100 | 101 | 999999 | 45 | 240 | 2 | 5 | 11 | 5 | 99 | 3 | 0 | 0 | 0 | 0 | 5AMR | Y | | B |
| ...6L | 100 | 1 | 8007 | L | OV851 | OW001 | 791023 | 999999 | 50 | 225 | 5 | 5 | 10 | 0 | 11 | 100 | 20 | 10 | 99 | 2 | 5PRT | | | A |
| ...0L | 100 | 1 | 8004 | L | BL100 | BL100 | 101 | 999999 | 45 | 240 | 2 | 5 | 11 | 5 | 99 | 3 | 0 | 0 | 0 | 0 | 5AMR | Y | | B |
| ...5L | 100 | 1 | 8002 | L | OX349 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 519222L | 100 | 1 | 8002 | L | BZ968 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 519383L | 100 | 1 | 8004 | L | BZ220 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 519656L | 100 | 1 | 8011 | L | BV612 | OW001 | 791023 | 999999 | 50 | 225 | 5 | 5 | 10 | 0 | 11 | 100 | 20 | 10 | 99 | 2 | 5PRT | | | A |
| 520067L | 100 | 1 | 8004 | L | AV668 | OW001 | 791023 | 999999 | 50 | 201 | 4 | 6 | 6 | 1 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 520472L | 100 | 1 | 8003 | L | AV780 | OW001 | 791023 | 999999 | 55 | 181 | 4 | 6 | 6 | 1 | 10 | 0 | 11 | 50 | 20 | 10 | 5AMR | | | A |
| 520979L | 50 | 1 | 8005 | L | OV328 | OW001 | 791023 | 999999 | 50 | 225 | 5 | 5 | 10 | 0 | 11 | 100 | 20 | 10 | 99 | 2 | 5PRT | | | A |
| 520979L | 50 | 1 | 8005 | L | BV445 | OW001 | 791023 | 999999 | 50 | 225 | 5 | 5 | 10 | 0 | 11 | 100 | 20 | 10 | 99 | 2 | 5PRT | | | A |
| 521247L | 100 | 1 | 8002 | L | AX841 | OW001 | 791023 | 999999 | 45 | 242 | 4 | 7 | 6 | 2 | 10 | 0 | 11 | 100 | 20 | 10 | 5AMR | | | A |
| 857082A | 100 | 1 | 8605 | | 9500 | 9500 | 790201 | 999999 | 99 | 200 | 2 | 5 | 11 | 100 | 12 | 10 | 21 | 3 | 99 | 3 | 8950 | | | |
| 857122A | 100 | 1 | 8606 | | 1D726 | 1D726 | 750210 | 999999 | 99 | 60 | 10 | 0 | 99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 51MD | | | |
| 857188A | 100 | 1 | 8607 | | 1D726 | 1D726 | 750210 | 999999 | 99 | 60 | 2 | 0 | 99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 51XR | | | |
| 857268A | 100 | 1 | 8610 | | 1D726 | 1D726 | 750210 | 999999 | 99 | 60 | 10 | 0 | 99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 51MD | | | |
| 857290A | 100 | 1 | 8610 | | 1D726 | 1D726 | 750210 | 999999 | 99 | 60 | 10 | 0 | 99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 51MD | | | |
| 857332A | 100 | 1 | 8610 | | 1D726 | 1D726 | 750210 | 999999 | 99 | 60 | 10 | 0 | 99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 51MD | | | |
| 857498L | 100 | 1 | 8907 | L | BL100 | BL100 | 101 | 999999 | 50 | 240 | 2 | 1 | 11 | 5 | 12 | 10 | 20 | 3 | 99 | 3 | 51PR | Y | | B |
| 857539A | 100 | 1 | 8910 | L | BL100 | BL100 | 101 | 999999 | 30 | 260 | 2 | 1 | 11 | 5 | 12 | 10 | 20 | 3 | 99 | 3 | 52MD | Y | | B |
| 857570A | 100 | 1 | 8911 | L | BL100 | BL100 | 101 | 999999 | 45 | 240 | 2 | 1 | 11 | 5 | 12 | 10 | 20 | 3 | 99 | 3 | 52MD | Y | | B |
| 857571A | 100 | 1 | 8911 | L | BL100 | BL100 | 101 | 999999 | 30 | 260 | 2 | 1 | 11 | 5 | 12 | 10 | 20 | 3 | 99 | 3 | 52MD | Y | | B |
| 857572A | 100 | 1 | 8911 | L | BL100 | BL100 | 101 | 999999 | 30 | 260 | 2 | 1 | 11 | 5 | 12 | 10 | 20 | 3 | 99 | 3 | 52MD | Y | | B |
