| | | |
|---|---|---|
| 06/28/2000 | | ENDORSEMENT [39-1] motion for Susan B. Loving to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Montz, A.) (Entered: 06/28/2000) |
| 07/25/2000 | 41 | APPEARANCE of Attorney for Carroll Fisher -- Susan B. Loving (Warner, R.) (Entered: 07/26/2000) |
| 07/25/2000 | 42 | APPEARANCE of Attorney for Carroll Fisher -- Anddrew S. Lester (Warner, R.) (Entered: 07/26/2000) |
| 08/17/2000 | 43 | MOTION by Keith Wenzel for Linda Zabriskie to Withdraw as Attorney (Brown, S.) (Entered: 08/17/2000) |
| 11/22/2000 | 44 | MOTION by Keith Wenzel for Patrick A. McInerney to Appear Pro Hac Vice (Pesta, J.) (Entered: 11/27/2000) |
| 11/27/2000 | | ENDORSEMENT [44-1] motion for Patrick A. McInerney to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Pesta, J.) (Entered: 11/27/2000) |
| 01/12/2001 | 45 | ORDER granting nunc pro tunc [43-1] motion for Linda Zabriskie to Withdraw as Attorney ( signed by Senior Judge Ellen Bree Burns ) (Depino, F.) (Entered: 01/12/2001) |
| 08/21/2001 | 46 | MOTION by USA for Designation of Auctioneers (Brief Due 9/11/01 ) (Inferrera, L.) (Entered: 08/21/2001) |
| 08/22/2001 | | ENDORSEMENT granting [46-1] motion for Designation of Auctioneers ( signed by Senior Judge Ellen Bree Burns ) (Brown, S.) (Entered: 08/22/2001) |
| 09/20/2001 | 47 | MOTION by USA to Modify [46-1] motion for Designation of Auctioneers by USA (Sherman, M.) (Entered: 09/21/2001) |
| 09/25/2001 | | ENDORSEMENT granting [47-1] motion to Modify [46-1] motion for Designation of Auctioneers by USA ( signed by Senior Judge Ellen Bree Burns ) (Depino, F.) (Entered: 09/25/2001) |
| 10/09/2001 | 48 | MOTION by USA for interlocutory sale (Sherman, M.) (Entered: 10/10/2001) |
| 10/09/2001 | 49 | MEMORANDUM by USA in support of [48-1] motion for interlocutory sale (Sherman, M.) (Entered: 10/10/2001) |
| 10/09/2001 | 50 | DECLARATION of John R. O'Connor by USA Re [48-1] motion in interlocutory sale by USA (Sherman, M.) (Entered: 10/10/2001) |
| 10/31/2001 | | ENDORSEMENT granting [48-1] motion for interlocutory sale ( signed by Senior Judge Ellen Bree Burns ) (Basile, F.) (Entered: 11/01/2001) |
| 10/31/2001 | 51 | ORDER FOR AN INTERLOCUTORY SALE ( signed by Senior Judge Ellen Bree Burns ) (Basile, F.) (Entered: 11/01/2001) |
| 10/18/2002 | 52 | MOTION by USA to Amend [51-1] interlocutory sale order (Brief Due 11/8/02 ) |

| | | |
|---|---|---|
| | | (Warner, R.) (Entered: 10/21/2002) |
| 10/24/2002 | | ENDORSEMENT granting [52-1] motion to Amend [51-1] interlocutory sale order ( signed by Senior Judge Ellen Bree Burns ) (Villano, P.) (Entered: 10/24/2002) |
| 10/24/2002 | 53 | ORDER For An Interlocutory Sale ( signed by Senior Judge Ellen Bree Burns ) (Villano, P.) (Entered: 10/24/2002) |
| 11/25/2002 | 54 | MOTION by USA for Approval of Marshal's Sale, Marshal's Deed and Marshal's Report of Sale (Brief Due 12/16/02 ) (Villano, P.) (Entered: 11/26/2002) |
| 12/02/2002 | | ENDORSEMENT approving [54-1] motion for Approval of Marshal's Sale, Marshal's Deed and Marshal's Report of Sale ( signed by Senior Judge Ellen Bree Burns ) (Villano, P.) (Entered: 12/02/2002) |
| 02/24/2003 | 55 | APPEARANCE of Attorney for USA -- Julie G. Turbert (Sherman, M.) (Entered: 02/24/2003) |
| 02/24/2003 | 56 | MOTION by USA for Approval of Interlocutory Sale (Falcone, K.) (Entered: 02/25/2003) |
| 02/26/2003 | 57 | MOTION by USA for Order Authorizing Sale of property free of liens (Falcone, K.) (Entered: 02/27/2003) |
| 02/26/2003 | 58 | MEMORANDUM by USA in support of [57-1] motion for Order Authorizing Sale of property free of liens (Falcone, K.) (Entered: 02/27/2003) |
| 03/05/2003 | | ENDORSEMENT granting [56-1] motion for Approval of Interlocutory Sale ( signed by Senior Judge Ellen Bree Burns ) (Villano, P.) (Entered: 03/05/2003) |
| 03/05/2003 | | ENDORSEMENT granting [57-1] motion for Order Authorizing Sale of property free of liens ( signed by Senior Judge Ellen Bree Burns ) (Villano, P.) (Entered: 03/06/2003) |
| 03/05/2003 | 59 | ORDER FOR AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS ( signed by Senior Judge Ellen Bree Burns ) (Villano, P.) (Entered: 03/06/2003) |
| 03/06/2003 | 60 | ORDER FOR AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS ( signed by Senior Judge Ellen Bree Burns ) (Villano, P.) (Entered: 03/10/2003) |
| 03/19/2003 | 61 | MOTION by USA reimbursement for Costs and Fees (Brief Due 4/9/03 ) (Villano, P.) (Entered: 03/19/2003) |
| 03/19/2003 | 62 | MEMORANDUM by USA in support of [61-1] motion reimbursement for Costs and Fees (Villano, P.) (Entered: 03/19/2003) |
| 03/20/2003 | | ENDORSEMENT granting [61-1] motion reimbursement for Costs and Fees ( signed by Senior Judge Ellen Bree Burns ) (Villano, P.) (Entered: 03/20/2003) |
| 03/20/2003 | 63 | ORDER Approving Final Accounting. (See Order for details) ( signed by Senior Judge |

| | | Ellen Bree Burns ) (Villano, P.) (Entered: 03/20/2003) |
|---|---|---|
| 03/16/2004 | 64 | STATUS REPORT Concerning Interlocutory Sale by USA. (Villano, P.) (Entered: 03/16/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/04/2004 14:02:42 | | | |
| PACER Login: | cc0663 | Client Code: | 1968-2 |
| Description: | Docket Report | Case Number: | 3:99-cv-00979-EBB |
| Billable Pages: | 4 | Cost: | 0.28 |

