| | | |
|---|---|---|
| | | USA, $600,000.00, Gomberg, Kane (Villano, P.) (Entered: 08/13/2003) |
| 08/13/2003 | | ENDORSEMENT granting [70-1] motion for Entry of Default as to Devonshire Tech, Jacqueline A. Ju, Beng Tan, Gomberg, Kane, Thomas Bolan, Jiro Nakamura, Yasuko Nakamura, Victor C. Moses, North Mississippi, Thurston Little, Kaethe Schuchter, Good Luck Corp, Lucky Star, Peoples Benefit Life, Veterans Life Default entered as to Thomas Bolan, Jiro Nakamura, Yasuko Nakamura, Victor C. Moses, North Mississippi, Thurston Little, Kaethe Schuchter, Good Luck Corp, Lucky Star, Devonshire Tech, Jacqueline A. Ju, Beng Tan Filing of Motion for Default Judgment by 9/12/03 for Thomas Bolan, for Jiro Nakamura, for Yasuko Nakamura, for Victor C. Moses, for North Mississippi, for Thurston Little, for Kaethe Schuchter, for Good Luck Corp, for Lucky Star, for Devonshire Tech, for Jacqueline A. Ju, for Beng Tan . ( Signed by Clerk ) (Villano, P.) (Entered: 08/13/2003) |
| 08/13/2003 | | ENDORSEMENT granting [73-1] motion to Withdraw [70-1] motion for Entry of Default as to Gomberg, Kane, ( signed by Senior Judge Ellen Bree Burns ) (Villano, P.) (Entered: 08/13/2003) |
| 08/13/2003 | | ENDORSEMENT approving [74-1] stipulation ( signed by Senior Judge Ellen Bree Burns ) (Villano, P.) (Entered: 08/13/2003) |
| 10/23/2003 | 75 | STIPULATED Forfeiture Agreement as to Currency Defendant No. 11 by USA. (Villano, P.) (Entered: 10/27/2003) |
| 10/29/2003 | 76 | ENDORSEMENT ORDER Approving and Adopting re 75 Stipulated Forfeiture Agreement as to Currency Defendant No. 11 filed by USA. Signed by Judge Ellen Bree Burns on 10/28/03. (Villano, P.) (Entered: 10/31/2003) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 06/04/2004 14:04:34 | | |
| PACER Login: | cc0663 | Client Code: | 1968-2 |
| Description: | Docket Report | Case Number: | 3:99-cv-02589-EBB |
| Billable Pages: | 7 | Cost: | 0.49 |

**U.S. District Court**
**District of Connecticut (New Haven)**
**CIVIL DOCKET FOR CASE #: 3:99-cv-02590-EBB**

USA v. 1995 Turbo Commander, et al
Assigned to: Judge Ellen Bree Burns
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: No cause code entered

Date Filed: 12/30/99
Jury Demand: None
Nature of Suit: 690 Forfeit/Penalty: Other
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**
-------------------------

USA

represented by **David X. Sullivan**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203-821-3700
Fax : 203-773-5376
Email: David.Sullivan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H. Durham**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203-821-3700
Email: john.durham@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie G. Turbert**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203-821-3700x3104
Fax : 203-773-5373
Email: Julie.Turbert@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-------------------------

Turbo Commander Aircraft, Model 114TC,
1995



Mercedes Benz, 1995, Vin #
WDBEA34E3SC225572

Mercedes Benz, E430W, 1998, Vin #
WDBJF70F4WA664478

Mercedes Benz, 600 SEL, 1999, Vin #
WDBGA57G7XA432096

Mercedes Benz, S500V, 1999, Vin #
WDBGA51G9XA430195

Mercedes Benz, E320W, 1999, Vin #
WDBJF65H4XA865206

Mercedes Benz, 1999, Vin #
WDBGA57G0XA426950

Mercedes Benz, 1999, Vin #
WDBGA57G1XA412183

BMW, 540i, 1998, Vin #
WBADE632XWBW62956

BMW, 328, 1999, Vin #
WBAAM5337XFR02760

BMW, 1999, Vin # WBAGG8333XDN74476

Chevrolet, Tahoe, 1995, Vin #
1GNEK13K5SJ417234

Chevrolet, Tahoe, LS1500, 1995, Vin #
3GNEK18KXSG117604

Chevrolet, Tahoe, 1999, Vin #
1GNEK13R0XJ446063

Chevrolet, Cavalier, 1995, Vin #
1G1JF12D8S7219638

Chevrolet, Cavalier, 1998, Vin #
1G1JF12T0W7152692

Chevrolet, Cavalier LS, 1998, Vin #
3G1JF5245WS845159

Volvo, S70A SR, 1999, Vin #
YV1LS55A0X1599258

Infinity, QX4, 1998, Vin #
JNRAR05Y7WW025301

Lexus, GS400, Vin # JT8BH68X0X0013961

Volvo, S70A, 1998, Vin #
YV1LS5579W2506279

Counter Claimant

Anne B. Pope, *Commissioner, Receiver,*
*Liquidator of Franklin American Life*
*Insurance Co*

represented by    Douglas S. Skalka
Neubert, Pepe & Monteith
195 Church St.
13th Floor
New Haven, CT 06510-2026
203-821-2000
Email: dss@npmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

Movant
-----------------------

Peoples Benefit Life Ins Co

represented by    Brian J. Hays
Lord Bissell & Brook
Harris Bank Bldg.
115 South Lasalle St.
Suites 2600-3600
Chicago, IL 60603
312-443-0700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

David N. Rosen
Rosen & Dolan, P.C.
400 Orange St
New Haven, CT 06511
203-787-3513
Email: david.rosen@rosendolan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Forrest Lammiman
Lord Bissell & Brook
Harris Bank Bldg.
115 South Lasalle St.
Suites 2600-3600
Chicago, IL 60603
312-443-0700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Matthew S. Klepper
Lord Bissell & Brook
Harris Bank Bldg.
115 South Lasalle St.
Suites 2600-3600
Chicago, IL 60603
312-443-0700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Stephen Mark Pincus

