DSD District Version 1.3 - Docket Report                                    Page 1 of 6

**U.S. District Court**
**District of Connecticut (New Haven)**
**CIVIL DOCKET FOR CASE #: 3:01-cv-01515-EBB**

USA v. $29,035,500.00, et al
Assigned to: Judge Ellen Bree Burns
Referred to:
Demand: $32000000
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: No cause code entered

Date Filed: 08/14/01
Jury Demand: Defendant
Nature of Suit: 690 Forfeit/Penalty: Other
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**
-------------------------

USA

represented by **David X. Sullivan**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203-821-3700
Fax : 203-773-5376
Email: David.Sullivan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John B. Hughes**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203-821-3802
Fax : 203-773-5373
Email: john.hughes@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie G. Turbert**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203-821-3700x3104
Fax : 203-773-5373
Email: Julie.Turbert@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-------------------------

Currency, US, $29,035,500.00



Currency, US, $3,241,500.00


Claimant
------------------------

Bloomfield Investments Ltd.

Devonshire Tech, Ltd

Ann B Pope, *receiver and liquidator Franklin*          represented by    Andrew B. Campbell
*American Life Insurance Company*                                         Wyatt, Tarrant & Combs
                                                                          2525 W. End Ave.
                                                                          Suite 1500
                                                                          Nashville, TN 37203
                                                                          615-244-0020
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          James A. Lenes
                                                                          Neubert, Pepe & Monteith
                                                                          195 Church St.
                                                                          13th Floor
                                                                          New Haven, CT 06510-2026
                                                                          203-821-2000
                                                                          Email: jal@npmlaw.com
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

Scott B. Lakin, *Liquidator for International*          represented by    Douglas J. Schmidt
*Financial Services Life Insurance Company*                               Blackwell Sanders Peper Martin, LLP
                                                                          2300 Main
                                                                          Suite 1100
                                                                          Kansas City, MO 64108
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          James A. Lenes
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          Patrick A. McInerney
                                                                          Blackwell Sanders Peper Martin, LLP
                                                                          2300 Main
                                                                          Suite 1100
                                                                          Kansas City, MO 64108
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

Mike Pickens, *Receiver, Old Southwest Life*            represented by    James A. Lenes
*Insurance Co*                                                            (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

George Dale, *Mississippi Commissioner of*             represented by
*Insurance as Liquidator of First National Life*                          Douglas S. Skalka
*Insurance Co of America, Franklin Protective*                            Neubert, Pepe & Monteith
                                                                          195 Church St.

*Life Insurance Co and Family Guaranty Life Insurance Co*

13th Floor
New Haven, CT 06510-2026
203-821-2000
Email: dss@npmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carroll Fisher,** *Insurance Commissioner, as Receiver of Farmers and Ranchers Life Insurance Co*

represented by James A. Lenes
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Huff Cook, Inc**

represented by David N. Rosen
Rosen & Dolan, P.C.
400 Orange St
New Haven, CT 06511
203-787-3513
Email: david.rosen@rosendolan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Settlers Life Ins Co**

represented by David N. Rosen
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peoples Benefit Life Insurance Co**

represented by David N. Rosen
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Veterans Life Ins Co**

represented by David N. Rosen
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keith Wenzel**

represented by Douglas J. Schmidt
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Douglas S. Skalka
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Patrick A. McInerney
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**
------------------------

**USA**

represented by David X. Sullivan
(See above for address)
*LEAD ATTORNEY*

DSD District Version 1.3 - Docket Report                                    Page 4 of 6

*ATTORNEY TO BE NOTICED*

**John B. Hughes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie G. Turbert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 08/14/2001 | 1 | Verified COMPLAINT of Forfeiture (Pesta, J.) (Entered: 08/14/2001) |
| 08/14/2001 |  | WARRANT for arrest of property issued. Attested copies handed to counsel. (Pesta, J.) (Entered: 08/14/2001) |
| 08/27/2001 | 2 | CLAIM for property by Ann B Pope (Sherman, M.) (Entered: 08/28/2001) |
| 08/27/2001 | 3 | CLAIM for property by Scott B. Lakin (Sherman, M.) (Entered: 08/28/2001) |
| 08/31/2001 | 4 | WARRANT for arrest of property RETURNED on date: 8/28/01 (Ruocco, M.) (Entered: 08/31/2001) |
| 08/31/2001 | 5 | ANSWER to Verified Complaint of forfeiture by Mike Pickens (Inferrera, L.) (Entered: 09/04/2001) |
| 08/31/2001 | 6 | CLAIM for property by Mike Pickens (Inferrera, L.) (Entered: 09/04/2001) |
| 08/31/2001 | 8 | CLAIM for property by Carroll Fisher (Inferrera, L.) (Entered: 09/04/2001) |
| 09/04/2001 | 7 | Verified Statement Indentifying Interest in and right to Defendant Properties by George Dale (Inferrera, L.) (Entered: 09/04/2001) |
| 09/04/2001 | 9 | MOTION by Ann B Pope for Andrew B. Campbell to Appear Pro Hac Vice (Warner, R.) (Entered: 09/05/2001) |
| 09/04/2001 | 10 | ANSWER, Affirmative Defenses to Complaint & Claim, Counterclaim by Ann B Pope (Part 1 of 3) (Lopez, B.) (Entered: 09/05/2001) |
| 09/04/2001 | 10 | Answer & Affirmative Defenses to Complaint, Claim, COUNTERCLAIM by Ann B. Pope against USA (Part 2 of 3) (Lopez, B.) (Entered: 09/05/2001) |
| 09/04/2001 | 10 | Answer & Affirmative Defenses to Complaint, Counterclaim, CLAIM for property by Ann B. Pope (Part 3 of 3) (Lopez, B.) (Entered: 09/05/2001) |
| 09/05/2001 |  | ENDORSEMENT [9-1] motion for Andrew B. Campbell to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Warner, R.) (Entered: 09/05/2001) |

