```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,      :
              Plaintiff,       :
                               :
         v.                    :    NO. 3:01CV1515(EBB)
                               :
$29,035,500.00 IN ACCOUNT      :
NO. 20X6875(06), HELD IN THE   :
NAME OF U.S. CUSTOMS SUSPENSE  :
ACCOUNT AT THE FEDERAL         :
RESERVE BANK OF NEW YORK,      :
et al.                         :
              Defendants.      :
                               :
```

Revised Scheduling Order

The Court understands that the parties had filing difficulties related to the submission of their simultaneous supplemental briefs regarding the issues of law raised in the Receiver-Claimants' Motion to Dismiss. The deadline for responses to the supplemental briefs is therefore extended until June 14, 2005.

So ordered.

_____
Ellen Bree Burns,
Senior District Judge

Dated at New Haven, Connecticut, this ___ day of June, 2005.