UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:01CV01515 (EBB) |
| ) | |
| $29,035,500 IN ACCOUNT NUMBER ) | September 6, 2006 |
| 20X6875(06), HELD IN THE NAME OF U.S. ) | |
| CUSTOMS SUSPENSE ACCOUNT AT THE ) | |
| FEDERAL RESERVE BANK OF NEW ) | |
| YORK, et al. ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR ADMISSION PRO HAC VICE

W. Dale Finke, Director of the Missouri Department of Insurance in his capacity as Liquidator of the International Financial Services Life Insurance Company in Liquidation (hereinafter referred to as "Claimant"), by and through his undersigned local counsel, respectfully moves this Court to enter an Order admitting Terrance M. Summers pro hac vice. In support of his Motion, the Claimant represents the following:

1.  On August 14, 2001, the United States of America commenced this forfeiture action pursuant to 18 U.S.C. § 981(a)(1)(A).

2.  On August 27, 2001, the Claimant filed his claim to the property which is the subject of this action.

3.  The Claimant has retained Terrance M. Summers and the firm of Blackwell Sanders Peper Martin, LLP("Blackwell Sanders"), 4801 Main Street, Suite 1000, Kansas City, MO 64112 to serve as its counsel in this matter and other matters relating to the liquidation of the International Financial Services Life Insurance Company.

KC-1425341-1

1

4. Terrance M. Summers is a partner with the law firm of Blackwell Sanders. Terrance M. Summers is a member in good standing of the Bar of the State of Missouri, and has been admitted to practice before all state courts in Missouri since 1990. Mr. Summers was admitted to practice before the United States District Court for the Western District of Missouri in 1990 and the District of Kansas in 1991. There are no disciplinary proceedings against him as a member of the Missouri State Bar, Kansas State Bar, or any other court.

5. Terrance M. Summers has executed an affidavit in connection with this motion which has been attached hereto as Exhibit A.

6. The undersigned counsel is a member in good standing of the bar of the Federal District of Connecticut.

WHEREFORE, W. Dale Finke, Director of the Missouri Department of Insurance in his capacity as Liquidator of the International Financial Services Life Insurance Company in Liquidation respectfully requests that this Court enter an Order granting Terrance M. Summers admission pro hac vice.

Respectfully submitted,

_____
Douglas S. Skalka (ct00616)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510-2026
Telephone: (203) 821-2000
Facsimile: (203) 821-2009

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:01CV01515 (EBB) |
| | ) | |
| $29,035,500 IN ACCOUNT NUMBER 20X6875(06), HELD IN THE NAME OF U.S. CUSTOMS SUSPENSE ACCOUNT AT THE FEDERAL RESERVE BANK OF NEW YORK, et al. | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### AFFIDAVIT OF TERRANCE M. SUMMERS

I, Terrance M. Summers, being duly sworn, hereby depose and say:

1. I am over the age of 18 years and I understand the obligations of an oath.

2. I am a partner with the law firm of Blackwell Sanders Peper Martin, LLP and work in its Kansas City, Missouri office, located at 4801 Main Street, Suite 1000, Kansas City, MO 64112, telephone number (816) 983-8000, facsimile number (816) 983-8080, e-mail tsummers@blackwellsanders.com.

3. I have been admitted to practice before all state courts in Missouri since 1990 and Kansas since 1991.

4. I was admitted to practice before the United States District Court for the Western District of Missouri in 1990 and the United States District Court of Kansas in 1991.

5. I am currently in good standing in every court in which I practice and I have never been denied admission or disciplined in the District of Connecticut or any other court.

6.  I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

*Terrance M. Summers* (signature)

Terrance M. Summers

Subscribed and sworn to before me this ____ day of August, 2006.

Notary Public  *Cheryl D. Crouch* (signature)
My Commission expires

CHERYL D. CROUCH
Jackson County
My Commission Expires
June 9, 2007

KC-1425341-1                               2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:01CV01515 (EBB) |
| | ) | |
| $29,035,500 IN ACCOUNT NUMBER 20X6875(06), HELD IN THE NAME OF U.S. CUSTOMS SUSPENSE ACCOUNT AT THE FEDERAL RESERVE BANK OF NEW YORK, et al. | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Motion for Admission Pro Hac Vice, having been presented to this Court, it is hereby ORDERED, that Terrance M. Summers is admitted pro hac vice as counsel in the above captioned matter.

Dated: New Haven, Connecticut

_____
Ellen Bree Burns
Senior United States District Judge

KC-1425341-1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 3:01CV01515 (EBB) |
| ) | |
| $29,035,500 IN ACCOUNT NUMBER ) | September 7, 2006 |
| 20X6875(06), HELD IN THE NAME OF U.S. ) | |
| CUSTOMS SUSPENSE ACCOUNT AT THE ) | |
| FEDERAL RESERVE BANK OF NEW ) | |
| YORK, et al. ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

This is to certify that a copy of Motion for Admission Pro Hac Vice was mailed, via United States mail, postage prepaid, this 7th day of September, 2006 upon:

Kevin J. O'Connor, Esq.
David X. Sullivan, Esq.
Julie G. Turbert, Esq.
U.S. Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 W. End Avenue, Suite 1500
Nashville, TN 37203

Susan B. Loving, Esq.
Lester, Loving & Davies
1701 S. Kelly Avenue
Edmond, OK 73013

Steve A. Uhrynowycz, Esq.
Arkansas Insurance Department
1023 W. Capitol Avenue, Suite 2
Little Rock, Arkansas 72201-1904

Charles G. Copeland, Esq.
Rebecca S. Jordan, Esq.
Copeland, Cook, Taylor & Bush
200 Concourse
1062 Highland Colony Parkway, #200
Ridgeland, MS 39157

Alan F. Curley, Esq.
Robinson Curley & Clayton, PC
300 South Wacker Dr., #1700
Chicago, IL 60606

_____
Douglas S. Skalka (ct00616)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510-2026
Telephone: (203) 821-2000
Facsimile: (203) 821-2009