UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:01 CV 1515 (EBB) |
| $29,035,500 IN ACCOUNT NUMBER 20X6875(06), HELD IN THE NAME OF U.S. CUSTOMS SUSPENSE ACCOUNT AT THE FEDERAL RESERVE BANK OF NEW YORK, et al. | : | |
| Defendants. | : | |
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | |
| 277 DIAMONDS VALUED AT APPROXIMATELY $2,461,093.00, et al. | : | |
| | : | Civil No. 3:02 CV 889 (EBB) |
| Defendants. | : | |

## STIPULATION OF DISMISSAL AND WITHDRAWAL OF CLAIMS BY PEOPLES BENEFIT LIFE INSURANCE COMPANY, VETERANS LIFE INSURANCE COMPANY AND HUFF-COOK, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the undersigned parties stipulate and agree that Peoples Benefit Life Insurance Company, Veterans Life Insurance Company, and Huff-Cook, Inc., shall be dismissed from this action with prejudice and without costs to any of the parties. This dismissal shall have no effect on the claims asserted by any other parties involved in the forfeiture proceedings or on any rights Peoples Benefit Life Insurance Company, Veterans Life Insurance Company, or

1

Huff-Cook, Inc. may have as general unsecured creditors under the proofs of claims filed in *State of Tennessee, ex rel Anne B. Pope v. Franklin American Life Insurance Company*, Case No. 99-1326-II (Chancery Court of Davidson County, Tenn.) and *Dale v. First National Life Insurance Company*, Case No. G99-908S2 (Chancery Court of Hinds County, Miss.).

Peoples Benefit Life Insurance Company, Veterans Life Insurance Company and Huff-Cook, Inc., through their attorneys, hereby withdraw their Verified Statements of Interest or Right filed with the Court on September 13, 2001 and September 19, 2001 asserting claims to the Currency Defendants $29,035,500 and $3,241,500.00 in Account No. 20X6875(06) and filed on April 10, 2003 asserting claims to the Defendant 277 Diamonds valued at approximately $2,461,093.00, one pair of diamond earrings valued at approximately $50,120.00 and one diamond and platinum ring valued at approximately $25,935.00 (the "Defendant Properties"). Peoples Benefit Life Insurance Company, Veterans Life Insurance Company and Huff-Cook, Inc. have no objection to Plaintiff, United States of America, obtaining a Decree of Forfeiture forfeiting the Defendant Properties to the United States of America for disposition according to law.

Dated: October __, 2007

Respectfully submitted,

PEOPLES BENEFIT LIFE INSURANCE COMPANY, VETERANS LIFE INSURANCE COMPANY, HUFF-COOK, INC.

_____
David N. Rosen (00196)
400 Orange Street
New Haven, CT 06511
Telephone: (203) 787-3513
Telecopy: (203) 789-1605
*Of Counsel*
Forrest B. Lammiman (CT 21508)
Randall A. Hack (CT 14314)
Brian I. Hays (CT 21601)
LOCKE LORD, BISSELL & LIDDELL LLP
111 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336

RECEIVER CLAIMANTS
KIM HOLLAND, COMMISSIONER OF INSURANCE FOR THE STATE OF OKLAHOMA, IN HER CAPACITY AS RECEIVER OF FARMERS AND RANCHERS LIFE INSURANCE COMPANY; AND JULIE BENAFIELD BOWMAN, COMMISSIONER OF INSURANCE FOR THE STATE OF ARKANSAS, IN HER CAPACITY AS RECEIVER OF OLD SOUTHWEST LIFE INSURANCE COMPANY

_____
Douglas S. Skalka, Esq.
Neubert, Pepe, Monteith
195 Church Street
13th Floor
New Haven, CT 06510-2026
(203) 821-2000

UNITED STATES OF AMERICA

_____
John Hughes
Julie G. Turbert
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
23rd Floor
New Haven, CT 06510
(203) 821-3700

LESLIE A. NEWMAN, COMMISSIONER OF COMMERCE AND INSURANCE FOR THE STATE OF TENNESSEE, IN HER CAPACITY AS RECEIVER OF FRANKLIN AMERICAN LIFE INSURANCE COMPANY

_____
Andrew B. Campbell, Esq.
Graham Matherne, Esq.

3

Dated: October __, 2007                                    Respectfully submitted,

PEOPLES BENEFIT LIFE INSURANCE                             RECEIVER CLAIMANTS
COMPANY, VETERANS LIFE                                     KIM HOLLAND, COMMISSIONER OF
INSURANCE COMPANY, HUFF-COOK,                              INSURANCE FOR THE STATE OF
INC.                                                       OKLAHOMA, IN HER CAPACITY AS
                                                           RECEIVER OF FARMERS AND
                                                           RANCHERS LIFE INSURANCE
                                                           COMPANY; AND JULIE BENAFIELD
_____                        BOWMAN, COMMISSIONER OF
David N. Rosen (00196)                                     INSURANCE FOR THE STATE OF
400 Orange Street                                          ARKANSAS, IN HER CAPACITY AS
New Haven, CT 06511                                        RECEIVER OF OLD SOUTHWEST LIFE
Telephone: (203) 787-3513                                  INSURANCE COMPANY
Telecopy: (203) 789-1605
*Of Counsel*
Forrest B. Lammiman (CT 21508)
Randall A. Hack (CT 14314)
Brian I. Hays (CT 21601)
LORD, BISSELL & BROOK LLP
111 S. Wacker Drive                                        _____
Chicago, IL 60606                                          Douglas S. Skalka, Esq.
Telephone: (312) 443-0700                                  Neubert, Pepe, Monteith
Facsimile: (312) 443-0336                                  195 Church Street
                                                           13th Floor
                                                           New Haven, CT 06510-2026
                                                           (203) 821-2000