| ...6L | 100 | 1 | 8911 | L | BL100 | BL100 | 101 | 999999 | 40 | 240 | 2 | 1 | 11 | 5 | 12 | 10 | 20 | 3 | 99 | 3 | 52AR | Y | Y | B |
| ...7L | 100 | 1 | 9003 | L | BL100 | BL100 | 101 | 999999 | 45 | 240 | 2 | 1 | 11 | 5 | 12 | 10 | 20 | 3 | 99 | 3 | 52AR | Y | Y | B |
| 857601L | 100 | 1 | 9004 | L | BL100 | BL100 | 101 | 999999 | 40 | 240 | 2 | 1 | 11 | 5 | 12 | 10 | 20 | 3 | 99 | 3 | 52AR | Y | Y | B |
| ...602L | 100 | 1 | 9004 | L | BL100 | BL100 | 101 | 999999 | 40 | 240 | 2 | 1 | 11 | 5 | 12 | 10 | 20 | 3 | 99 | 3 | 52AR | Y | Y | B |
| ...618L | 100 | 1 | 9005 | L | BL100 | BL100 | 101 | 999999 | 30 | 260 | 2 | 1 | 11 | 5 | 12 | 10 | 20 | 3 | 99 | 3 | 52AR | Y | Y | B |
| 857760L | 100 | 1 | 9102 | L | 1D726 | 1D726 | 750210 | 999999 | 99 | 60 | 2 | 0 | 99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8951 | | | |
| 859101L | 100 | 1 | 9110 | L | BL100 | BL100 | 101 | 999999 | 51 | 100 | 2 | 5 | 11 | 10 | 12 | 10 | 20 | 5 | 99 | 5 | 514E | Y | | B |
| 859113L | 100 | 1 | 9112 | L | BL100 | BL100 | 101 | 999999 | 44 | 240 | 2 | 10 | 11 | 5 | 12 | 10 | 20 | 3 | 0 | 0 | 5P22 | Y | | B |
| 859118L | 100 | 1 | 9111 | L | BL100 | BL100 | 101 | 999999 | 48 | 100 | 2 | 5 | 11 | 10 | 12 | 10 | 20 | 5 | 99 | 5 | 514E | Y | | B |
| 859135L | 100 | 1 | 9201 | L | BL100 | BL100 | 101 | 999999 | 50 | 240 | 2 | 10 | 11 | 5 | 12 | 10 | 20 | 3 | 0 | 0 | 514Q | Y | | B |
| 859137L | 100 | 1 | 9112 | L | BL100 | BL100 | 101 | 999999 | 42 | 240 | 2 | 10 | 11 | 5 | 12 | 10 | 20 | 3 | 0 | 0 | 5P22 | Y | | B |
| 859541L | 100 | 1 | 9112 | L | BL100 | BL100 | 101 | 999999 | 30 | 100 | 2 | 5 | 11 | 10 | 12 | 10 | 20 | 5 | 99 | 5 | 514E | Y | | B |
| 859836L | 100 | 1 | 9201 | L | BL100 | BL100 | 101 | 999999 | 44 | 240 | 2 | 10 | 11 | 5 | 12 | 10 | 20 | 3 | 0 | 0 | 5P22 | Y | | B |
| 859987L | 100 | 1 | 9204 | L | BL100 | BL100 | 101 | 999999 | 43 | 240 | 2 | 10 | 11 | 5 | 12 | 10 | 20 | 3 | 0 | 0 | 5P22 | Y | | B |
| 860397L | 100 | 1 | 9206 | L | BL100 | BL100 | 101 | 999999 | 45 | 240 | 2 | 10 | 11 | 5 | 12 | 10 | 20 | 3 | 0 | 0 | 5P22 | Y | | B |

U

# EXHIBIT 3

**U.S. Department of Justice**

United States Attorney
District of Connecticut

Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, Connecticut 06510

(203) 821-3700

Fax (203) 773-5373

March 21, 2003

Howard R. Wolfe, Esq.
Sundew International, Ltd.
Jeremiah Donovan, Esq.
Graham Matherne, Esq.
Charles G. Copeland, Esq.
Douglas J. Schmidt, Esq.
Susan Loving, Esq.
Steve A. Uhrynowycz, Esq.
Forrest B. Lammiman, Esq.
Lane Wharton, Esq.
David Slossberg, Esq.
James J. Calder, Esq.
Douglas S. Skalka, Esq.
Andrew B. Campbell, Esq.

Re: United States v. 277 Diamonds, et al
    Civil No. 3:02CV00889 (EBB)

Dear Counsel:

Enclosed please find a copy of the Verified Complaint of Forfeiture and Warrant of Arrest in Rem in the above-captioned case. These documents were filed in District Court on May 22, 2002 and inadvertently not sent to counsel.

Please feel free to contact me with any questions or concerns.

Very truly yours,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY

JGT:jls
Enclosure

RECEIVED

MAR 2 6 2003