**U.S. District Court**
**District of Connecticut (New Haven)**
**CIVIL DOCKET FOR CASE #: 3:99-cv-01772-EBB**

USA v. 895 Lake Avenue, et al
Assigned to: Judge Ellen Bree Burns
Referred to: Judge Donna F. Martinez                    Date Filed: 09/09/99
Demand: $0                                              Jury Demand: None
Lead Docket: None                                       Nature of Suit: 690 Forfeit/Penalty: Other
Related Cases: None                                     Jurisdiction: U.S. Government Plaintiff
Case in other court: None
Cause: No cause code entered

**Plaintiff**
------------------------

**USA**                                 represented by   David X. Sullivan
                                                         U.S. Attorney's Office-NH
                                                         157 Church St., 23rd floor
                                                         PO Box 1824
                                                         New Haven, CT 06510
                                                         203-821-3700
                                                         Fax : 203-773-5376
                                                         Email: David.Sullivan@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         Julie G. Turbert
                                                         U.S. Attorney's Office-NH
                                                         157 Church St., 23rd floor
                                                         PO Box 1824
                                                         New Haven, CT 06510
                                                         203-821-3700x3104
                                                         Fax : 203-773-5373
                                                         Email: Julie.Turbert@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**
------------------------

**895 Lake Avenue Greenwich, CT,** *All*        represented by   Andrew W. Lester
*Appurtenances & Improvements thereon*                           Lester, Loving & Davies
                                                                 1505 Renaissance Blvd.
                                                                 Edmond, OK 73013-3018
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*



                                                                 Douglas J. Schmidt
                                                                 Blackwell Sanders Peper Martin, LLP
                                                                 2300 Main
                                                                 Suite 1100
                                                                 Kansas City, MO 64108

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Susan B. Loving
Lester Loving & Davies, P.C.
1701 South Kelly
Edmond, OK 73013
405-844-9900
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**
------------------------

**Sundew Intl Ltd**

**Cheryl Lacoff**                    represented by  Howard R. Wolfe
                                                    Goldman Gruder & Woods
                                                    125 Mason Street
                                                    Greenwich, CT 06830
                                                    203-983-6363
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**David S. Rosse**

**George Dale**                      represented by  Charles G. Copeland
                                                    Copeland, Cook, Taylor & Bush
                                                    200 Coucourse
                                                    1062 Highland Colony Parkway
                                                    Suite 200
                                                    Ridgeland, MS 39157
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    Douglas S. Skalka
                                                    Neubert, Pepe & Monteith
                                                    195 Church St.
                                                    13th Floor
                                                    New Haven, CT 06510-2026
                                                    203-821-2000
                                                    Email: dss@npmlaw.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    James A. Lenes
                                                    Neubert, Pepe & Monteith
                                                    195 Church St.
                                                    13th Floor
                                                    New Haven, CT 06510-2026
                                                    203-821-2000
                                                    Email: jal@npmlaw.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    Rebecca S. Jordan
                                                    Copeland, Cook, Taylor & Bush

200 Coucourse
1062 Highland Colony Parkway
Suite 200
Ridgeland, MS 39157
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Anne B. Pope, *Comm., Rec/Franklin Amer Life*          represented by   Andrew B. Campbell
*Ins Co*                                                               Wyatt, Tarrant & Combs
                                                                       2525 W. End Ave.
                                                                       Suite 1500
                                                                       Nashville, TN 37203
                                                                       615-244-0020
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       Douglas S. Skalka
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

Internation Financial Services Life Insurance          represented by   Douglas J. Schmidt
Company                                                                (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       Douglas S. Skalka
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       Linda Zabriskie
                                                                       Blackwell Sanders Peper Martin, LLP
                                                                       2300 Main
                                                                       Suite 1100
                                                                       Kansas City, MO 64108
                                                                       *TERMINATED: 01/12/2001*
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       Patrick A. McInerney
                                                                       Blackwell Sanders Peper Martin, LLP
                                                                       2300 Main
                                                                       Suite 1100
                                                                       Kansas City, MO 64108
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       Terrance Summers
                                                                       Blackwell Sanders Peper Martin, LLP
                                                                       2300 Main
                                                                       Suite 1100
                                                                       Kansas City, MO 64108
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

Carroll Fisher, *Ins Comm & Receiver Farmers*          represented by
                                                                       Andrew W. Lester

*& Ranchers Life Ins Co*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Douglas S. Skalka
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Susan B. Loving
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Mike Pickens, *Rec/ of Old Southwest Life Ins. Co.*

represented by Douglas S. Skalka
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

James A. Lenes
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Steve A. Uhrynowycz
Arkansas Ins Dept
1200 W. Third St.
Room 340
Little Rock, AR 72201-0104
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Counter Defendant
------------------------

USA

represented by David X. Sullivan
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 09/09/1999 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 3/10/00 ; Dispositive Motions due 4/9/00 Amended Pleadings due 11/9/99 Motions to Dismiss due 12/9/99 (Former Employee) (Entered: 09/10/1999) |
| 09/09/1999 | 3 | ORDER: Parties shall commence discovery immediately (signed by Judge Dominic J. Squatrito ) (Former Employee) (Entered: 09/10/1999) |
| 09/09/1999 | 4 | LIS PENDENS by USA . True attested copies handed to counsel. (Former Employee) (Entered: 09/10/1999) |
| 09/09/1999 | 5 | MOTION by USA for Issuance of Warrant of arrest in rem for exigent circumstances (Former Employee) (Entered: 09/10/1999) |