5855 Bartlett Street
Pittsburgh, PA 15217
412-395-1271
*TERMINATED: 01/11/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Timothy Brink
Lord Bissell & Brook
Harris Bank Bldg.
115 South Lasalle St.
Suites 2600-3600
Chicago, IL 60603
312-443-0700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Timothy M. Maggio
Lord Bissell & Brook
Harris Bank Bldg.
115 South Lasalle St.
Suites 2600-3600
Chicago, IL 60603
312-443-0700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Vincent I. Holzhall
Lord Bissell & Brook
Harris Bank Bldg.
115 South Lasalle St.
Suites 2600-3600
Chicago, IL 60603
312-443-0700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Veterans Life Insurance Company          represented by  Brian J. Hays
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

David N. Rosen
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Forrest Lammiman
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Matthew S. Klepper
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

SDSD District Version 1.3 - Docket Report

Stephen Mark Pincus
(See above for address)
*TERMINATED: 01/11/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Timothy Brink
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Timothy M. Maggio
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Vincent I. Holzhall
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

Claimant
------------------------

James H. Timmins

Mary C. Timmins

Khan Abdul Hafeez

Robert T. Bennett

Robert J. Biddle

Gregory Wiktor

Tactical Aviation Svcs

RMI Investments

AWV Corp

Good Luck Corp

Judicial Investigation Agency

Carroll Fisher, *Ins Comm & Receiver Farmers*            represented by  Douglas S. Skalka
*& Ranchers Life Ins Co*                                                  (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

Keith Wenzel, *Receiver of International*                 represented by  Douglas S. Skalka
*Financial Services Life Ins Co*                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          Patrick A. McInerney

|  |  | Blackwell Sanders Peper Martin, LLP<br>2300 Main<br>Suite 1100<br>Kansas City, MO 64108<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| George Dale | represented by | Douglas S. Skalka<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | James A. Lenes<br>Neubert, Pepe & Monteith<br>195 Church St.<br>13th Floor<br>New Haven, CT 06510-2026<br>203-821-2000<br>Email: jal@npmlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Anne B. Pope, *Comm., Rec/Franklin Amer Life Ins Co* |  |  |
| Mike Pickens, *Receiver of Old Southwest Life Ins Co* | represented by | Douglas S. Skalka<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | James A. Lenes<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Bridget Kayser |  |  |
| Joseph Ghattie |  |  |

**Counter Defendant**
------------------------

|  |  |  |
|---|---|---|
| USA | represented by | David X. Sullivan<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | John H. Durham<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Filing Date | # | Docket Text |
|---|---|---|
| 12/30/1999 | 1 | Verified COMPLAINT for Forfeiture (Ruocco, M.) (Entered: 01/06/2000) |

| 12/30/1999 | | WARRANT for arrest of 1995 Mercedes Benz Vin # WDBEA34ESC225572 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of 1998 Mercedes Benz Vin # WDBJF70F4WA664478 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of 1999 Mercedes Benz Vin # WDBG157G7XA432096 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of 1999 Mercedes Benz Vin # WDBGA51G9XA430195 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of 1999 Mercedes Benz Vin # WDBJF65H4XA865206 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of 1999 Mercedes Benz Vin # WDBGA57G0XA426950 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of 1999 Mercedes Benz Vin # WDBGA57G1XA412183 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of 1998 BMW Vin # WBADE632XWBW62956 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of 1999 BMW Vin # WBAAM5337XFR02760 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of 1999 BMW Vin # WBAGG8333XDN74476 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of 1995 Chevrolet Vin # 1GNEK13K5SJ417234 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of 1995 Chevrolet Vin # 3GNEK18KXSG117604 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of 1999 Chevrolet Vin # 1GNEK13R0XJ446063 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of 1995 Chevrolet Vin 1G1JF12D8S7219638 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of 1998 Chevrolet Vin # 1G1JF12T0W7152692 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of 1998 Chevrolet Vin # 3G1JF5245WS845159 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of 1999 Volvo Vin # YV1LS55A0X1599258 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |

| | | |
|---|---|---|
| 12/30/1999 | | WARRANT for arrest of 1998 Infinity Vin # JNRAR05Y7WW025301 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of Lexus Vin # JT8BH68X0X0013961 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 12/30/1999 | | WARRANT for arrest of 1998 Volvo Vin # YV1LS5579W2506279 issued. Attested copies handed to counsel. (Ruocco, M.) (Entered: 01/06/2000) |
| 01/27/2000 | 2 | WARRANT of Arrest In Rem on one 1995 Turbo Commander Aircraft, 1998 Turbo Commander Aircraft, 1998 Chevrolet Cavalier Z24, 1995 Chevrolet Cavalier, 1999 Chevrolet Tahoe, 1995 Chevrolet Tahoe LS 1500, 1995 Chevrolet Tahoe, RETURNED on 1/14/00 (Warner, R.) Modified on 05/03/2000 (Entered: 05/02/2000) |
| 01/27/2000 | 3 | WARRANT of Arrest In Rem on a 1999 BMW 740i, 1999 BMW 328i, 1998 BMW 540i, 1998 Volvo S70, 1999 Volvo S70, 1998 Infinity QX4, Lexus GS400, RETURNED on 1/14/00 (Warner, R.) Modified on 05/03/2000 (Entered: 05/02/2000) |
| 01/27/2000 | 4 | WARRANT of Arrest In Rem on a 1999 Mercedes Bentz S600, 1999 Mercedes Benz S600, 1999 Mercedes Benz E320, 1999 Mercedes Benz S600, 1999 Mercedes Benz S600, 1998 Mercedes Benz E430, 1995 Mercedes Benz E420 RETURNED on 1/14/00 (Warner, R.) Modified on 05/03/2000 (Entered: 05/02/2000) |
| 02/15/2000 | 5 | CLAIM for property by Carroll Fisher (Former Employee) (Entered: 02/17/2000) |
| 02/15/2000 | 6 | CLAIM for property by Keith Wenzel, Receiver for International Financial Services Life Ins Co (Former Employee) (Entered: 02/17/2000) |
| 02/15/2000 | 7 | CLAIM for property by George Dale (Former Employee) (Entered: 02/17/2000) |
| 02/15/2000 | 8 | CLAIM for property by Anne B. Pope (Former Employee) (Entered: 02/17/2000) |
| 02/18/2000 | 9 | CLAIM for property by Mike Pickens (Former Employee) (Entered: 02/18/2000) |
| 02/22/2000 | 10 | ANSWER to Complaint by 1999 BMW (Former Employee) (Entered: 02/22/2000) |
| 02/23/2000 | 11 | MARSHAL'S return of service on Vertified Complaint of Forfeiture and 21 Warrants of Arrest in rem. executed as to 1995 Turbo Commander on 2/14/00 (Warner, R.) (Entered: 02/23/2000) |
| 03/06/2000 | 12 | ANSWER and Affirmative Defenses to Complaint by Carroll Fisher (Brown, S.) (Entered: 03/06/2000) |
| 03/06/2000 | 13 | COUNTERCLAIM and Answer by Anne B. Pope against USA Part 1 of 2 (Brown, S.) (Entered: 03/06/2000) |
| 03/06/2000 | 13 | ANSWER to Complaint and Counter-claim by Anne B. Pope Part 2 of 2 (Brown, S.) (Entered: 03/06/2000) |