| 09/06/2001 | 11 | ANSWER and Affirmative Defenses to Verified Complaint of Forfeiture by Carroll Fisher (Depino, F.) (Entered: 09/06/2001) |
| 09/13/2001 | 15 | Verified Statement of Interest or Right of Peoples Benefit Life Ins Co and Veterans Life Ins Co and jury demand (Sherman, M.) Modified on 06/04/2003 (Entered: 09/18/2001) |
| 09/14/2001 | 12 | ANSWER AND COUNTERCLAIM to Complaint by Scott B. Lakin (Sherman, M.) (Entered: 09/18/2001) |
| 09/14/2001 | 13 | ANSWER and Defenses to Complaint by George Dale; jury demand and COUNTERCLAIM against USA (Inferrera, L.) (Entered: 06/04/2003) |
| 09/17/2001 | 14 | Verified Statement of Interest or Right of Huff Cook, Inc., or in the Alternative, Settlers Life Insurance Co. and jury demand (Sherman, M.) Modified on 06/04/2003 (Entered: 09/18/2001) |
| 09/21/2001 | 16 | APPEARANCE of Attorney for Ann B Pope -- Andrew B. Campbell (Warner, R.) (Entered: 09/24/2001) |
| 09/28/2001 | 19 | MOTION by Keith Wenzel for Douglas Schmidt to Appear Pro Hac Vice (Depino, F.) Modified on 10/02/2001 (Entered: 10/02/2001) |
| 09/28/2001 | 21 | MOTION by Keith Wenzel for Patric McInerney to Appear Pro Hac Vice (Depino, F.) (Entered: 10/04/2001) |
| 10/01/2001 | 17 | ANSWER to Complaint by Huff Cook, Inc, Settlers Life (Inferrera, L.) (Entered: 10/01/2001) |
| 10/01/2001 | 18 | ANSWER to Complaint by Peoples Benefit, Veterans Life Ins Co (Inferrera, L.) (Entered: 10/01/2001) |
| 10/02/2001 |  | ENDORSEMENT approving [19-1] motion for Douglas Schmidt to Appear Pro Hac Vice ( signed by Clerk ) (Depino, F.) (Entered: 10/02/2001) |
| 10/02/2001 |  | ENDORSEMENT [21-1] motion for Patric McInerney to Appear Pro Hac Vice ordered accordingly Patrick A. McInerney ( signed by Clerk ) (Depino, F.) (Entered: 10/04/2001) |
| 10/03/2001 | 20 | APPEARANCE of Attorney for Peoples Benefit, Veterans Life Ins Co -- David N. Rosen (Warner, R.) (Entered: 10/03/2001) |
| 10/19/2001 | 22 | APPEARANCE of Attorney for Scott B. Lakin -- Patrick A. McInerney (Warner, R.) (Entered: 10/22/2001) |
| 10/19/2001 | 23 | APPEARANCE of Attorney for Scott B. Lakin -- Douglas J. Schmidt (Warner, R.) (Entered: 10/22/2001) |
| 12/12/2001 | 24 | WARRANT for arrest/release of property by $29,035,500.00 RETURNED on date: 8/21/01 (Warner, R.) (Entered: 12/12/2001) |

| 05/07/2003 | 25 | APPEARANCE of Attorney for USA -- Julie G. Turbert (Brown, S.) (Entered: 05/07/2003) |
| 07/28/2003 | 26 | MOTION by USA for Entry of Default as to Bloomfield Invest, Devonshire Tech, Ltd (Depino, F.) (Entered: 07/28/2003) |
| 07/28/2003 | 27 | DECLARATION of Julie Turbert by USA Re [26-1] motion for Entry of Default as to Bloomfield Invest, Devonshire Tech, Ltd by USA (Depino, F.) (Entered: 07/28/2003) |
| 08/13/2003 |    | ENDORSEMENT granting [26-1] motion for Entry of Default as to Bloomfield Invest, Devonshire Tech, Ltd Default entered as to Bloomfield Invest, Devonshire Tech, Ltd Filing of Motion for Default Judgment by 9/12/03 for Bloomfield Invest, for Devonshire Tech, Ltd . ( Signed by Clerk ) (Rodko, R.) (Entered: 08/14/2003) |
| 08/20/2003 | 28 | MOTION by USA for Default Judgment against Bloomfield Invest, Devonshire Tech, Ltd (Depino, F.) (Entered: 08/20/2003) |
| 08/21/2003 |    | ENDORSEMENT granting [28-1] motion for Default Judgment against Bloomfield Invest, Devonshire Tech, Ltd ( signed by Senior Judge Ellen Bree Burns ) (Falcone, K.) (Entered: 08/22/2003) |

| PACER Service Center | | |
| --- | --- | --- |
| Transaction Receipt | | |
| 06/04/2004 14:11:56 | | |
| PACER Login: | cc0663 | Client Code: | 1968-2 |
| Description: | Docket Report | Case Number: | 3:01-cv-01515-EBB |
| Billable Pages: | 3 | Cost: | 0.21 |