UNITED STATES OF AMERICA
*/s/ John G. Hughes*
_____
John Hughes
Julie G. Turbert
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
23rd Floor
New Haven, CT 06510
(203) 821-3700

                                                           LESLIE A. NEWMAN, COMMISSIONER
                                                           OF COMMERCE AND INSURANCE FOR
                                                           THE STATE OF TENNESSEE, IN HER
                                                           CAPACITY AS RECEIVER OF
                                                           FRANKLIN AMERICAN LIFE
                                                           INSURANCE COMPANY


                                                           _____
                                                           Andrew B. Campbell, Esq.
                                                           Graham Matherne, Esq.

3

Dated: October __, 2007                                          Respectfully submitted,


PEOPLES BENEFIT LIFE INSURANCE                                   OKLAHOMA, IN HER CAPACITY AS
COMPANY, VETERANS LIFE                                           RECEIVER OF FARMERS AND
INSURANCE COMPANY, HUFF-COOK,                                    RANCHERS LIFE INSURANCE
INC.                                                             COMPANY; AND JULIE BENAFIELD
                                                                 BOWMAN, COMMISSIONER OF
                                                                 INSURANCE FOR THE STATE OF
_____                                   ARKANSAS, IN HER CAPACITY AS
David N. Rosen (00196)                                           RECEIVER OF OLD SOUTHWEST LIFE
400 Orange Street                                                INSURANCE COMPANY
New Haven, CT 06511
Telephone: (203) 787-3513
Telecopy: (203) 789-1605
*Of Counsel*
Forrest B. Lammiman (CT 21508)
Randall A. Hack (CT 14314)                                       _____
Brian I. Hays (CT 21601)                                         Douglas S. Skalka, Esq.
LORD, BISSELL & BROOK LLP                                        Neubert, Pepe, Monteith
111 S. Wacker Drive                                              195 Church Street
Chicago, IL 60606                                                13th Floor
Telephone: (312) 443-0700                                        New Haven, CT  06510-2026
Facsimile: (312) 443-0336                                        (203) 821-2000



UNITED STATES OF AMERICA


_____                                   LESLIE A. NEWMAN, COMMISSIONER
John Hughes                                                      OF COMMERCE AND INSURANCE FOR
Julie G. Turbert                                                 THE STATE OF TENNESSEE, IN HER
Assistant U.S. Attorney                                          CAPACITY AS RECEIVER OF
U.S. Attorney's Office                                           FRANKLIN AMERICAN LIFE
157 Church Street                                                INSURANCE COMPANY
23rd Floor
New Haven, CT  06510
(203) 821-3700
                                                                 _____
                                                                 Andrew B. Campbell, Esq.
                                                                 Graham Matherne, Esq.
                                                                 Wyatt Tarrant & Combs
                                                                 2525 West End Avenue
                                                                 Suite 1500
RECEIVER CLAIMANTS                                               Nashville, TN  37203
KIM HOLLAND, COMMISSIONER OF                                     (615) 244-0020
INSURANCE FOR THE STATE OF

3

GEORGE DALE, COMMISSIONER OF
INSURANCE FOR THE STATE OF
MISSISSIPPI, IN HIS CAPACITY AS
RECEIVER OF FAMILY GUARANTY
LIFE INS CO
FIRST NATIONAL LIFE INSURANCE
COMPANY OF AMERICA
FRANKLIN PROTECTIVE LIFE INS CO

_/s/ Charles G. Copeland_
Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
1062 Highland Colony Parkway
Suite 200
P. O. Box 6020
Ridgeland, MS   39157


DOUGLAS M. OMMEN, DIRECTOR OF
MISSOURI DEPARTMENT OF
INSURANCE, FINANCIAL
INSTITUTIONS AND PROFESSIONAL
REGULATION, IN HIS CAPACITY AS
LIQUIDATOR OF
INTERNATIONAL FINANCIAL
SERVICES LIFE INSURANCE
COMPANY


_____
Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
4801 Main Street
Suite 1000
Kansas City, MO   64112

4

RECEIVER OF FAMILY GUARANTY LIFE
INS CO
FIRST NATIONAL LIFE INSURANCE
COMPANY OF AMERICA
FRANKLIN PROTECTIVE LIFE INS CO

---

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
1062 Highland Colony Parkway
Suite 200
P. O. Box 6020
Ridgeland, MS 39157

DOUGLAS M. OMMEN, DIRECTOR OF
MISSOURI DEPARTMENT OF
INSURANCE, FINANCIAL INSTITUTIONS
AND PROFESSIONAL REGULATION, IN
HIS CAPACITY AS LIQUIDATOR OF
INTERNATIONAL FINANCIAL SERVICES
LIFE INSURANCE COMPANY

*/s/ Douglas Schmidt by TMS*
Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
4801 Main Street
Suite 1000
Kansas City, MO 64112