| 09/09/1999 | 6 | AFFIDAVIT of Lisa M. Kennedy by USA Re [5-1] motion for Issuance of Warrant of arrest in rem for exigent circumstances by USA (Former Employee) (Entered: 09/10/1999) |
| 09/09/1999 | 1 | COMPLAINT for Forfeiture (Former Employee) (Entered: 09/10/1999) |
| 09/10/1999 | | WARRANT for arrest in rem issued. Attested copies handed to counsel. (Blue,A.) (Entered: 09/10/1999) |
| 09/20/1999 | 7 | APPEARANCE of Attorney for Cheryl Lacoff -- Howard R. Wolfe (Blue,A.) (Entered: 09/20/1999) |
| 09/21/1999 | 8 | ACKNOWLEDGEMENT Of Service on 9/15/99 as to Cheryl Lacoff (Blue,A.) (Entered: 09/21/1999) |
| 09/22/1999 | 9 | CLAIM for property by Cheryl Lacoff (Blue,A.) (Entered: 09/22/1999) |
| 09/28/1999 | 10 | ACKNOWLEDGEMENT Of Service on 9/21/99 as to David S. Rosse (Blue,A.) (Entered: 09/28/1999) |
| 10/04/1999 | 11 | ANSWER & Affirmative defenses to Complaint by Cheryl Lacoff (Blue,A.) (Entered: 10/04/1999) |
| 10/25/1999 | 12 | NOTICE of filing a copy of an Affidavit of Service by USA (Blue,A.) (Entered: 10/25/1999) |
| 01/05/2000 | 13 | ORDER of Transfer ( signed by Judge Dominic J. Squatrito ) to Judge Robert N. Chatigny (D'Onofrio, B.) (Entered: 01/11/2000) |
| 01/14/2000 | 14 | ORDER REFERRING CASE to Mag. Judge Donna F. Martinez ( signed by Judge Robert N. Chatigny ) (Blue,A.) (Entered: 01/14/2000) |
| 02/15/2000 | 15 | CLAIM for property by George Dale (Blue,A.) (Entered: 02/16/2000) |
| 02/15/2000 | 16 | CLAIM for property by Anne B. Pope (Blue,A.) (Entered: 02/16/2000) |
| 02/15/2000 | 17 | CLAIM for property by International Financial (Blue,A.) (Entered: 02/16/2000) |
| 02/15/2000 | 18 | CLAIM for property by Carroll Fisher (Blue,A.) (Entered: 02/16/2000) |
| 02/18/2000 | 19 | CLAIM for property by Mike Pickens (Blue,A.) (Entered: 02/22/2000) |
| 03/06/2000 | 20 | ANSWER & COUNTERCLAIM by Carroll Fisher against USA (Blue,A.) (Entered: 03/07/2000) |
| 03/06/2000 | 21 | ANSWER, AFFIRMATIVE DEFENSES & COUNTERCLAIM by International Financial against USA (Blue,A.) (Entered: 03/07/2000) |
| 03/07/2000 | 22 | ANSWER, AFFIRMATIVE DEFENSES & COUNTERCLAIM by Anne B. Pope against USA |

| | | (Blue,A.) (Entered: 03/07/2000) |
|---|---|---|
| 03/07/2000 | 23 | APPEARANCE of Attorney for George Dale -- James A. Lenes (Blue,A.) (Entered: 03/07/2000) |
| 03/07/2000 | 24 | ANSWER, Affirmative Defenses & COUNTERCLAIM by George Dale against USA (Blue,A.) (Entered: 03/07/2000) |
| 03/09/2000 | 25 | APPEARANCE of Attorney for Mike Pickens -- Douglas S. Skalka (Blue,A.) (Entered: 03/09/2000) |
| 03/09/2000 | 26 | ANAWER, Affirmative Defenses & COUNTERCLAIM by Mike Pickens against USA (Blue,A.) (Entered: 03/09/2000) |
| 03/20/2000 | 27 | MOTION by George Dale for Leave to Add the Rehabilitation & Liquidation Orders ad Exhibits to the Answer filed (Blue,A.) (Entered: 03/21/2000) |
| 03/22/2000 | 28 | SUPPLEMENTAL COUNTERCLAIM by Carroll Fisher against USA (Blue,A.) (Entered: 03/22/2000) |
| 03/28/2000 | 29 | AFFIDAVIT of Andrew B. Campbell by Anne B. Pope (Blue,A.) (Entered: 03/28/2000) |
| 04/07/2000 | | ENDORSEMENT denying without prejudice [27-1] motion for Leave to Add the Rehabilitation & Liquidation Orders ad Exhibits to the Answer filed ( signed by Mag. Judge Donna F. Martinez ) (Blue,A.) (Entered: 04/11/2000) |
| 05/05/2000 | 30 | MOTION by Anne B. Pope for Andrew B. Campbell to Appear Pro Hac Vice (Blue,A.) (Entered: 05/08/2000) |
| 05/05/2000 | 31 | AFFIDAVIT of Andrew B. Campbell by Anne B. Pope Re [30-1] motion for Andrew B. Campbell to Appear Pro Hac Vice (Blue,A.) (Entered: 05/08/2000) |
| 05/10/2000 | | ENDORSEMENT [30-1] motion for Andrew B. Campbell to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Blue,A.) (Entered: 05/10/2000) |
| 05/11/2000 | 32 | MOTION by International Financ for Terrance Summers to Appear Pro Hac Vice (Blue,A.) (Entered: 05/11/2000) |
| 05/11/2000 | 33 | MOTION by International Financ for Linda Zabriskie to Appear Pro Hac Vice (Blue,A.) (Entered: 05/11/2000) |
| 05/15/2000 | 34 | MOTION by International Financ for Douglas J. Schmidt to Appear Pro Hac Vice (Blue,A.) (Entered: 05/16/2000) |
| 05/15/2000 | 35 | AFFIDAVIT of Douglas J. Schmidt by International Financ Re [34-1] motion for Douglas J. Schmidt to Appear Pro Hac Vice (Blue,A.) (Entered: 05/16/2000) |
| 05/16/2000 | | ENDORSEMENT [32-1] motion for Terrance Summers to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Blue,A.) (Entered: 05/17/2000) |

| 05/16/2000 | | ENDORSEMENT [33-1] motion for Linda Zabriskie to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Blue,A.) (Entered: 05/17/2000) |
|---|---|---|
| 05/16/2000 | 36 | MOTION by George Dale for Charles G. Copeland to Appear Pro Hac Vice (Blue,A.) (Entered: 05/17/2000) |
| 05/16/2000 | 37 | AFFIDAVIT of Charles G. Copeland by George Dale Re [36-1] motion for Charles G. Copeland to Appear Pro Hac Vice (Blue,A.) (Entered: 05/17/2000) |
| 05/16/2000 | 38 | MOTION by George Dale for Rebecca S. Jordan to Appear Pro Hac Vice (Blue,A.) (Entered: 05/17/2000) |
| 05/16/2000 | 39 | AFFIDAVIT of Rebecca S. Jordan by George Dale Re [38-1] motion for Rebecca S. Jordan to Appear Pro Hac Vice (Blue,A.) (Entered: 05/17/2000) |
| 05/17/2000 | | ENDORSEMENT [36-1] motion for Charles G. Copeland to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Blue,A.) (Entered: 05/17/2000) |
| 05/17/2000 | | ENDORSEMENT [38-1] motion for Rebecca S. Jordan to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Blue,A.) (Entered: 05/17/2000) |
| 05/17/2000 | | ENDORSEMENT [34-1] motion for Douglas J. Schmidt to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Blue,A.) (Entered: 05/18/2000) |
| 05/18/2000 | 40 | MOTION by USA to Transfer Case to Judge Ellen B. Burns (Brief Due 6/8/00 ) (Blue,A.) (Entered: 05/18/2000) |
| 05/19/2000 | 41 | ORDER of Transfer ( signed by Judge Robert N. Chatigny ) to Senior Judge Ellen Bree Burns (Former Employee) (Entered: 05/23/2000) |
| 05/22/2000 | | ENDORSEMENT granting [40-1] motion to Transfer Case to Judge Ellen B. Burns ( signed by Judge Robert N. Chatigny ) (Blue,A.) (Entered: 05/23/2000) |
| 06/05/2000 | 44 | APPEARANCE of Attorney for Anne B. Pope -- Andrew B. Campbell (Sherman, M.) (Entered: 06/07/2000) |
| 06/06/2000 | 42 | APPEARANCE of Attorney for International Financ -- Terrance Summers (Sherman, M.) (Entered: 06/06/2000) |
| 06/06/2000 | 43 | APPEARANCE of Attorney for International Financ -- Linda T. Zabriskie (Sherman, M.) (Entered: 06/06/2000) |
| 06/12/2000 | 45 | APPEARANCE of Attorney for 895 Lake Avenue -- Douglas J. Schmidt (Former Employee) (Entered: 06/12/2000) |
| 06/14/2000 | 46 | MOTION by Mike Pickens for Steve A. Uhrynowycz to Appear Pro Hac Vice (Former Employee) (Entered: 06/14/2000) |
| 06/14/2000 | | ENDORSEMENT granting [46-1] motion for Steve A. Uhrynowycz to Appear Pro Hac Vice ( signed by Clerk ) (Former Employee) (Entered: 06/14/2000) |