| 03/06/2000 | 14 | ANSWER and Defenses to Complaint by George Dale, Mississippi Commissioner of Insurance (Inferrera, L.) (Entered: 03/07/2000) |
| 03/06/2000 | 15 | APPEARANCE of Attorney for George Dale -- James A. Lenes (Inferrera, L.) (Entered: 03/07/2000) |
| 03/06/2000 | 16 | ANSWER and Affirmative Defenses to Complaint by Keith Wenzel (Brown, S.) (Entered: 03/07/2000) |
| 03/09/2000 | 17 | APPEARANCE of Attorney for Mike Pickens -- James A. Lenes (Depino, F.) (Entered: 03/09/2000) |
| 03/09/2000 | 18 | ANSWER and Defenses to Complaint by Mike Pickens (Depino, F.) (Entered: 03/09/2000) |
| 03/21/2000 | 19 | SUPPLEMENTAL ANSWER to Complaint by Carroll Fisher (Former Employee) (Entered: 03/22/2000) |
| 03/27/2000 | 20 | AFFIDAVIT of Andrew Campbell by Anne B. Pope Re [8-1] claim (Former Employee) (Entered: 03/28/2000) |
| 04/17/2000 | 21 | WARRANT for arrest of property RETURNED on 4/6/00 (Former Employee) (Entered: 05/02/2000) |
| 04/17/2000 | 22 | WARRANT for arrest of property RETURNED on 3/8/00 (Former Employee) (Entered: 05/02/2000) |
| 05/01/2000 | 23 | WARRANT for arrest of property RETURNED on 3/2/00 (Former Employee) (Entered: 05/02/2000) |
| 05/01/2000 | 24 | WARRANT for arrest of property RETURNED on 3/2/00 (Former Employee) (Entered: 05/02/2000) |
| 05/08/2000 | 25 | WARRANT for arrest/release of property as to by Gregory Wiktor, Robert J. Biddle RETURNED on date:3/27/00. (Warner, R.) (Entered: 05/09/2000) |
| 05/08/2000 | 26 | Waiver of Service of Summons by Bridget Kayser signed on 5/1/00 (Warner, R.) Modified on 08/19/2003 (Entered: 05/09/2000) |
| 05/17/2000 | 27 | WARRANT for arrest of property by USA RETURNED on date: 2/23/00 (Former Employee) (Entered: 05/17/2000) |
| 05/17/2000 | 28 | WARRANT for arrest of property by USA RETURNED on date: 2/23/00 (Former Employee) (Entered: 05/17/2000) |
| 05/17/2000 | 29 | WARRANT for arrest of property by USA RETURNED on date: 2/23/00 (Former Employee) (Entered: 05/17/2000) |
| 05/17/2000 | 30 | WARRANT for arrest of property by USA RETURNED on date: 2/23/00 (Former Employee) (Entered: 05/17/2000) |

DSD District Version 1.3 - Docket Report

| | | |
|---|---|---|
| 05/30/2000 | 31 | APPEARANCE of Attorney for Peoples Benefit Life -- Stephen Pincus (Depino, F.) (Entered: 05/31/2000) |
| 05/30/2000 | 32 | MOTION by Peoples Benefit Life, Veterans Life to Intervene (Brief Due 6/20/00 ) (Depino, F.) (Entered: 05/31/2000) |
| 05/30/2000 | 33 | MEMORANDUM by Peoples Benefit Life, Veterans Life in support of [32-1] motion to Intervene (Depino, F.) (Entered: 05/31/2000) |
| 06/01/2000 | 34 | NOTICE of Corrected Certificate of Service by Peoples Benefit Life (Inferrera, L.) (Entered: 06/01/2000) |
| 06/02/2000 | 35 | APPEARANCE of Attorney for Peoples Benefit Life, Veterans Life -- David N. Rosen (Sherman, M.) (Entered: 06/05/2000) |
| 06/06/2000 | 36 | CERTIFICATE OF SERVICE of motion to intervene by Peoples Benefit Life, Veterans Life (Former Employee) (Entered: 06/14/2000) |
| 06/20/2000 | 37 | MOTION by Carroll Fisher, Keith Wenzel, George Dale, Anne B. Pope, Mike Pickens to Extend Time until 7/10/00 to file and serve a memorandum in oppostition to the motion to intervene (Sherman, M.) (Entered: 06/21/2000) |
| 06/22/2000 | | ENDORSEMENT granting [37-1] motion to Extend Time until 7/10/00 to file and serve a memorandum in oppostition to the motion to intervene, Brief Deadline set for 7/10/00 [32-1] motion to Intervene ( signed by Senior Judge Ellen Bree Burns ) (Former Employee) (Entered: 06/22/2000) |
| 06/26/2000 | 38 | MOTION by USA for Forrest B. Lammiman, Vincent I. Holzhall, Timothy Brink, Mathew S. Klepper, Timothy M. Maggio, and Brian J. Hays to Appear Pro Hac Vice (Pesta, J.) (Entered: 06/27/2000) |
| 06/28/2000 | | ENDORSEMENT [38-1] motion for Forrest B. Lammiman, Vincent I. Holzhall, Timothy Brink, Mathew S. Klepper, Timothy M. Maggio, and Brian J. Hays to Appear Pro Hac Vice ordered accordingly Forrest Lammiman, Vincent Holzhall, Timothy Brink, Matthew Klepper ( signed by Clerk ) (Montz, A.) (Entered: 06/28/2000) |
| 07/10/2000 | 39 | MEMORANDUM by Carroll Fisher, Keith Wenzel, George Dale, Anne B. Pope, Mike Pickens in opposition to [32-1] motion to Intervene by Veterans Life, Peoples Benefit Life (Villano, P.) (Entered: 07/10/2000) |
| 07/10/2000 | 40 | Appendix by Carroll Fisher, Keith Wenzel, George Dale, Anne B. Pope, Mike Pickens to [32-1] motion to Intervene by Veterans Life, Peoples Benefit Life (Villano, P.) (Entered: 07/10/2000) |
| 07/25/2000 | 41 | MOTION by Peoples Benefit Life, Veterans Life for Leave to File reply brief in excess of 10 pages (Former Employee) (Entered: 07/25/2000) |
| 07/25/2000 | 42 | REPLY by Peoples Benefit Life, Veterans Life to response to [32-1] motion to Intervene by Veterans Life, Peoples Benefit Life (Villano, P.) (Entered: 07/26/2000) |
| 07/26/2000 | | ENDORSEMENT granting [41-1] motion for Leave to File reply brief in excess of 10 |