DSD District Version 1.3 - Docket Report                                        Page 1 of 6

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:02-cv-00889-EBB

USA v. 277 Diamonds, et al
Assigned to: Judge Ellen Bree Burns
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: No cause code entered

Date Filed: 05/22/02
Jury Demand: None
Nature of Suit: 690 Forfeit/Penalty: Other
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**
-----------------------

**USA**

represented by David X. Sullivan
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203-821-3700
Fax : 203-773-5376
Email: David.Sullivan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

John B. Hughes
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203-821-3802
Fax : 203-773-5373
Email: john.hughes@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Julie G. Turbert
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203-821-3700x3104
Fax : 203-773-5373
Email: Julie.Turbert@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**277 Diamonds valued at approximately**



$2,461,093.00

One pair of Diamond Earrings valued at
approximately $50,120.00

One Platinum & Diamond ring valued at
approximately $25,935.00


Claimant
------------------------

David Rosse
*TERMINATED: 07/16/2003*

| | | |
|---|---|---|
| George Dale, *Mississippi Commissioner of Insurance, as Liquidator of & o/b/o First National Life Ins. Co. of American, Franklin Protective Life Ins. Co., & Family Guaranty Life Ins. Co.* | represented by | Charles G. Copeland<br>Copeland, Cook, Taylor & Bush<br>200 Coucourse<br>1062 Highland Colony Parkway<br>Suite 200<br>Ridgeland, MS 39157<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | Douglas S. Skalka<br>Neubert, Pepe & Monteith<br>195 Church St.<br>13th Floor<br>New Haven, CT 06510-2026<br>203-821-2000<br>Email: dss@npmlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| J. Knox Walkup, *Special Deputy Receiver of Franklin American Life Ins. Co.* | represented by | Andrew B. Campbell<br>Wyatt, Tarrant & Combs<br>2525 W. End Ave.<br>Suite 1500<br>Nashville, TN 37203<br>615-244-0020<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | Douglas S. Skalka<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Paula A. Flowers, *As Receiver & Liquidator of Franklin American Life Ins Co* | represented by | Andrew B. Campbell<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | Douglas S. Skalka<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Carroll Fisher, *Oklahoma Insurance* | represented by | Douglas S. Skalka |

| | | |
|---|---|---|
| Commissioner, Receiver of Farmers & Ranchers Life Ins. Co. | | (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| Scott B. Lakin, *Statutory Liquidator of International Financial Services Life Insurance Company* | represented by | Douglas S. Skalka (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| Mike Pickens, *As Receiver of Old Southwest Life Ins. Co.* | represented by | Douglas S. Skalka (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| Huff Cook, Inc, *o/b/o Settlers Life Ins. Co* | represented by | David N. Rosen Rosen & Dolan, P.C. 400 Orange St New Haven, CT 06511 203-787-3513 Email: david.rosen@rosendolan.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| Peoples Benefit Life Ins Co | represented by | David N. Rosen (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| Veterans Life Insurance Company | represented by | David N. Rosen (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Counter Claimant**
------------------------

277 Diamonds valued at approximately
$2,461,093.00

One pair of Diamond Earrings valued at
approximately $50,120.00

One Platinum & Diamond ring valued at
approximately $25,935.00

V.

**Counter Defendant**
------------------------

| | | |
|---|---|---|
| USA | represented by | David X. Sullivan (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | John B. Hughes (See above for address) |

DSD District Version 1.3 - Docket Report                                    Page 4 of 6

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Julie G. Turbert
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**277 Diamonds valued at approximately
$2,461,093.00**

**One pair of Diamond Earrings valued at
approximately $50,120.00**

**One Platinum & Diamond ring valued at
approximately $25,935.00**

| Filing Date | # | Docket Text |
|---|---|---|
| 05/22/2002 | 1 | Verified COMPLAINT for Forfeiture (Pesta, J.) (Entered: 05/23/2002) |
| 05/22/2002 | | WARRANT for arrest of one platinum & diamond ring. Attested copies handed to counsel. (Pesta, J.) (Entered: 05/23/2002) |
| 05/22/2002 | | WARRANT for arrest of one pair of diamond earrings. Attested copies handed to counsel. (Pesta, J.) (Entered: 05/23/2002) |
| 05/22/2002 | | WARRANT for arrest of 277 diamonds. Attested copies handed to counsel. (Pesta, J.) (Entered: 05/23/2002) |
| 06/14/2002 | 2 | WARRANT for arrest of property as to One Platinum RETURNED on 6/12/02 (Villano, P.) (Entered: 06/18/2002) |
| 06/14/2002 | 3 | WARRANT for arrest of property as to One pair of Diamond RETURNED on 6/12/02 (Villano, P.) (Entered: 06/18/2002) |
| 06/14/2002 | 4 | WARRANT for arrest of property as to 277 Diamonds RETURNED on 6/12/02 (Villano, P.) (Entered: 06/18/2002) |
| 03/14/2003 | 5 | CLAIM for property by George Dale (Villano, P.) (Entered: 03/18/2003) |
| 03/17/2003 | 6 | CLAIM for property by J. Knox Walkup (Villano, P.) (Entered: 03/18/2003) |
| 03/17/2003 | 7 | ANSWER to Complaint and COUNTERCLAIM by 277 Diamonds, One pair of Diamond, One Platinum against USA (Villano, P.) (Entered: 03/18/2003) |
| 03/19/2003 | 8 | CLAIM for property by Carroll Fisher (Villano, P.) (Entered: 03/20/2003) |
| 03/19/2003 | 9 | ANSWER to Complaint and COUNTERCLAIM by 277 Diamonds, One pair of Diamond, One Platinum against USA (Villano, P.) (Entered: 03/20/2003) |