| Date | No. | Description |
|---|---|---|
| 06/26/2000 | 47 | MOTION by Carroll Fisher for Andrew W. Lester to Appear Pro Hac Vice (Montz, A.) (Entered: 06/27/2000) |
| 06/26/2000 | 48 | MOTION by Carroll Fisher for Susan B. Loving to Appear Pro Hac Vice (Montz, A.) (Entered: 06/27/2000) |
| 06/28/2000 | | ENDORSEMENT [47-1] motion for Andrew W. Lester to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Warren, C.) (Entered: 06/28/2000) |
| 06/28/2000 | | ENDORSEMENT [48-1] motion for Susan B. Loving to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Warren, C.) (Entered: 06/28/2000) |
| 07/25/2000 | 49 | APPEARANCE of Attorney for Carroll Fisher -- Andrew W. Lester (Warner, R.) (Entered: 07/26/2000) |
| 07/25/2000 | 50 | APPEARANCE of Attorney for Carroll Fisher -- Susan B. Loving (Warner, R.) (Entered: 07/26/2000) |
| 08/17/2000 | 51 | MOTION by International Financ for Linda Zabriskie to Withdraw as Attorney (Brown, S.) (Entered: 08/17/2000) |
| 11/22/2000 | 52 | MOTION by International Financ for Patrick A. McInerney to Appear Pro Hac Vice (Pesta, J.) (Entered: 11/27/2000) |
| 11/27/2000 | | ENDORSEMENT [52-1] motion for Patrick A. McInerney to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Pesta, J.) (Entered: 11/27/2000) |
| 01/12/2001 | 53 | ORDER granting [51-1] motion for Linda Zabriskie to Withdraw as Attorney (Terminated attorney Linda Zabriskie for International Financ ( signed by Senior Judge Ellen Bree Burns ) (Inferrera, L.) (Entered: 01/12/2001) |
| 01/26/2001 | 54 | MOTION by USA for Interlocutory Sale (Basile, F.) (Entered: 01/29/2001) |
| 01/26/2001 | 55 | MEMORANDUM by USA in support of [54-1] motion for Interlocutory Sale (Basile, F.) (Entered: 01/29/2001) |
| 01/26/2001 | 56 | DECLARATION of Kevin Mischke of IRS Re [54-1] motion for Interlocutory Sale by USA (Basile, F.) (Entered: 01/29/2001) |
| 01/31/2001 | | ENDORSEMENT granting [54-1] motion for Interlocutory Sale ( signed by Senior Judge Ellen Bree Burns ) (Basile, F.) (Entered: 01/31/2001) |
| 01/31/2001 | 57 | ORDER for an interlocutory sale (see order for details) ( signed by Senior Judge Ellen Bree Burns ) (Basile, F.) (Entered: 01/31/2001) |
| 08/21/2001 | 58 | MOTION by USA for Designation of Auctioneers (Brief Due 9/11/01 ) (Inferrera, L.) (Entered: 08/21/2001) |
| 08/22/2001 | | ENDORSEMENT granting [58-1] motion for Designation of Auctioneers ( signed by Senior Judge Ellen Bree Burns ) (Basile, F.) (Entered: 08/23/2001) |

| | | |
|---|---|---|
| 09/20/2001 | 59 | MOTION by USA to Modify [58-1] motion for Designation of Auctioneers by USA (Sherman, M.) (Entered: 09/21/2001) |
| 09/25/2001 | | ENDORSEMENT granting [59-1] motion to Modify [58-1] motion for Designation of Auctioneers by USA ( signed by Senior Judge Ellen Bree Burns ) (Ruocco, M.) (Entered: 09/26/2001) |
| 10/18/2002 | 60 | MOTION by USA to Amend [57-1] order of interlocutory sale (Brief Due 11/8/02 ) (Warner, R.) (Entered: 10/21/2002) |
| 10/24/2002 | | ENDORSEMENT granting [60-1] motion to Amend [57-1] order of interlocutory sale ( signed by Senior Judge Ellen Bree Burns ) (Sherman, M.) (Entered: 10/24/2002) |
| 10/24/2002 | 61 | SO ORDERED for intelocutory sale of prperty located at 895 & 889 Lake Ave. Greenwich CT. ( signed by Senior Judge Ellen Bree Burns ) (Sherman, M.) (Entered: 10/24/2002) |
| 11/25/2002 | 62 | MOTION by USA for Approval of budget to conduct Interlocutory Sales (Sherman, M.) (Entered: 11/26/2002) |
| 12/02/2002 | | ENDORSEMENT approving [62-1] motion for Approval of budget to conduct Interlocutory Sales ( signed by Senior Judge Ellen Bree Burns ) (Sherman, M.) (Entered: 12/02/2002) |
| 02/24/2003 | 63 | APPEARANCE of Attorney for USA -- Julie G. Turbert (Sherman, M.) (Entered: 02/24/2003) |
| 02/24/2003 | 64 | MOTION by USA for Interlocutory Sale (Falcone, K.) (Entered: 02/25/2003) |
| 02/26/2003 | 65 | MOTION by USA for Order Authorizing Sale of property free of liens (Falcone, K.) (Entered: 02/27/2003) |
| 02/26/2003 | 66 | MEMORANDUM by USA in support of [65-1] motion for Order Authorizing Sale of property free of liens (Falcone, K.) (Entered: 02/27/2003) |
| 03/05/2003 | | ENDORSEMENT granting [65-1] motion for Order Authorizing Sale of property free of liens ( signed by Senior Judge Ellen Bree Burns ) (Brown, S.) (Entered: 03/05/2003) |
| 03/05/2003 | | ENDORSEMENT granting [64-1] motion for Interlocutory Sale ( signed by Senior Judge Ellen Bree Burns ) (Brown, S.) (Entered: 03/05/2003) |
| 03/19/2003 | 67 | MOTION by USA reimbursement for Costs and Fees (Brief Due 4/9/03 ) (Villano, P.) (Entered: 03/19/2003) |
| 03/19/2003 | 68 | MEMORANDUM by USA in support of [67-1] motion reimbursement for Costs and Fees (Villano, P.) (Entered: 03/19/2003) |
| 03/20/2003 | | ENDORSEMENT granting [67-1] motion for reimbursement of Costs and Fees ( signed by Senior Judge Ellen Bree Burns ) (Brown, S.) (Entered: 03/20/2003) |

| 03/20/2003 | 69 | ORDER Approving Final Accounting ( signed by Senior Judge Ellen Bree Burns ) 4 pgs (Brown, S.) (Entered: 03/20/2003) |
| 04/10/2003 | 70 | STATUS REPORT concerning Interlocutory Sale by USA (Depino, F.) (Entered: 04/10/2003) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 06/04/2004 14:03:30 | | |
| PACER Login: | cc0663 | Client Code: | 1968-2 |
| Description: | Docket Report | Case Number: | 3:99-cv-01772-EBB |
| Billable Pages: | 5 | Cost: | 0.35 |