DSD District Version 1.3 - Docket Report

| | | |
|---|---|---|
| | | pages ( signed by Senior Judge Ellen Bree Burns ) (Sanders, C.) (Entered: 07/26/2000) |
| 07/27/2000 | 43 | MOTION by Peoples Benefit Life, Veterans Life for Stephen M. Pincus to Withdraw as Attorney (Sherman, M.) (Entered: 07/28/2000) |
| 08/14/2000 | 44 | APPEARANCE of Attorney for Peoples Benefit Life, Veterans Life -- Forrest B. Lammiman, Timothy Brink, Timothy M. Maggio, Brian I. Hayes (Pesta, J.) (Entered: 08/14/2000) |
| 08/17/2000 | 45 | MOTION by Keith Wenzel for Linda Zabriskie to Withdraw as Attorney (Brown, S.) (Entered: 08/17/2000) |
| 10/31/2000 | 46 | RULING denying [32-1] motion to Intervene (see ruling for details) ( signed by Senior Judge Ellen Bree Burns ) 5 Page(s) (Ruocco, M.) (Entered: 11/01/2000) |
| 11/22/2000 | 47 | MOTION by Keith Wenzel for Patrick A. McInerney to Appear Pro Hac Vice (Pesta, J.) (Entered: 11/27/2000) |
| 11/27/2000 | | ENDORSEMENT [47-1] motion for Patrick A. McInerney to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Pesta, J.) (Entered: 11/27/2000) |
| 11/29/2000 | 48 | NOTICE OF APPEAL of [46-1] order by Peoples Benefit Life, Veterans Life FILING FEE $ 105.00 RECEIPT # B001226 Certified Copy of Appeal and Docket mailed to USCA (Warren, C.) (Entered: 11/29/2000) |
| 12/12/2000 | | INDEX to Record on Appeal mailed to USCA: [48-1] appeal by Veterans Life, Peoples Benefit Life (Basile, F.) (Entered: 12/13/2000) |
| 12/26/2000 | 49 | ACKNOWLEDGED receipt of Index to Record on Appeal at USCA on 12/15/00 received re: [48-1] appeal by Veterans Life, Peoples Benefit Life USCA Number: 00-6361 (Ruocco, M.) (Entered: 01/02/2001) |
| 01/11/2001 | 50 | ORDER granting nunc pro tunc [45-1] motion for Linda Zabriskie to Withdraw as Attorney (Terminated attorney Stephen Mark Pincus for Veterans Life, attorney Stephen Mark Pincus for Peoples Benefit Life, granting [43-1] motion for Stephen M. Pincus to Withdraw as Attorney (signed by Senior Judge Ellen Bree Burns ) (Basile, F.) (Entered: 01/11/2001) |
| 01/26/2001 | 51 | MOTION by USA for Order of Interlocutory Sale (Brief Due 2/16/01 ) (Ruocco, M.) (Entered: 01/29/2001) |
| 01/26/2001 | 52 | MEMORANDUM by USA in support of [51-1] motion for Order of Interlocutory Sale (Ruocco, M.) (Entered: 01/29/2001) |
| 01/26/2001 | 53 | AFFIDAVIT of Kevin R. Mischke Re [51-1] motion for Order of Interlocutory Sale by USA (Ruocco, M.) (Entered: 01/29/2001) |
| 01/31/2001 | | ENDORSEMENT granting [51-1] motion for Order of Interlocutory Sale ( signed by Senior Judge Ellen Bree Burns ) (Ruocco, M.) (Entered: 02/01/2001) |