| | | |
|---|---|---|
| 03/21/2003 | 10 | APPEARANCE of Attorney for USA -- Julie G. Turbert (Sherman, M.) (Entered: 03/21/2003) |
| 03/21/2003 | 11 | CLAIM for property by Scott B. Lakin (Brown, S.) (Entered: 03/24/2003) |
| 03/26/2003 | 12 | VERIFIED CLAIM for property by 277 Diamonds, One pair of Diamond, One Platinum Mike Pickens (Villano, P.) (Entered: 03/31/2003) |
| 03/26/2003 | 13 | ANSWER to Complaint by Mike Pickens (Villano, P.) (Entered: 03/31/2003) |
| 03/26/2003 | 14 | ANSWER to Complaint and COUNTERCLAIM by 277 Diamonds, One pair of Diamond, One Platinum against USA (Villano, P.) (Entered: 03/31/2003) |
| 04/10/2003 | 15 | CLAIM for property by 277 Diamonds, One pair of Diamond, One Platinum Huff Cook, Inc (Villano, P.) (Entered: 04/11/2003) |
| 04/10/2003 | 16 | ANSWER to Verified Complaint of Forfeiture by Huff Cook, Inc (Villano, P.) (Entered: 04/11/2003) |
| 04/10/2003 | 17 | CLAIM for property by 277 Diamonds, One pair of Diamond, One Platinum Peoples Benefit Life, Veterans Life (Villano, P.) (Entered: 04/11/2003) |
| 04/10/2003 | 18 | ANSWER to Vertified Complaint of Forfeiture by Peoples Benefit Life, Veterans Life (Villano, P.) (Entered: 04/11/2003) |
| 05/20/2003 | 19 | MOTION by USA for Entry of Default as to David Rosse (Villano, P.) (Entered: 05/20/2003) |
| 05/20/2003 | 20 | AFFIDAVIT of Julie G. Turbert by USA Re [19-1] motion for Entry of Default as to David Rosse by USA (Villano, P.) (Entered: 05/20/2003) |
| 06/02/2003 | | ENDORSEMENT granting [19-1] motion for Entry of Default as to David Rosse Default entered as to David Rosse Filing of Motion for Default Judgment by 7/2/03 for David Rosse . ( Signed by Clerk ) (Villano, P.) (Entered: 06/03/2003) |
| 06/30/2003 | 21 | MOTION by USA for Default Judgment against David Rosse (Brief Due 7/21/03 ) (Villano, P.) (Entered: 07/01/2003) |
| 07/16/2003 | | ENDORSEMENT granting [21-1] motion for Default Judgment against David Rosse ( Signed by Senior Judge Ellen Bree Burns ) (Villano, P.) (Entered: 07/16/2003) |
| 07/16/2003 | 22 | DEFAULT JUDGMENT entered against David Rosse ( signed by Senior Judge Ellen Bree Burns ) (Villano, P.) (Entered: 07/16/2003) |
| 08/14/2003 | 23 | MOTION by Scott B. Lakin for Leave to File Answer, Defenses and Counterclaim (Falcone, K.) (Entered: 08/15/2003) |
| 08/22/2003 | | ENDORSEMENT granting [23-1] motion for Leave to File Answer, Defenses and Counterclaim ( signed by Senior Judge Ellen Bree Burns ) (Villano, P.) (Entered: 08/25/2003) |

DSD District Version 1.3 - Docket Report

| 08/24/2003 | 24 | ANSWER, defenses to Complaint by Scott B. Lakin (Warner, R.) (Entered: 08/28/2003) |
| 08/24/2003 | 24 | COUNTERCLAIM by Scott B. Lakin against 277 Diamonds, One pair of Diamond, One Platinum (Warner, R.) (Entered: 08/28/2003) |

| **PACER Service Center** | | |
| **Transaction Receipt** | | |
| 06/04/2004 14:13:12 | | |
| PACER Login: | cc0663 | Client Code: | 1968-2 |
| Description: | Docket Report | Case Number: | 3:02-cv-00889-EBB |
| Billable Pages: | 3 | Cost: | 0.21 |

**U.S. District Court**
**District of Connecticut (New Haven)**
**CIVIL DOCKET FOR CASE #: 3:04-cv-00598-JBA**

USA v 889 Lake Ave
Assigned to: Judge Janet Bond Arterton
Referred to:                                          Date Filed: 04/12/04
Demand: $                                             Jury Demand: None
Lead Docket: None                                     Nature of Suit: 690 Forfeit/Penalty: Other
Related Cases: None                                   Jurisdiction: U.S. Government Plaintiff
Case in other court: None
Cause: No cause code entered


**Plaintiff**
------------------------

USA                              represented by   John B. Hughes
                                                  U.S. Attorney's Office-NH
                                                  157 Church St., 23rd floor
                                                  PO Box 1824
                                                  New Haven, CT 06510
                                                  203-821-3802
                                                  Fax : 203-773-5373
                                                  Email: john.hughes@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  Julie G. Turbert
                                                  U.S. Attorney's Office-NH
                                                  157 Church St., 23rd floor
                                                  PO Box 1824
                                                  New Haven, CT 06510
                                                  203-821-3700x3104
                                                  Fax : 203-773-5373
                                                  Email: Julie.Turbert@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

V.