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:99-cv-02589-EBB

USA v. $11,014,165.20, et al
Assigned to: Judge Ellen Bree Burns
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: No cause code entered

Date Filed: 12/30/99
Jury Demand: None
Nature of Suit: 690 Forfeit/Penalty: Other
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**
-----------------------

USA

represented by **David X. Sullivan**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203-821-3700
Fax : 203-773-5376
Email: David.Sullivan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H. Durham**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203-821-3700
Email: john.durham@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie G. Turbert**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203-821-3700x3104
Fax : 203-773-5373
Email: Julie.Turbert@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

Currency, US, $11,014,165.20

Currency, US, $160,000.00



Currency, US, $42,220.81

Currency, US, $600,000.00

Currency, US, $25,616.49

Currency, US, $44,812.41

Currency, US, $1,089.50

Currency, US, $747,000.00

Currency, US, $1,817.06

Currency, US, $10,223.66

Currency, US, $636,903.39
*TERMINATED: 10/29/2003*

Currency, US, $28,284.97

Currency, US, $167,771.30

Currency, US, $950,000.00

Check, Chase Manhattan Bank, $30,398.33

Check, Chase Manhattan Bank, $1,092.22

Lucky Star Investments


Movant
-----------------------
Peoples Benefit Life Ins Co                 represented by   Brian J. Hays
                                                            Lord Bissell & Brook
                                                            Harris Bank Bldg.
                                                            115 South Lasalle St.
                                                            Suites 2600-3600
                                                            Chicago, IL 60603
                                                            312-443-0700
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            David N. Rosen
                                                            Rosen & Dolan, P.C.
                                                            400 Orange St
                                                            New Haven, CT 06511
                                                            203-787-3513
                                                            Email: david.rosen@rosendolan.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            Forrest Lammiman
                                                            Lord Bissell & Brook
                                                            Harris Bank Bldg.
                                                            115 South Lasalle St.
                                                            Suites 2600-3600
                                                            Chicago, IL 60603

312-443-0700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Matthew S. Klepper
Lord Bissell & Brook
Harris Bank Bldg.
115 South Lasalle St.
Suites 2600-3600
Chicago, IL 60603
312-443-0700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Stephen Mark Pincus
5855 Bartlett Street
Pittsburgh, PA 15217
412-395-1271
*TERMINATED: 07/31/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Timothy Brink
Lord Bissell & Brook
Harris Bank Bldg.
115 South Lasalle St.
Suites 2600-3600
Chicago, IL 60603
312-443-0700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Timothy M. Maggio
Lord Bissell & Brook
Harris Bank Bldg.
115 South Lasalle St.
Suites 2600-3600
Chicago, IL 60603
312-443-0700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Vincent I. Holzhall
Lord Bissell & Brook
Harris Bank Bldg.
115 South Lasalle St.
Suites 2600-3600
Chicago, IL 60603
312-443-0700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Veterans Life Insurance Company          represented by   Brian J. Hays
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

David N. Rosen
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Forrest Lammiman
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Matthew S. Klepper
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Stephen Mark Pincus
(See above for address)
*TERMINATED: 07/31/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Timothy Brink
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Timothy M. Maggio
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Vincent I. Holzhall
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Ace Capital Re Overseas Ltd.                represented by   David A. Slossberg
                                                            Hurwitz Sagarin & Slossberg
                                                            147 North Broad St., PO Box 112
                                                            Milford, CT 06460-0112
                                                            203-877-8000
                                                            Fax : 203-878-9800
                                                            Email: dslossberg@hss-law.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

*fka*
KRE Reinsurance Ltd.

Keith Wenzel, *Keith Wenzel Director of*       represented by   Patrick A. McInerney
*Missouri Department of Insurance*                          Blackwell Sanders Peper Martin, LLP
                                                            2300 Main
                                                            Suite 1100
                                                            Kansas City, MO 64108
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

V.

Claimant
-----------------------

Devonshire Tech

Jacqueline A. Ju

Beng Tan

Gomberg, Kane & Fisher

Thomas Bolan

Jiro Nakamura

Yasuko Nakamura

Victor C. Moses

Fausto Fausti

Bruce I. Weiser

North Mississippi Aviation, Inc

Thurston Little

Kaethe Schuchter

Park Avenue Travel Svcs                    represented by  Alfred U. Pavlis
                                                            Daly & Pavlis, LLC
                                                            107 John St.
                                                            Southport, CT 06890
                                                            203-255-6700
                                                            Fax : 203-255-1953
                                                            Email: apavlis@dalypavlis.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*


Good Luck Corp

Internation Financial Services Life Insurance   represented by  Douglas J. Schmidt
Company                                                         Blackwell Sanders Peper Martin, LLP
                                                               2300 Main
                                                               Suite 1100
                                                               Kansas City, MO 64108
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*


                                                               Douglas S. Skalka
                                                               Neubert, Pepe & Monteith
                                                               195 Church St.
                                                               13th Floor
                                                               New Haven, CT 06510-2026
                                                               203-821-2000
                                                               Email: dss@npmlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Patrick A. McInerney
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Terrance Summers
Blackwell Sanders Peper Martin, LLP
2300 Main
Suite 1100
Kansas City, MO 64108
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Franklin American Life Insurance Company

George Dale                                 represented by   Douglas S. Skalka
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             James A. Lenes
                                                             Neubert, Pepe & Monteith
                                                             195 Church St.
                                                             13th Floor
                                                             New Haven, CT 06510-2026
                                                             203-821-2000
                                                             Email: jal@npmlaw.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

Carroll Fisher, *Ins Comm & Receiver Farmers*   represented by   Douglas S. Skalka
*& Ranchers Life Ins Co*                                        (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

Mike Pickens, *Mike Pickens, Receivers of Old*   represented by   James A. Lenes
*Southwest Life Insurance Company*                              (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