| 01/31/2001 | 54 | ORDER FOR INTERLOCUTORY SALE ( signed by Senior Judge Ellen Bree Burns ) (Ruocco, M.) (Entered: 02/01/2001) |
| 02/06/2001 | 55 | Scheduling Order from USCA regarding [48-1] appeal by Veterans Life, Peoples Benefit Life USCA Number: 00-6361 (Basile, F.) (Entered: 02/06/2001) |
| 05/07/2003 | 56 | APPEARANCE of Attorney for USA -- Julie G. Turbert (Warner, R.) (Entered: 05/08/2003) |
| 06/10/2003 | 57 | MOTION by USA for Entry of Default as to James H. Timmins, Mary C. Timmins, Robert T. Bennett, Robert J. Biddle, Gregory Wiktor, Tactical Aviation, RMI Investments, AWV Corp, Good Luck Corp, Judicial, Peoples Benefit Life, Veterans Life (Falcone, K.) (Entered: 06/10/2003) |
| 06/10/2003 | 58 | Declaration in support of Default as to James H. Timmins, Mary C. Timmins, Robert T. Bennett, Robert J. Biddle, Gregory Wiktor, Tactical Aviation, RMI Investments, AWV Corp, Good Luck Corp, Judicial, Peoples Benefit Life, Veterans Life by counter-defendantby plaintiff (Falcone, K.) Modified on 06/10/2003 (Entered: 06/10/2003) |
| 06/18/2003 | 59 | MOTION by USA to Withdraw [57-1] motion for Entry of Default as to Peoples Benefit Life, Veterans Life (Warner, R.) Modified on 06/18/2003 (Entered: 06/18/2003) |
| 08/13/2003 |  | ENDORSEMENT granting [59-1] motion to Withdraw [57-1] motion for Entry of Default as to Peoples Benefit Life, Veterans Life ( signed by Senior Judge Ellen Bree Burns ) (Rodko, R.) (Entered: 08/14/2003) |
| 08/14/2003 |  | ENDORSEMENT granting [57-1] motion for Entry of Default as to James H. Timmins, Mary C. Timmins, Robert T. Bennett, Robert J. Biddle, Gregory Wiktor, Tactical Aviation, RMI Investments, AWV Corp, Good Luck Corp, Judicial, Peoples Benefit Life, Veterans Life Default entered as to James H. Timmins, Mary C. Timmins, RMI Investments, AWV Corp, Good Luck Corp, Judicial, Robert T. Bennett, Robert J. Biddle, Gregory Wiktor Filing of Motion for Default Judgment by 9/13/03 for James H. Timmins, for Mary C. Timmins, for RMI Investments, for AWV Corp, for Good Luck Corp, for Judicial, for Robert T. Bennett, for Robert J. Biddle, for Gregory Wiktor . ( Signed by Clerk ) (Rodko, R.) (Entered: 08/14/2003) |
| 09/18/2003 |  | ENDORSEMENT vacating default order re: [57-1] motion for Entry of Default as to Joseph Ghattie only as to whom no proof of service has been filed ( signed by Senior Judge Ellen Bree Burns ) (Ruocco, M.) (Entered: 09/18/2003) |
| 11/03/2003 | 61 | MOTION for Default Entry 55(a) against Joseph Ghattie by USA. (Attachments: # 1 Declaration in Support) (Ruocco, M.) (Entered: 12/02/2003) |
| 11/28/2003 | 60 | Verified Complaint of Forfeiture and 21 WARRANTs of Arrest in Rem Returned Executed as to Joseph Ghattie on 10/4/03. (Inferrera, L.) (Entered: 12/02/2003) |
| 12/02/2003 | 62 | Endorsement ORDER entered Default Joseph Ghattie 61 Motion for Default Entry 55 (a) . Signed by Clerk on 12/2/03. (Warner, R.) (Entered: 12/03/2003) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/04/2004 14:05:32 | | | |
| PACER Login: | cc0663 | Client Code: | 1968-2 |
| Description: | Docket Report | Case Number: | 3:99-cv-02590-EBB |
| Billable Pages: | 7 | Cost: | 0.49 |

**U.S. District Court**
**District of Connecticut (New Haven)**
**CIVIL DOCKET FOR CASE #: 3:00-cv-00247-EBB**

USA v. 1303 Signal Point Rd
Assigned to: Judge Ellen Bree Burns
Referred to:                                          Date Filed: 02/04/00
Demand: $0                                            Jury Demand: None
Lead Docket: None                                     Nature of Suit: 690 Forfeit/Penalty: Other
Related Cases: None                                   Jurisdiction: U.S. Government Plaintiff
Case in other court: None
Cause: No cause code entered

**Plaintiff**
-----------------------

USA                                    represented by   David X. Sullivan
                                                        U.S. Attorney's Office-NH
                                                        157 Church St., 23rd floor
                                                        PO Box 1824
                                                        New Haven, CT 06510
                                                        203-821-3700
                                                        Fax : 203-773-5376
                                                        Email: David.Sullivan@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        John B. Hughes
                                                        U.S. Attorney's Office-NH
                                                        157 Church St., 23rd floor
                                                        PO Box 1824
                                                        New Haven, CT 06510
                                                        203-821-3802
                                                        Fax : 203-773-5373
                                                        Email: john.hughes@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

Property, Parcel of, 1303 Signal Point Rd,
Guntersville, AL

**Claimant**
-----------------------

John A. Hackney

Ann V. Hackney

George Dale                            represented by
                                                        Douglas S. Skalka
                                                        Neubert, Pepe & Monteith



|  | 195 Church St.<br>13th Floor<br>New Haven, CT 06510-2026<br>203-821-2000<br>Email: dss@npmlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|

**Carroll Fisher,** *Ins Comm & Receiver Farmers & Rancers Life Ins Co*

**Anne B. Pope,** *Comm., Rec/Franklin Amer Life Ins Co*

| **Keith Wenzel** | represented by | James A. Lenes<br>Neubert, Pepe & Monteith<br>195 Church St.<br>13th Floor<br>New Haven, CT 06510-2026<br>203-821-2000<br>Email: jal@npmlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Mike Pickens,** *Mike Pickens, Receiver of Old Southwest Life Insurance Company* | represented by | James A. Lenes<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **First Natl Life Ins Co of Amer** | represented by | Douglas S. Skalka<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Franklin Protective Life Insurance Company** | represented by | Douglas S. Skalka<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Family Guaranty Life Insurance Company** | represented by | Douglas S. Skalka<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Defendant**
------------------------

| **USA** | represented by | David X. Sullivan<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>John B. Hughes<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

SDSD District Version 1.3 - Docket Report                                    Page 3 of 4