**Defendant**
------------------------

889 Lake Ave, *Property, Greenwich, CT*


**Movant**
------------------------

Paula A. Flowers               represented by   Andrew B. Campbell
                                                Wyatt, Tarrant & Combs
                                                2525 W. End Ave.
                                                Suite 1500
                                                Nashville, TN 37203
                                                615-244-0020
                                                *LEAD ATTORNEY*



DSD District Version 1.3 - Docket Report                                    Page 2 of 3

*ATTORNEY TO BE NOTICED*

**Douglas S. Skalka**
Neubert, Pepe & Monteith
195 Church St.
13th Floor
New Haven, CT 06510-2026
203-821-2000
Email: dss@npmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Claimant**
-----------------------

**Martin Frankel**

**Carroll Fisher,** *Insurance Commissioner*          represented by  Douglas S. Skalka
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

Scott B. Lakin

Mike Pickens

| Filing Date | # | Docket Text |
|-------------|---|-------------|
| 04/12/2004 | 1 | VERIFIED COMPLAINT of Forfeiture against 889 Lake Ave, Martin Frankel , filed by USA.(Pesta, J.) (Entered: 04/13/2004) |
| 04/12/2004 |   | WARRANT issued (Pesta, J.) (Entered: 04/14/2004) |
| 05/03/2004 | 2 | ACKNOWLEDGEMENT OF SERVICE Executed on 4/29/04 Acknowledgement filed by USA. (Pesta, J.) (Entered: 05/03/2004) |
| 05/12/2004 | 4 | Verified CLAIM by Carroll Fisher (receiver of Farmers and Ranchers Life Insurancea Co in Liquidation, formerly Farmers and Ranchers Life Insurance Co) (Warner, R.) (Entered: 05/17/2004) |
| 05/12/2004 | 5 | VERIFIED CLAIM of Paula A. FLowers as receiver by Paula A. Flowers. (Pesta, J.) (Entered: 05/20/2004) |
| 05/12/2004 | 6 | VERIFIED CLAIM of Mike Pickens as receiver by Mike Pickens. (Pesta, J.) (Entered: 05/20/2004) |
| 05/12/2004 | 7 | VERIFIED CLAIM of Scott B. Lakin. (Pesta, J.) (Entered: 05/20/2004) |
| 05/13/2004 | 3 | NOTICE of interest by Lee Harrell (Pesta, J.) (Entered: 05/13/2004) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 06/04/2004 14:15:04 | | |
| PACER Login: | cc0663 | Client Code: | 1968-2 |
| Description: | Docket Report | Case Number: | 3:04-cv-00598-JBA |
| Billable Pages: | 1 | Cost: | 0.07 |

Docket as of August 8, 2001 4:02 pm                    Web PACER (v2.4)

---

# U.S. District Court

## MIDDLE DISTRICT OF TENNESSEE (Nashville)

## CIVIL DOCKET FOR CASE #: 00-CV-41

### USA v. 211 Third Avenue So, et al

Filed: 01/14/00
Assigned to: Judge Todd J. Campbell
Demand: $0,000
Nature of Suit: 690
Lead Docket: None
Jurisdiction: US Plaintiff
Dkt# in other court: None
Cause: 18:0981 Civil Forfeiture

---

ISA
    pltf

William Mark Cohen
[COR LD NTC]
Office of the United States
Attorney
110 Ninth Avenue, S
Suite A961
Nashville, TN 37203-3870
(615) 736-5151

    v.

!11 THIRD AVENUE SOUTH,
:RANKLIN, WILLIAMSON COUNTY,
'ENNESSEE, real property known
is, with all appurtenances and
.mprovements thereon
    deft

    v.

1IKE PICKENS, Receiver of Old
:outhwest Life Insurance Co.
    receiver

Steve A. Uhrynowycz
[COR LD NTC]
1200 W Third
Room 340
Little Rock, AR 72201
(501) 371-2776

:EITH WENZEL, Director of
Enternational Financial
:ervices Life Insurance Co.
    receiver

Douglas J. Schmidt
[COR LD NTC]
Terrance M. Summers
[COR]
Linda I.T. Zabriskie
[COR]

Blackwell, Sanders, Peper &



```
                                      Martin, LLP
                                      P O Box 419777
                                      2300 Main Street
                                      Suite 1000
                                      Kansas City, MO 64141-6777
                                      (816) 983-8000

:AROLL FISHER, Receiver of            Susan B. Loving
'armers and Ranchers Insurance        [COR LD NTC]
:o. in Liquidation                    R. Scott Thompson
        receiver                      [COR]
                                      Lester, Loving & Davies, P.C.
                                      1505 S Renaissance Boulevard
                                      Edmond, OK 73013
                                      (405) 844-9900


        ------------------------

\NNE B. POPE, Commissioner of         William Warren Gibson
'ranklin American Life                [COR]
Insurance Co.                         J. Graham Matherne
        claimant                      [COR]
                                      Andrew B. Campbell
                                      [COR LD NTC]
                                      Wyatt, Tarrant & Combs
                                      2525 West End Avenue
                                      Suite 1500
                                      Nashville, TN 37203-1423
                                      (615) 244-0020

                                      John K. Walkup
                                      [COR LD NTC]
                                      Office of the Attorney General
                                      and Reporter
                                      P O Box 20207
                                      Nashville, TN 37202
                                      (615) 741-3491

                                      Douglas J. Schmidt
                                      (See above)
                                      [COR]
                                      Terrance M. Summers
                                      (See above)
                                      [COR LD NTC]

GEORGE DALE, Mississippi              Robert C. Richardson
Commissioner of Insurance             [COR LD NTC]
        claimant                      Charles G. Copeland
                                      [COR LD]

                                      Rebecca Jordan
                                      [COR]
                                      Copeland, Cook, Taylor & Bush,
                                      P.A.
                                      200 Concourse
                                      1062 Highland Colony Parkway
                                      Suite 200
                                      Ridgeland, MS 39157
                                      (601) 856-7200

=============================

ANNE B. POPE                          William Warren Gibson
```