Counter Defendant
-----------------------

USA                                         represented by   David X. Sullivan
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             John H. Durham
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 12/30/1999 | 1 | Verified COMPLAINT for Forfeiture (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of $11,014,165.20 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of $160,000.00 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of $42,220.81 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of $600,000.00 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of $25,616.49 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of $44,812.41 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of $1,089.50 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of $747,000.00 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of $1,817.06 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of $10,223.66 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of $636,903.39 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of $28,284.97 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of $167,771.30 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of $950,000.00 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of $30,398.33 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of $1,092.22 issued. Attested copies handed to counsel. |

| | | |
|---|---|---|
| | | (Ruocco, M.) (Entered: 01/06/2000) |
| 01/27/2000 | 2 | SUMMONS Returned Executed on 1/14/00 as to $10,223.66, $636,903.39, $28,284.97, $167,771.30, $30,398.33, $1,092.22 (Warner, R.) (Entered: 02/01/2000) |
| 02/08/2000 | 3 | CLAIM for property by Park Avenue Travel (Depino, F.) (Entered: 02/09/2000) |
| 02/14/2000 | 4 | AFFIDAVIT of Marsha Corea Re: Foreign Service of Complaint (Depino, F.) (Entered: 02/15/2000) |
| 02/15/2000 | 5 | CLAIM for property by International Financ (Depino, F.) (Entered: 02/15/2000) |
| 02/15/2000 | 6 | CLAIM for property by Franklin American Li (Depino, F.) (Entered: 02/15/2000) |
| 02/15/2000 | 7 | CLAIM for property by George Dale (Depino, F.) (Entered: 02/15/2000) |
| 02/15/2000 | 8 | CLAIM for property by Carroll Fisher (Depino, F.) (Entered: 02/15/2000) |
| 02/18/2000 | 9 | CLAIM for property by Mike Pickens (Depino, F.) (Entered: 02/18/2000) |
| 02/25/2000 | 10 | MOTION by Park Avenue Travel to Extend Time to respond to verified complaint until 3/29/00 (Depino, F.) (Entered: 02/25/2000) |
| 02/28/2000 | | ENDORSEMENT granting [10-1] motion to Extend Time to respond to verified complaint until 3/29/00 ( signed by Senior Judge Ellen Bree Burns ) (Depino, F.) (Entered: 02/29/2000) |
| 03/03/2000 | 11 | MARSHAL'S return of service on Warrant of Arrest In Rem executed as to USA, $11,014,165.20, $160,000.00, $42,220.81, $600,000.00, $25,616.49, $44,812.41, $747,000.00 on 1/18/00 (Warner, R.) (Entered: 03/03/2000) |
| 03/03/2000 | 12 | MARSHAL'S return of service on Warrant of Arrest In Rem executed as to $1,089.50 on 1/18/00 (Warner, R.) (Entered: 03/03/2000) |
| 03/03/2000 | 13 | MARSHAL'S return of service on Verified Complaint & Warrants of Arrest In Rem executed as to Devonshire Tech on 1/21/00 (Warner, R.) (Entered: 03/03/2000) |
| 03/03/2000 | 14 | MARSHAL'S return of service on Verified Complaint & Warrants of Arrest In Rem executed as to Jacqueline A. Ju on 1/26/00 (Warner, R.) (Entered: 03/03/2000) |
| 03/03/2000 | 15 | MARSHAL'S return of service on Verified Complaint & Warrants executed as to Beng Tan on 2/01/00 (Warner, R.) (Entered: 03/03/2000) |
| 03/03/2000 | 16 | MARSHAL'S return of service on Verifed Complaint & Warrants of Arrest In Rem executed as to Gomberg, Kane on 2/3/00 (Warner, R.) Modified on 03/03/2000 (Entered: 03/03/2000) |
| 03/03/2000 | 17 | MARSHAL'S return of service on Verified Complaint & Warrants of Arrest In Rem executed as to Yasuko Nakamura on 2/09/00 (Warner, R.) Modified on |

|  |  | 03/03/2000 (Entered: 03/03/2000) |
|---|---|---|
| 03/03/2000 | 18 | MARSHAL'S return of service on Veritifed Complaint & Warrants of Arrest In Rem executed as to $167,771.30, $950,000.00, Jiro Nakamura, Yasuko Nakamura, Park Avenue Travel on 2/02/00 (Warner, R.) (Entered: 03/06/2000) |
| 03/06/2000 | 19 | ANSWER and Defenses to Complaint and COUNTERCLAIM by Franklin American Li against USA PART 1 OF 2 (Depino, F.) Modified on 03/06/2000 (Entered: 03/06/2000) |
| 03/06/2000 | 19 | ANSWER and Defenses to complaint and COUNTERCLAIM by Franklin American Li against USA PART 2 OF 2 (Depino, F.) (Entered: 03/06/2000) |
| 03/06/2000 | 20 | ANSWER and Affirmative Defenses to Complaint by Carroll Fisher (Depino, F.) (Entered: 03/06/2000) |
| 03/06/2000 | 21 | ANSWER and Defenses to Complaint and Counterclaim against USA by International Financ PART ONE OF TWO (Depino, F.) (Entered: 03/07/2000) |
| 03/06/2000 | 21 | ANSWER and Defenses to Complaint and COUNTERCLAIM against USA by International Financ PART TWO OF TWO (Depino, F.) Modified on 03/07/2000 (Entered: 03/07/2000) |
| 03/06/2000 | 22 | APPEARANCE of Attorney for George Dale -- James A. Lenes (Depino, F.) (Entered: 03/07/2000) |
| 03/06/2000 | 23 | ANSWER and Defenses to Complaint and Counterclaim by George Dale against USA PART ONE OF TWO (Depino, F.) Modified on 03/07/2000 (Entered: 03/07/2000) |
| 03/06/2000 | 23 | ANSWER and Defenses to Complaint and COUNTERCLAIM by George Dale against USA PART TWO OF TWO (Depino, F.) (Entered: 03/07/2000) |
| 03/09/2000 | 24 | APPEARANCE of Attorney for Mike Pickens -- James Lenses (Depino, F.) (Entered: 03/09/2000) |
| 03/09/2000 | 25 | ANSWER and Defenses to Complaint by Mike Pickens (Depino, F.) (Entered: 03/09/2000) |
| 03/20/2000 | 26 | CLAIM for property by Bruce I. Weiser (Depino, F.) (Entered: 03/20/2000) |
| 03/21/2000 | 27 | SUPPLEMENTAL ANSWER to Complaint by Carroll Fisher (Depino, F.) (Entered: 03/21/2000) |
| 03/27/2000 | 28 | ANSWER and Defenses to Complaint by Fausto Fausti (Depino, F.) (Entered: 03/27/2000) |
| 03/31/2000 | 29 | MOTION by Park Avenue Travel to Stay Case (Brief Due 4/21/00 ) (Depino, F.) (Entered: 03/31/2000) |
| 04/03/2000 |  | ENDORSEMENT granting [29-1] motion to Stay Case Case Stayed 4/3/00 ( signed by |