| Filing Date | # | Docket Text |
|---|---|---|
| 02/04/2000 | 1 | Verified COMPLAINT for Forfeiture (Ruocco, M.) (Entered: 02/07/2000) |
| 02/04/2000 | 2 | LIS PENDENS by USA. True attested copies handed to counsel. (Ruocco, M.) (Entered: 02/07/2000) |
| 02/11/2000 | 3 | ORDER TO SHOW CAUSE issued Re: In Rem Warrant of Arrest. Hearing set for 3/10/00 at 10:00 a.m. ( signed by Senior Judge Ellen Bree Burns ) (Ruocco, M.) (Entered: 02/11/2000) |
| 02/15/2000 | 4 | ACKNOWLEDGEMENT Of Service on 2/09/00 as to John A. Hackney, Ann V. Hackney (Warner, R.) (Entered: 02/15/2000) |
| 02/23/2000 | 5 | STIPULATION regarding probable cause by USA, 1303 Signal Point Rd (Depino, F.) (Entered: 02/23/2000) |
| 02/24/2000 | | WARRANT for arrest of property issued. Attested copies handed to counsel. (Depino, F.) (Entered: 02/24/2000) |
| 03/08/2000 | 6 | CLAIM for property by George Dale, Mississippi Commissioner of Insurance (Brown, S.) (Entered: 03/08/2000) |
| 03/09/2000 | 7 | CLAIM for property by Carroll Fisher (Depino, F.) (Entered: 03/09/2000) |
| 03/09/2000 | 8 | CLAIM for property by Anne B. Pope (Depino, F.) (Entered: 03/09/2000) |
| 03/10/2000 | 9 | CLAIM for property by Keith Wenzel (Depino, F.) (Entered: 03/10/2000) |
| 03/10/2000 | 10 | APPEARANCE of Attorney for Keith Wenzel -- James Lenes (Depino, F.) (Entered: 03/10/2000) |
| 03/13/2000 | 11 | CLAIM for property by Mike Pickens (Depino, F.) (Entered: 03/13/2000) |
| 03/21/2000 | 12 | ANSWER and Defenses to Complaint by First National Life, Franklin Protective, Family Guaranty Life and COUNTERCLAIM by First National Life, Franklin Protective, Family Guaranty Life against USA PART 1 OF 2 (Depino, F.) (Entered: 03/22/2000) |
| 03/21/2000 | 12 | ANSWER and Defenses to Complaint by First National Life, Franklin Protective, Family Guaranty Life and COUNTERCLAIM by First National Life, Franklin Protective, Family Guaranty Life against USA PART 2 OF 2 (Depino, F.) (Entered: 03/22/2000) |
| 03/22/2000 | 13 | ANSWER and Affirmative Defenses to Complaint by Keith Wenzel (Brown, S.) (Entered: 03/22/2000) |
| 03/27/2000 | 14 | ANSWER and Defenses to Complaint by Anne B. Pope and CONTERCLAIM by Anne B. Pope against USA PART 1 OF 2 (Depino, F.) Modified on 03/27/2000 (Entered: 03/27/2000) |
| 03/27/2000 | 14 | ANSWER and Defenses to Complaint by Anne B. Pope and COUNTERCLAIM by Anne |

| | | |
|---|---|---|
| | | B. Pope against USA PART 2 OF 2 (Depino, F.) (Entered: 03/27/2000) |
| 03/27/2000 | 15 | AFFIDAVIT of Andrew Campbell by Anne B. Pope Re [14-1] counter claim by Anne B. Pope, [14-1] answer by Anne B. Pope (Depino, F.) Modified on 03/27/2000 (Entered: 03/27/2000) |
| 03/29/2000 | 16 | ANSWER and AFFIRMATIVE DEFENSES to Verified Complaint for Forfeiture by Mike Pickens (Former Employee) Modified on 03/29/2000 (Entered: 03/29/2000) |
| 04/13/2000 | 17 | Return of Service on Warrant of Arrest In Rem as to 1303 Signal Point Rd, John A. Hackney, Ann V. Hackney (Warner, R.) (Entered: 04/14/2000) |
| 01/31/2001 | 18 | MOTION by USA to Dismiss (Brief Due 2/21/01 ) (Depino, F.) (Entered: 02/01/2001) |
| 03/14/2001 | | ENDORSEMENT granting [18-1] motion to Dismiss ( signed by Senior Judge Ellen Bree Burns ) (Depino, F.) (Entered: 03/15/2001) |
| 03/14/2001 | | Case closed (Depino, F.) (Entered: 03/20/2001) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/04/2004 14:06:09 | | | |
| PACER Login: | cc0663 | Client Code: | 1968-2 |
| Description: | Docket Report | Case Number: | 3:00-cv-00247-EBB |
| Billable Pages: | 2 | Cost: | 0.14 |

## U.S. District Court
### District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:00-cv-02009-EBB

USA v. $665,626.36, et al
Assigned to: Judge Ellen Bree Burns
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: No cause code entered

Date Filed: 10/17/00
Jury Demand: None
Nature of Suit: 690 Forfeit/Penalty: Other
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**
------------------------

USA

represented by David X. Sullivan
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203-821-3700
Fax : 203-773-5376
Email: David.Sullivan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

John B. Hughes
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203-821-3802
Fax : 203-773-5373
Email: john.hughes@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Julie G. Turbert
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203-821-3700x3104
Fax : 203-773-5373
Email: Julie.Turbert@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
------------------------

Currency, US, $665,626.36

*TERMINATED: 04/26/2001*

Currency, US, $146,626.36
*TERMINATED: 04/26/2001*

Currency, US, $146,000.00

$662,310.79

$3,315.57

$185,000.00

**Claimant**
------------------------

Franklin Credit Svcs, Inc
*TERMINATED: 08/22/2003*

| | | |
|---|---|---|
| Carroll Fisher, *Ins Comm & Receive Farmers & Ranchers Life Ins Co* | represented by | Douglas S. Skalka<br>Neubert, Pepe & Monteith<br>195 Church St.<br>13th Floor<br>New Haven, CT 06510-2026<br>203-821-2000<br>Email: dss@npmlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | Susan B. Loving<br>Lester Loving & Davies, P.C.<br>1701 South Kelly<br>Edmond, OK 73013<br>405-844-9900<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Keith Wenzel, *Keith Wenzel Liquidator of International Financial Services Life Insurance Company* | represented by | Douglas J. Schmidt<br>Blackwell Sanders Peper Martin, LLP<br>2300 Main<br>Suite 1100<br>Kansas City, MO 64108<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | Douglas S. Skalka<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | Patrick A. McInerney<br>Blackwell Sanders Peper Martin, LLP<br>2300 Main<br>Suite 1100<br>Kansas City, MO 64108<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

|  |  |  |
|---|---|---|
|  |  | Terrance Summers<br>Blackwell Sanders Peper Martin, LLP<br>2300 Main<br>Suite 1100<br>Kansas City, MO 64108<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Anne B. Pope, *Comm., Rec/Franklin Amer Life Ins Co* | represented by | Andrew B. Campbell<br>Wyatt, Tarrant & Combs<br>2525 W. End Ave.<br>Suite 1500<br>Nashville, TN 37203<br>615-244-0020<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | Douglas S. Skalka<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| George Dale | represented by | Douglas S. Skalka<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | Robert C. Richardson<br>Copeland, Cook, Taylor & Bush<br>200 Coucourse<br>1062 Highland Colony Parkway<br>Suite 200<br>Ridgeland, MS 39157<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Mike Pickens, *Mike Pickens Receiver of Old Southwest Life Insurance Company* | represented by | Douglas S. Skalka<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Internation Financial Services Life Insurance Company | represented by | Douglas S. Skalka<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Mike Mike Pickens, Receiver of Old Southwest Life Insurance Company | represented by | Douglas S. Skalka<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Defendant**
------------------------