                                    [COR]
          counter-claimant         J. Graham Matherne
                                    [COR]
                                    Andrew B. Campbell
                                    [COR LD NTC]
                                    Wyatt, Tarrant & Combs
                                    2525 West End Avenue
                                    Suite 1500
                                    Nashville, TN 37203-1423
                                    (615) 244-0020

                                    John K. Walkup
                                    [COR LD NTC]
                                    Office of the Attorney General
                                    and Reporter
                                    P O Box 20207
                                    Nashville, TN 37202
                                    (615) 741-3491

                                    Douglas J. Schmidt
                                    Terrance M. Summers
                                    Blackwell, Sanders, Peper &
                                    Martin, LLP
                                    P O Box 419777
                                    2300 Main Street
                                    Suite 1000
                                    Kansas City, MO 64141-6777
                                    (816) 983-8000

------------------------

JSA                                 William Mark Cohen
     counter-deft                   [COR LD NTC]
                                    Office of the United States
                                    Attorney
                                    110 Ninth Avenue, S
                                    Suite A961

                                    Nashville, TN 37203-3870
                                    (615) 736-5151

==========================

KEITH WENZEL                        Douglas J. Schmidt
     counter-claimant               [COR LD NTC]
                                    Terrance M. Summers
                                    [COR]
                                    Linda I.T. Zabriskie
                                    [COR]
                                    Blackwell, Sanders, Peper &
                                    Martin, LLP
                                    P O Box 419777
                                    2300 Main Street
                                    Suite 1000
                                    Kansas City, MO 64141-6777
                                    (816) 983-8000

------------------------

JSA                                 William Mark Cohen
     counter-deft                   [COR LD NTC]
                                    Office of the United States
                                    Attorney

                                    110 Ninth Avenue, S
                                    Suite A961
                                    Nashville, TN 37203-3870
                                    (615) 736-5151

==========================

GEORGE DALE                         Robert C. Richardson
      counter-claimant              [COR LD NTC]
                                    Charles G. Copeland
                                    [COR LD]
                                    Rebecca Jordan
                                    [COR]
                                    Copeland, Cook, Taylor & Bush,
                                    P.A.
                                    200 Concourse
                                    1062 Highland Colony Parkway
                                    Suite 200
                                    Ridgeland, MS 39157
                                    (601) 856-7200

--------------------------

USA                                 William Mark Cohen
      counter-deft                  [COR LD NTC]
                                    Office of the United States
                                    Attorney
                                    110 Ninth Avenue, S
                                    Suite A961
                                    Nashville, TN 37203-3870
                                    (615) 736-5151

------------------------------------------------

# DOCKET   PROCEEDINGS

------------------------------------------------

DATE    #        DOCKET   ENTRY


1/14/00  1    VERIFIED COMPLAINT FOR FORFEITURE IN REM  w/exhibit 1 att'd
              (no Summons(es) issued) (bbj) [Entry date 01/20/00]

1/14/00  2    LIS PENDENS NOTICE filed  by pltf USA (bbj)
              [Entry date 01/20/00]

1/14/00  3    EX PARTE MOTION by pltf USA for finding of probable cause
              , and application for immediate issuance of a warrant of
              arrest in rem for exigent circumstances (bbj)
              [Entry date 01/20/00]

1/14/00  4    MOTION by pltf USA to seal (bbj) [Entry date 01/20/00]

1/24/00  5    ORDER  by Judge Todd J. Campbell  granting  motion to seal
              [4-1]; items in this case file shall be placed under seal
              until further order of this court (cc: all counsel) (EOD

1/24/00) (seal)

./24/00    6    WARRANT of Arrest In Rem as to deft/deft property ( 2
                certified copies to Bill Cohen, Asst. US Atty) (seal)

./24/00    7    MOTION by pltf for order to unseal the documents in this
                matter (seal) [Entry date 01/25/00]

./24/00    --   PROPOSED Order unsealing documents in this matter (seal)
                [Entry date 01/25/00]

./25/00    8    ORDER  by Judge Todd J. Campbell  granting US's motion for
                order to unseal the documents in this matter [7-1];  case
                unsealed (cc:  all counsel) (EOD 1/26/00) (seal)
                [Entry date 01/26/00]

?/1/00     9    RETURN OF SERVICE executed by USM upon deft 211 Third Avenue
                So on 1/27/00; pursuant to warrant of arrest in rem, seize,
                inspect, inventory, photo, appraise and winterize property;
                deft property is allegedly uninhabited (tlc)

?/1/00    10    RETURN OF SERVICE executed by USM on 1/27/00 upon Sadie
                Wade, Register of Deeds, Wsm Co.; by personal service (tlc)

?/14/00   11    VERIFIED CLAIM by claimant George Dale, Mississippi
                Commissioner of Insurance (xc:af) (tlc)

?/14/00   12    VERIFIED CLAIM by receiver Mike Pickens (tlc)