| | | Senior Judge Ellen Bree Burns ) (Depino, F.) (Entered: 04/03/2000) |
|---|---|---|
| 04/06/2000 | 30 | ANSWER and Defenses to Complaint by Bruce I. Weiser (Depino, F.) (Entered: 04/06/2000) |
| 04/17/2000 | 31 | WARRANT for arrest/release of property as to by North Mississippi, Thurston Little RETURNED on date:, 3/16/00 (Depino, F.) (Entered: 05/03/2000) |
| 05/08/2000 | 32 | WARRANT for arrest/release of property as to by Bruce I. Weiser, Fausto Fausti RETURNED on date:3/10/00. (Warner, R.) (Entered: 05/09/2000) |
| 05/15/2000 | 33 | MARSHAL'S return of service on Verified Complaint of Forfeiture and 16 Warrants of Arrest in Rem executed as to Thomas Bolan on 4/10/00 (Warner, R.) (Entered: 05/15/2000) |
| 05/17/2000 | 34 | WARRANT for arrest in rem and complaint of forfeiture RETURNED showing service on 3/6/00 on Kaethe Schucter, c/o Richard Leon, Esq. (Inferrera, L.) (Entered: 05/17/2000) |
| 05/17/2000 | 35 | WARRANT for arrest in rem and complaint of forfeiture RETURNED showing service on 3/2/00 on Lucky Star Investments & Good Luck corp. (Inferrera, L.) Modified on 05/17/2000 (Entered: 05/17/2000) |
| 05/30/2000 | 36 | MOTION by Peoples Benefit Life, Veterans Life to Intervene (Brief Due 6/20/00 ) (Depino, F.) (Entered: 05/31/2000) |
| 05/30/2000 | 38 | MEMORANDUM by Peoples Benefit Life, Veterans Life in support of [36-1] motion to Intervene (Depino, F.) (Entered: 05/31/2000) |
| 05/31/2000 | 37 | APPEARANCE of Attorney for Peoples Benefit Life, Veterans Life -- Stephen Pincus (Depino, F.) (Entered: 05/31/2000) |
| 06/02/2000 | 39 | APPEARANCE of Attorney for Peoples Benefit Life, Veterans Life -- David N. Rosen (Sherman, M.) (Entered: 06/05/2000) |
| 06/20/2000 | 40 | MOTION by International Financ, Franklin American Li, George Dale, Carroll Fisher, Mike Pickens to Extend Time until 7/10/00 to file and serve a memorandum in opposition to the motion to intervene (Sherman, M.) (Entered: 06/21/2000) |
| 06/22/2000 | | ENDORSEMENT granting [40-1] motion to Extend Time until 7/10/00 to file and serve a memorandum in opposition to the motion to intervene, Brief Deadline set for 7/10/00 [36-1] motion to Intervene ( signed by Senior Judge Ellen Bree Burns ) (Depino, F.) (Entered: 06/22/2000) |
| 06/26/2000 | 41 | MOTION by Peoples Benefit Life, Veterans Life for Forrest B. Lammiman, Vincent I Holzhall, Timothy Brink, Mathew S Klepper, Timothy M. Maggio & Brian J. Hays to Appear Pro Hac Vice (Pesta, J.) (Entered: 09/06/2000) |
| 06/28/2000 | | ENDORSEMENT [41-1] motion for Forrest B. Lammiman, Vincent I. Holzhall, Timothy Brink, Mathew S. Klepper, Timothy M. Maggio & Brian J. Hays to Appear Pro Hac Vice ordered accordingly (signed by Clerk) (Warner, R.) Modified on |

| | | |
|---|---|---|
| | | 09/06/2000 (Entered: 06/28/2000) |
| 07/10/2000 | 42 | MEMORANDUM by International Financ, Franklin American Li, George Dale, Carroll Fisher, Mike Pickens in opposition to [36-1] motion to Intervene by Veterans Life, Peoples Benefit Life (Villano, P.) (Entered: 07/10/2000) |
| 07/10/2000 | 43 | Appendix by International Financ, Franklin American Li, George Dale, Carroll Fisher, Mike Pickens to [36-1] motion to Intervene by Veterans Life, Peoples Benefit Life (Villano, P.) (Entered: 07/10/2000) |
| 07/25/2000 | 44 | REPLY by Peoples Benefit Life, Veterans Life to response to [36-1] motion to Intervene by Veterans Life, Peoples Benefit Life (Depino, F.) (Entered: 07/25/2000) |
| 07/25/2000 | 45 | MOTION by Peoples Benefit Life, Veterans Life for Leave to File reply brief in excess of 10 pages (Sherman, M.) (Entered: 07/27/2000) |
| 07/27/2000 | 46 | MOTION by Peoples Benefit Life, Veterans Life for Stephen M. Pincus to Withdraw as Attorney (Sherman, M.) (Entered: 07/28/2000) |
| 07/31/2000 | | ENDORSEMENT granting [46-1] motion for Stephen M. Pincus to Withdraw as Attorney (Terminated attorney Stephen Mark Pincus for Veterans Life, and for Peoples Benefit Life ( signed by Senior Judge Ellen Bree Burns ) (Depino, F.) (Entered: 07/31/2000) |
| 07/31/2000 | | ENDORSEMENT granting [45-1] motion for Leave to File reply brief in excess of 10 pages ( signed by Senior Judge Ellen Bree Burns ) (Depino, F.) (Entered: 07/31/2000) |
| 08/14/2000 | 47 | APPEARANCE of Attorney for Peoples Benefit Life, Veterans Life -- Forrest B. Lammiman, Timothy Brink, Timothy M. Maggio, Brian I. Hays (Pesta, J.) (Entered: 08/14/2000) |
| 08/17/2000 | 48 | MOTION by International Financ for Linda Zabriskie to Withdraw as Attorney (Brown, S.) (Entered: 08/17/2000) |
| 10/05/2000 | 49 | MOTION by Park Avenue Travel to Stay Case (Brief Due 10/26/00 ) (Depino, F.) (Entered: 10/05/2000) |
| 10/06/2000 | | ENDORSEMENT granting [49-1] motion to Stay Case Case Stayed 10/6/00 ( signed by Senior Judge Ellen Bree Burns ) (Depino, F.) (Entered: 10/06/2000) |
| 10/26/2000 | 50 | MOTION by Ace Capital Re Overseas Ltd. to Intervene (Brief Due 11/16/00 ) (Inferrera, L.) (Entered: 10/26/2000) |
| 10/26/2000 | 51 | MEMORANDUM by Ace Capital in support of [50-1] motion to Intervene (Inferrera, L.) (Entered: 10/26/2000) |
| 10/26/2000 | 52 | AFFIDAVIT of Donald D. Solow by Ace Capital Re [50-1] motion to Intervene by Ace Capital (Inferrera, L.) (Entered: 10/26/2000) |
| | | |