|  |  |  |
|---|---|---|
| USA | represented by | David X. Sullivan<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**John B. Hughes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 10/17/2000 | 1 | Verified COMPLAINT of Forfeiture (Lopez, B.) (Entered: 10/18/2000) |
| 10/18/2000 | | WARRANT OF ARREST IN REM for arrest of property issued. Attested copies handed to counsel. (Lopez, B.) (Entered: 10/18/2000) |
| 10/18/2000 | | WARRANT OF ARREST IN REM for arrest of property issued. Attested copies handed to counsel. (Lopez, B.) (Entered: 10/18/2000) |
| 10/23/2000 | | WARRANT for arrest of in rem issued as to $146,000.00. Attested copies handed to counsel. (Inferrera, L.) Modified on 10/23/2000 (Entered: 10/23/2000) |
| 11/01/2000 | 2 | Return of Service on Warrant of Arrest in rem as to $146,626.36 (Pesta, J.) (Entered: 11/01/2000) |
| 11/01/2000 | 3 | Return of Service on Warrant of Arrest in rem as to $665,626.36 (Pesta, J.) (Entered: 11/01/2000) |
| 11/06/2000 | 4 | CLAIM for property by Carroll Fisher (Depino, F.) (Entered: 11/07/2000) |
| 11/08/2000 | 5 | Waiver of Service of Summons as to Franklin Credit Svcs signed on 10/30/00 (Warner, R.) (Entered: 11/09/2000) |
| 11/08/2000 | 6 | CLAIM for property by Keith Wenzel (Depino, F.) (Entered: 11/09/2000) |
| 11/08/2000 | 7 | CLAIM for property by Anne B. Pope (Depino, F.) (Entered: 11/09/2000) |
| 11/08/2000 | 8 | CLAIM for property by George Dale (Depino, F.) (Entered: 11/09/2000) |
| 11/08/2000 | 9 | CLAIM for property by Mike Pickens (Depino, F.) (Entered: 11/09/2000) |
| 11/16/2000 | 10 | ANSWER, Affirmative Defenses, Claim in Rem and Counterclaim to Complaint by Carroll Fisher Part 1 of 2 (Brown, S.) Modified on 11/17/2000 (Entered: 11/17/2000) |
| 11/16/2000 | 10 | COUNTERCLAIM, Claim in Rem, Answer and Affirmative Defenses to Complaint by Carroll Fisher against USA Part 2 of 2 (Brown, S.) Modified on 11/17/2000 (Entered: 11/17/2000) |
| 11/22/2000 | 11 | MOTION by Keith Wenzel for Terrance Summers to Appear Pro Hac Vice (Pesta, J.) (Entered: 11/27/2000) |

| 11/22/2000 | 12 | MOTION by Keith Wenzel for Douglas J. Schmidt to Appear Pro Hac Vice (Pesta, J.) (Entered: 11/27/2000) |
| 11/22/2000 | 13 | MOTION by Keith Wenzel for Patrick McInerney to Appear Pro Hac Vice (Pesta, J.) (Entered: 11/27/2000) |
| 11/27/2000 | | ENDORSEMENT [13-1] motion for Patrick McInerney to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Pesta, J.) (Entered: 11/27/2000) |
| 11/27/2000 | | ENDORSEMENT [12-1] motion for Douglas J. Schmidt to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Pesta, J.) (Entered: 11/27/2000) |
| 11/27/2000 | | ENDORSEMENT [11-1] motion for Terrance Summers to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Pesta, J.) (Entered: 11/27/2000) |
| 11/27/2000 | 15 | ANSWER and Defenses to Complaint; Claim in Rem; Counterclaim for Title and Possession by George Dale Part 1 of 3 (Brown, S.) (Entered: 12/04/2000) |
| 11/27/2000 | 15 | COUNTERCLAIM for Title and Possession against USA; Claim in Rem; Answer and Defenses to Complaint by George Dale Part 2 of 2 (Brown, S.) (Entered: 12/04/2000) |
| 11/27/2000 | 15 | CLAIM in Rem for property; Counterclaim for Title and Possession; Answer and Defenses to Complaint by George Dale Part 3 of 3 (Brown, S.) (Entered: 12/04/2000) |
| 11/27/2000 | 16 | ANSWER and Defenses to Complaint; Counterclaim for Title and Possession by Keith Wenzel Part 1 of 2 (Brown, S.) Modified on 12/04/2000 (Entered: 12/04/2000) |
| 11/27/2000 | 16 | COUNTERCLAIM for Title and Possession by Keith Wenzel against USA; Answer and Defenses to Complaint Part 2 of 2 (Brown, S.) (Entered: 12/04/2000) |
| 11/27/2000 | 17 | ANSWER and Defenses to Complaint; Counterclaim by Anne B. Pope Part 1 of 2 (Brown, S.) (Entered: 12/04/2000) |
| 11/27/2000 | 17 | COUNTERCLAIM against USA; Answer and Defenses by Anne B. Pope Part 2 of 2 (Brown, S.) (Entered: 12/04/2000) |
| 11/28/2000 | 18 | ANSWER and Defenses to Complaint by Mike Pickens (Brown, S.) (Entered: 12/04/2000) |
| 11/29/2000 | 14 | MOTION by Carroll Fisher for Susan B. Loving to Appear Pro Hac Vice (Pesta, J.) (Entered: 11/30/2000) |
| 11/30/2000 | | ENDORSEMENT [14-1] motion for Susan B. Loving to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Pesta, J.) (Entered: 11/30/2000) |
| 12/14/2000 | 19 | APPEARANCE of Attorney for Keith Wenzel -- Patrick McInerney (Depino, F.) (Entered: 12/14/2000) |
| | | |