?/14/00   13    CLAIM by receiver Anne B. Pope as commissioner of Franklin
                American Life Insurance Co. (xc:af) (tlc)

?/15/00   14    CLAIM by receiver Keith Wenzel, Director of International
                Financial Services Life Insurance Company (xc:af) (tlc)
                [Entry date 02/16/00]

?/15/00   15    CLAIM by receiver Carroll Fisher for Farmers and Ranchers
                Life Insurance Company in Liquidation (xc:af) (tlc)
                [Entry date 02/16/00] [Edit date 02/17/00]

3/2/00    16    RETURN OF SERVICE by USM executed on 2/29/00 upon Ann
                Goodwin Vandervoort Hackney c/o James F. Sanders, Esq. (tlc)
                [Entry date 03/03/00]

3/2/00    17    RETURN OF SERVICE by USM executed on 2/29/00 upon John
                Hackney c/o James F. Sanders, Esq. (tlc)
                [Entry date 03/03/00]

3/6/00    18    ANSWER by receiver Mike Pickens to [1-1] (bbj)
                [Entry date 03/08/00]

3/6/00    19    ANSWER by receiver Caroll Fisher to [1-1] (bbj)
                [Entry date 03/08/00]

3/6/00    20    ANSWER to [1-1]  and COUNTERCLAIM by claimant Anne B. Pope
                against pltf USA (bbj) [Entry date 03/08/00]

3/6/00    21    ANSWER to [1-1]  and COUNTERCLAIM by receiver Keith Wenzel
                against pltf USA (bbj) [Entry date 03/08/00]

3/6/00    22    ANSWER to [1-1]  and COUNTERCLAIM by claimant George Dale
                against pltf USA (bbj) [Entry date 03/08/00]

| | | |
|---|---|---|
| 3/9/00 | 23 | NOTICE by claimant George Dale of filing exhibits to be attached to answer filed 3/6/00; w/attached exhibits A & B (tlc) |
| 3/13/00 | 24 | MOTION by claimant George Dale for leave to add the Rehabilitation and Liquidation orders of First National life Insurance Co. of America, Franklin Protective Live Insurance Co. and Family Guaranty Life Insurance Co. as exhibits to his answer; w/attachments (tlc) |
| 3/28/00 | 25 | NOTICE by pltf of publication of forfeiture; w/attached exhibit A (tlc) |
| 4/4/00 | 26 | ORDER by Judge Todd J. Campbell granting Commissioner Dale's motion for leave to add the Rehabilitation and Liquidation orders of First National life Insurance Co. of America, Franklin Protective Live Insurance Co. and Family Guaranty Life Insurance Co. as exhibits to his answer [24-1]; the clerk has docketed the referenced exhibits under a notice of filing, DE#23 (cc: all counsel) (EOD 4/5/00) (tlc) [Entry date 04/05/00] |
| 5/22/00 | 27 | RETURN OF SERVICE by USM through the Registrar's Office of the British Virgin Islands upon Middleburg Investments, Ltd executed on 5/23/00; w/attached exhibit A (tlc) |
| 10/5/00 | 28 | ORDER by Judge Todd J. Campbell: Status conference set for 2:00 p.m. on 11/3/00 (cc: all counsel) EOD 10/5/00 (bj) |
| 10/30/00 | 29 | MOTION by claimant/counter-claimant Anne B. Pope for attorney Douglas J. Schmidt to appear pro hac vice, and for attorney Terrance M. Summers to appear pro hac vice (tlc) [Entry date 10/31/00] |
| 10/30/00 | 30 | AFFIDAVIT of Terrance M. Summers in support of motion to appear PHV [29-2] (tlc) [Entry date 10/31/00] |
| 10/30/00 | 31 | CERTIFICATE of Good Standing filed by claimant/ counter-claimant Anne B. Pope on behalf of Terrance M. Summers; Western District of Missouri (tlc) [Entry date 10/31/00] |
| 10/30/00 | 32 | AFFIDAVIT of Douglas J. Schmidt in support of motion to appear PHV [29-1] (tlc) [Entry date 10/31/00] |
| 10/30/00 | 33 | CERTIFICATE of Good Standing filed by claimant/ counter-claimant Anne B. Pope on behalf of Douglas J. Schmidt; Western District of Missouri (tlc) [Entry date 10/31/00] |
| 10/31/00 | 34 | ORDER by Judge Todd J. Campbell granting motion for attorney Douglas J. Schmidt to appear pro hac vice [29-1] attorney Terrance M. Summers to appear pro hac vice [29-2] by claimant/counter-claimant Ann Pope (cc: all counsel) (EOD 10/31/00) (tlc) |
| 10/31/00 | 35 | MOTION by receiver Mike Pickens for attorney Steve A. Uhrynowycz to appear pro hac vice (tlc) [Entry date 11/01/00] |
| 10/31/00 | 36 | AFFIDAVIT of Steve A. Uhrynowycz in support of motion to appear PHV [35-1] (tlc) [Entry date 11/01/00] |