| | | |
|---|---|---|
| 10/31/2000 | 53 | RULING denying [36-1] motion to Intervene (see ruling for details) ( signed by Senior Judge Ellen Bree Burns ) 5 Page(s) (Ruocco, M.) (Entered: 11/01/2000) |
| 11/03/2000 | 54 | APPEARANCE of Attorney for Ace Capital -- David Slossberg (Brown, S.) (Entered: 11/03/2000) |
| 11/20/2000 | 55 | MOTION by International Financ, Franklin American Li, George Dale, Carroll Fisher, Mike Pickens to Extend Time until 12/6/00 to file a memorandum in opposition to motion to intervene (Warner, R.) (Entered: 11/22/2000) |
| 11/22/2000 | 56 | MOTION by International Financ for Patrick A. McInerney to Appear Pro Hac Vice (Pesta, J.) (Entered: 11/27/2000) |
| 11/27/2000 | | ENDORSEMENT [56-1] motion for Patrick A. McInerney to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Pesta, J.) (Entered: 11/27/2000) |
| 11/27/2000 | | ENDORSEMENT granting [55-1] motion to Extend Time until 12/6/00 to file a memorandum in opposition to motion to intervene, Brief Deadline set for 12/6/00 [50-1] motion to Intervene ( signed by Senior Judge Ellen Bree Burns ) (Depino, F.) (Entered: 11/27/2000) |
| 11/29/2000 | 57 | NOTICE OF APPEAL of [53-1] order by Peoples Benefit Life, Veterans Life FILING FEE $ 105.00 RECEIPT # B001225 Certified Copy of Appeal and Docket mailed to USCA (Warren, C.) (Entered: 11/29/2000) |
| 12/04/2000 | 58 | MOTION by International Financ, Franklin American Li, George Dale, Carroll Fisher, Mike Pickens, Ace Capital to Stay Briefing & Decision on Motion to Intervene (Brief Due 12/25/00 ) (Basile, F.) (Entered: 12/11/2000) |
| 12/12/2000 | | ENDORSEMENT granting [58-1] motion to Stay Briefing & Decision on Motion to Intervene ( signed by Senior Judge Ellen Bree Burns ) (Depino, F.) (Entered: 12/13/2000) |
| 12/12/2000 | | INDEX to Record on Appeal mailed to USCA: [57-1] appeal by Veterans Life, Peoples Benefit Life (Basile, F.) (Entered: 12/13/2000) |
| 12/14/2000 | 59 | APPEARANCE of Attorney for Keith Wenzel -- Patrick McInerney (Depino, F.) (Entered: 12/14/2000) |
| 12/15/2000 | | Document # 60 deleted: Docketed in error (Basile, F.) (Entered: 12/20/2000) |
| 12/18/2000 | 61 | APPEARANCE of Attorney for International Financ -- Terrance Summers (Torday, B.) (Entered: 12/19/2000) |
| 12/18/2000 | 62 | APPEARANCE of Attorney for International Financ -- Douglas J. Schmidt (Torday, B.) (Entered: 12/19/2000) |
| 12/26/2000 | 63 | ACKNOWLEDGED receipt of Index to Record on Appeal at USCA on 12/15/00 received re: [57-1] appeal by Veterans Life, Peoples Benefit Life USCA Number: 00-6360 (Ruocco, M.) (Entered: 01/02/2001) |

| 01/11/2001 | 64 | ORDER granting nunc pro tunc [48-1] motion for Linda Zabriskie to Withdraw as Attorney ( signed by Senior Judge Ellen Bree Burns ) (Basile, F.) (Entered: 01/11/2001) |
| 02/06/2001 | 65 | Scheduling Order from USCA regarding [57-1] appeal by Veterans Life, Peoples Benefit Life USCA Number: 00-6360 (Basile, F.) (Entered: 02/06/2001) |
| 04/26/2001 | 66 | MOTION by Park Avenue Travel to Stay Case for period of six months (Brief Due 5/17/01 ) (Basile, F.) (Entered: 04/26/2001) |
| 05/03/2001 | | ENDORSEMENT granting [66-1] motion to Stay Case for period of six months Case Stayed 5/3/01 ( signed by Senior Judge Ellen Bree Burns ) (Depino, F.) (Entered: 05/03/2001) |
| 02/04/2002 | 67 | MANDATE OF USCA (certified copy) dated 01/18/02 dismissing [57-1] appeal ( Mackechnie) (Depino, F.) (Entered: 02/05/2002) |
| 04/19/2002 | 68 | MOTION by Ace Capital to Withdraw [50-1] motion to Intervene by Ace Capital (Depino, F.) (Entered: 04/19/2002) |
| 05/15/2002 | | ENDORSEMENT granting [68-1] motion to Withdraw [50-1] motion to Intervene by Ace Capital ( signed by Senior Judge Ellen Bree Burns ) (Villano, P.) (Entered: 05/15/2002) |
| 05/07/2003 | 69 | APPEARANCE of Attorney for USA -- Julie G. Turbert (Villano, P.) (Entered: 05/07/2003) |
| 05/28/2003 | 70 | MOTION by USA for Entry of Default as to Devonshire Tech, Jacqueline A. Ju, Beng Tan, Gomberg, Kane, Thomas Bolan, Jiro Nakamura, Yasuko Nakamura, Victor C. Moses, North Mississippi, Thurston Little, Kaethe Schuchter, Good Luck Corp, Lucky Star, Peoples Benefit Life, Veterans Life (Brief Due 6/18/03 ) (Villano, P.) (Entered: 05/29/2003) |
| 05/28/2003 | 71 | AFFIDAVIT of Julie G. Turbert, AUSA by USA Re [70-1] motion for Entry of Default as to Devonshire Tech, Jacqueline A. Ju, Beng Tan, Gomberg, Kane, Thomas Bolan, Jiro Nakamura, Yasuko Nakamura, Victor C. Moses, North Mississippi, Thurston Little, Kaethe Schuchter, Good Luck Corp, Lucky Star, Peoples Benefit Life, Veterans Life by counter-defendantby plaintiff (Villano, P.) (Entered: 05/29/2003) |
| 06/18/2003 | 72 | MOTION by USA to Withdraw [70-1] motion for Entry of Default as to Peoples Benefit Life and Veterans Life by counter-defendantby plaintiff (Villano, P.) Modified on 07/02/2003 (Entered: 06/19/2003) |
| 07/09/2003 | | ENDORSEMENT granting [72-1] motion to Withdraw [70-1] motion for Entry of Default as to Peoples Benefit Life and Veterans Life by counter-defendantby plaintiff ( signed by Senior Judge Ellen Bree Burns ) (Villano, P.) (Entered: 07/10/2003) |
| 08/12/2003 | 73 | MOTION by USA to Withdraw [70-1] motion for Entry of Default as to Gomberg, Kane, (Villano, P.) (Entered: 08/13/2003) |
| 08/12/2003 | 74 | STIPULATION regarding Forfeiture Agreement As to Currency Defendant No. 4 by |