| 12/15/2000 | 20 | APPEARANCE of Attorney for Carroll Fisher -- Susan B. Loving (Warner, R.) (Entered: 12/18/2000) |
| 12/18/2000 | 21 | APPEARANCE of Attorney for Keith Wenzel - Terrance Summers - (Torday, B.) (Entered: 12/19/2000) |
| 12/18/2000 | 22 | APPEARANCE of Attorney for Keith Wenzel - Douglas J. Schmidt- (Torday, B.) (Entered: 12/19/2000) |
| 12/21/2000 | 23 | MOTION by Anne B. Pope for Andrew B. Campbell to Appear Pro Hac Vice (Warner, R.) (Entered: 12/22/2000) |
| 12/22/2000 | | ENDORSEMENT [23-1] motion for Andrew B. Campbell to Appear Pro Hac Vice ordered accordingly Andrew B. Campbell ( signed by Clerk ) (Warner, R.) (Entered: 12/22/2000) |
| 01/10/2001 | 24 | MOTION by George Dale for Robert C. Richardson to Appear Pro Hac Vice (Warner, R.) (Entered: 01/11/2001) |
| 01/11/2001 | | ENDORSEMENT [24-1] motion for Robert C. Richardson to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Warner, R.) (Entered: 01/11/2001) |
| 04/25/2001 | 25 | MOTION by USA to Change Case caption , and to Amend [1-1] modifier complaint (Brief Due 5/16/01 ) (Depino, F.) (Entered: 04/25/2001) |
| 04/26/2001 | | ENDORSEMENT granting [25-1] motion to Change Case caption, granting [25-2] motion to Amend [1-1] modifier complaint ( signed by Senior Judge Ellen Bree Burns ) (Brown, S.) (Entered: 04/26/2001) |
| 04/26/2001 | 26 | AMENDED Verified COMPLAINT of Forfeiture by USA adding $146,000.00, 662,310.79, $3,315.57, $185,000.00 amending [1-1] modifier complaint (Brown, S.) (Entered: 04/26/2001) |
| 04/26/2001 | | WARRANT for arrest of property issued. Attested copies handed to counsel. (Brown, S.) (Entered: 04/26/2001) |
| 04/26/2001 | | WARRANT for arrest of property issued. Attested copies handed to counsel. (Brown, S.) (Entered: 04/26/2001) |
| 04/26/2001 | | WARRANT for arrest of property issued. Attested copies handed to counsel. (Brown, S.) (Entered: 04/26/2001) |
| 04/26/2001 | | WARRANT for arrest of property issued. Attested copies handed to counsel. (Brown, S.) (Entered: 04/26/2001) |
| 05/09/2001 | 27 | CLAIM for property by Anne B. Pope (Depino, F.) (Entered: 05/09/2001) |
| 05/10/2001 | 28 | CLAIM for property by International Financ (Depino, F.) (Entered: 05/10/2001) |
| 05/10/2001 | 29 | CLAIM for property by Mike Pickens (Depino, F.) (Entered: 05/10/2001) |

| 05/10/2001 | 30 | CLAIM for property by Carroll Fisher (Depino, F.) (Entered: 05/10/2001) |
| 05/10/2001 | 31 | CLAIM for property by George Dale (Depino, F.) (Entered: 05/10/2001) |
| 05/21/2001 | 33 | ANSWER and Defenses to Complaint by Franklin Credit Svcs, George Dale (Depino, F.) (Entered: 05/23/2001) |
| 05/22/2001 | 32 | ANSWER by Carroll Fisher to amended complaint (Basile, F.) (Entered: 05/22/2001) |
| 05/23/2001 | 34 | WARRANT for arrest of property by USA RETURNED on date: 5/16/01 (Pesta, J.) (Entered: 05/23/2001) |
| 05/25/2001 | 35 | ANSWER and Affirmative Defense to Amended Verified Complaint by Mike Pickens (Depino, F.) (Entered: 05/29/2001) |
| 05/25/2001 | 36 | ANSWER and Affirmative Defenses to Complaint and COUNTERCLAIM by Anne B. Pope against USA PART 1 OF 2 (Depino, F.) Modified on 05/29/2001 (Entered: 05/29/2001) |
| 05/25/2001 | 36 | ANSWER and Affirmative Defenses to Complaint and COUNTERCLAIM by Anne B. Pope against USA PART 2 of 2 (Depino, F.) (Entered: 05/29/2001) |
| 05/07/2003 | 37 | APPEARANCE of Attorney for USA -- Julie G. Turbert (Villano, P.) (Entered: 05/07/2003) |
| 05/22/2003 | 38 | MOTION by USA for Entry of Default as to Franklin Credit Svcs, $146,000.00, $662,310.79, $3,315.57, $185,000.00, Mike Pope (Villano, P.) (Entered: 05/22/2003) |
| 05/22/2003 | 39 | AFFIDAVIT of Julie G. Turpert, AUSA by USA Re [38-1] motion for Entry of Default as to Franklin Credit Svcs, $146,000.00, $662,310.79, $3,315.57, $185,000.00, Mike Pope by counter-defendantby plaintiff (Villano, P.) (Entered: 05/22/2003) |
| 08/13/2003 | | ENDORSEMENT granting [38-1] motion for Entry of Default as to Franklin Credit Svcs, $146,000.00, $662,310.79, $3,315.57, $185,000.00, Mike Pope Default entered as to Franklin Credit Svcs, $146,000.00, $662,310.79, $3,315.57, $185,000.00, Mike Pope Filing of Motion for Default Judgment by 9/12/03 for Franklin Credit Svcs, for $146,000.00, for $662,310.79, for $3,315.57, for $185,000.00, for Mike Pope . ( Signed by Clerk ) (Villano, P.) (Entered: 08/13/2003) |
| 08/20/2003 | 40 | MOTION by USA for Entry of Default as to Franklin Credit Svcs (Villano, P.) (Entered: 08/21/2003) |
| 08/22/2003 | | ENDORSEMENT granting [40-1] motion for Entry of Default as to Franklin Credit Svcs Default entered as to Franklin Credit Svcs . ( Signed by Senior Judge Ellen Bree Burns ) (Villano, P.) (Entered: 08/25/2003) |
| 08/22/2003 | 41 | DEFAULT JUDGMENT against Franklin Credit Services, Inc. ( signed by Senior Judge Ellen Bree Burns ) (Villano, P.) (Entered: 08/25/2003) |

| | | |
|---|---|---|
| 05/12/2004 | 42 | MOTION to Amend [26] Amended Verified Complaint of Forfeiture and Add in Rem Defendant to Case Caption, by USA.Responses due by 6/2/2004 (Villano, P.) (Entered: 05/17/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/04/2004 14:10:49 | | | |
| PACER Login: | cc0663 | Client Code: | 1968-2 |
| Description: | Docket Report | Case Number: | 3:00-cv-02009-EBB |
| Billable Pages: | 4 | Cost: | 0.28 |