| 10/31/00 | 37 | CERTIFICATE of Good Standing filed by receiver Mike Pickens on behalf of Steve A. Uhrynowycz; Eastern and Western Districts of Arkansas (tlc) [Entry date 11/01/00] |
|---|---|---|
| 11/1/00 | 38 | ORDER by Judge Todd J. Campbell: granting motion for atty Steve A. Uhrynowycz to appear pro hac vice [35-1] (cc: all counsel) EOD 11/2/00 (bj) [Entry date 11/02/00] |
| 11/3/00 | 39 | MOTION by receiver Caroll Fisher for attorney Susan B. Loving to appear pro hac vice (w/attached affidavit & certificate of good standing) (jb) |
| 11/3/00 | 40 | AFFIDAVIT of Susan B. Loving in support of motion to appear pro hac vice [39-1] (jb) |
| 11/3/00 | 41 | CERTIFICATE of Good Standing filed by receiver Caroll Fisher for Susan B. Loving from the USDC/WD/OK (jb) |
| 11/3/00 | 42 | MOTION by claimant George Dale for attorney Charles G. Copeland to appear pro hac vice (w/attached affidavit in support & certificate of good standing) (jb) [Entry date 11/06/00] |
| 11/3/00 | 43 | AFFIDAVIT of Charles G. Copeland in support of motion to appear pro hac vice [42-1] (jb) [Entry date 11/06/00] |
| 11/3/00 | 44 | CERTIFICATE of Good Standing filed by claimant George Dale of Charles Greg Copeland from the USDC/SD/MI. (jb) [Entry date 11/06/00] |
| 11/3/00 | 45 | CLERK'S RESUME; Status Conference held 11/3/00; Order to enter. C/R: John Tummel (jb) [Entry date 11/06/00] |
| 11/3/00 | 46 | ORDER by Judge Todd J. Campbell; Status Conference held 11/3/00; The Government shall file its motion to sell the property in question by 11/30/00. The claimants shall file a response by 12/11/00. All other matters are reserved. (cc: all counsel) (EOD 11/6/00) (jb) [Entry date 11/06/00] |
| 11/6/00 | 47 | ORDER by Judge Todd J. Campbell: granting motion for attorney Susan B. Loving to appear pro hac vice [39-1] o/b/o claimant. (cc: all counsel) EOD 11/6/00 (bj) |
| 11/6/00 | 48 | TRANSCRIPT filed of the proceedings before the Hon. Todd J. Campbell on 11/3/00; CR: John Tummel (jb) |
| 11/6/00 | 49 | ORDER by Judge Todd J. Campbell granting motion for attorney Charles G. Copeland to appear pro hac vice [42-1] by claimant George Dale (cc: all counsel) (EOD 11/7/00) (tlc) [Entry date 11/07/00] |
| 11/30/00 | 50 | STIPULATED MOTION by parties for order for sale (tlc) [Entry date 12/01/00] |
| 11/30/00 | -- | PROPOSED Order of Sale, see motion DE#50 (tlc) [Entry date 12/01/00] |
| 12/4/00 | 51 | ORDER by Judge Todd J. Campbell granting stipulated motion for order for sale [50-1]; the sale of 211 Third Avenue, South, Franklin, Williamson Co., TN, shall be conducted by a certified auction co. at the direction of the USM; upon the closing of the sale and the payment of costs, including real estate taxes due on the day of closing, the remainder shall |

be turned over to the Clerk of this Court; the clerk is to place the remaining funds in an interest bearing account designated by the parties; clerk and parties are to be served w/a copy of this order; clerk is directed to deduct a registry fee from the interest earned on this account in an amount equal to 10% in accordance w/AO#124 (cc: all counsel, USDC Financial, USM) (EOD 12/4/00) (tlc)

/20/01  52    RECEIPT of order of sale DTD; Homeowner's Title & Escrow, LLC; check from USM #14153 (tlc) [Entry date 03/21/01]

/19/01  53    JOINT MOTION by parties to enter agreed decree of forfeiture (w/att'd proposed agreed order of forfeiture) (vm)

/20/01  54    ORDER by Judge Todd J. Campbell granting motion to enter agreed decree of forfeiture [53-1]. terminating case. ORDERED that probable cause exists for the forfeiture of the deft real property known as 211 Third Avenue, South, Franklin, Williamson Co., TN, w/all appurtenances and improvements thereon and the proceeds of the sale of the said property; that $16,319.45 of the substitute res shall be forfeited to the U.S. w/no right, title or interest existing in any other party; that upon entry of this decree, the Clerk of this Court shall pay the USM the sum of $16,319.45 to satisfy its expenses incurred in this case; that the USM is authorized to dispose of the $16,319.45 according to the law and deposit the net proceeds into the Asset Forfeiture Fund after the deduction of any costs incurred in relation to the seizure, maintenance, forfeiture, and sale of the deft property; the Clerk is directed to deduct a registry fee in the amount equal to 10% of the interest earned on the funds deposited in the Registry of the Court; that the Clerk shall pay to the Claimants the remaining portion of the funds deposited in the Registry of the Court together w/such interest as remains after the deduction of the registry fee. The entry of this decree shall serve as the final judgment in this action. (cc: all counsel, Finacial Deputy) EOD 6/20/01 (vm)

/9/01   55    LETTERS from Financial Deputy USDC, dated 7/9/01, addressed to George Dale, Scot B. Lakin, Anne B. Pope, Caroll Fisher, Mike Pickens, and USM re issuance of U.S. Treasury checks which represent payment in full satisfaction (vm) [Entry date 07/10/01]

Case Flags:
TERMED
50BB

END OF DOCKET: 3:00cv41

PACER Service Center
Transaction Receipt

U.S. District Court Web PACER(v2.4) Docket Report

| 06/04/2004 13:58:00 | | | |
|---|---|---|---|
| PACER Login: | cc0663 | Client Code: | 1968-2 |
| Description: | docket report | Search Criteria: | 3:00cv00041 |
| Billable Pages: | 10 | Cost: | 0.70 |